# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

**SEALED**

RECEIVED BY: RC
DATE: 7/20/17  TIME: 0830
U.S. MARSHAL E/TN
KNOXVILLE, TN

FILED 2017 JUL 31 A 11:13
U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT. CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:17-CR-82 |
| RANDALL KEITH BEANE | ) |
| *Defendant* | ) |

## ARREST WARRANT   SEALED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RANDALL KEITH BEANE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

the defendant, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, signals and sounds including funds he did not own, via wire, all in violation of Title 18, United States Code, Section 1343; devised a scheme to defraud financial institutions and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of financial institutions by means of false and fraudulent pretenses, representations, and promises, in order to obtain money and property fraudulently, in violation of Title, 18, United States Code, Section 1344; did unlawfully and knowingly combine, conspire, confederate, and agree with each other and with other persons known and unknown to commit money laundering, in violation of Title 18, United States Code, Sections 1956 and 1957

Date: 07/19/2017

_____
*Issuing officer's signature*

City and state: Knoxville, TN

H. Bruush, ~~U.S. Magistrate Judge~~ Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-20-17, and the person was arrested on *(date)* 7-27-17
at *(city and state)* Knox Co Jail.

Date: 7-27-17

_____
*Arresting officer's signature*

Amanda Shields  DUSM
*Printed name and title*

FID# 10365588                    1774-0720-2481-J

Case 3:17-cr-00082-TAV-CCS   Document 16   Filed 07/31/17   Page 1 of 1   PageID #: 40