Lisa M. Shannon
10535 Huntington Estates Drive
Houston, Texas 77099

August 3, 2017

VIA OVERNIGHT DELIVERY  USPS PM-EL 771350803

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
**ATTENTION: CLERK OF COURT**
800 Market Street, Suite 130
Knoxville, Tennessee 37902

Re:  CASE NO. 3:17-CR-82 – NOTICE OF APPEARANCE FILING
     Heather Ann Tucci-Jarraf

Greetings Clerk of Court:

As requested by Heather Ann Tucci-Jarraf, enclosed please find the document 'NOTICE OF APPEARANCE' to be filed on behalf of Heather Ann-Tucci Jarraf into the above referenced Case No. 3:17-CR-82

According to your requirements, this is being delivered by mail directly to your office for immediate filing.

Thank you in advance for your prompt attention to this matter.

**TIME IS OF THE ESSENCE.**

Respectfully,

*[signature]*

Lisa Shannon
/ls

## NOTICE OF APPEARANCE FILING

CASE NO. 3:17-CR-82



FILED
2017 AUG -4 P 12: 06
U.S. DISTRICT COURT
EASTERN DIST.

I hereby record NOTICE OF APPEARANCE of Heather Ann Tucci-Jarraf as self, "pro per", in the above titled Case, with full responsibility, liability and accountability and without prejudice.

Heather Ann Tucci-Jarraf

:pp _____

August 3, 2017        NOTICE OF APPEARANCE        CASE NO. 3:17-CR-82

USPS Priority Mail Express label and receipt.

FROM: Lisa Shannon, 10535 Huntington Estates, Houston, Texas 77099
Phone: (832) 746-5335

TO: Clerk of Court, US District Court – Eastern Dist TN, 800 Market St., Suite 130, Knoxville, Tennessee 37902

PO ZIP Code: 77478
Date Accepted: 8/3/17
Time Accepted: 12:14 PM
Weight: 2 lbs
Scheduled Delivery Date: 8/4/17
Postage: $23.75
Return Receipt Fee: $2.75
Total Postage & Fees: $26.50

Postmark: SUGAR LAND, TX, AUG -3 2017
Received: AUG 04 2017, U.S. District Court, Eastern District of Tennessee at Knoxville

Case 3:17-cr-00082-TAV-CCS  Document 17  Filed 08/04/17  Page 3 of 3  PageID #: 43