# USPS Priority Mail Express Label

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE (832) 146-5555
LISA SHANNON
10535 Huntington Estates Dr
Houston, TX. 77099

Tracking: EL 860 972 291 US

JON

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☑ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )
United States District Court
Eastern District of Tennessee
ATTN: CLERK OF COURT
800 Market Street, Suite 130
KNOXVILLE, TN

**ZIP + 4®** (U.S. ADDRESSES ONLY)
37902

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 3302
Scheduled Delivery Date (MM/DD/YY): 08/02/17
Postage: $39.20

Date Accepted (MM/DD/YY): 08/07/17
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 12:30 ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $2.75
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $41.95  39.20

Weight: 3 lbs ozs ☐ Flat Rate
Acceptance Employee Initials: CTT

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM  Employee Signature

LABEL 11-B, OCTOBER 2016  PSN 7690-02-000-9996  **3-ADDRESSEE COPY**