IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:17-CR-82 |
| ) | Judge Shirley |
| RANDALL K. BEANE ) | |
| Defendant. ) | |

## MOTION TO REVIEW THE ATTORNEY/CLIENT RELATIONSHIP

The Defendant, Randall K. Beane, respectfully requests this Honorable Court to review the attorney/client relationship in this matter and thereafter permit him to proceed as a *pro se* defendant. In support of Mr. Beane's request, undersigned counsel offers the following:

1. The Defendant has requested that undersigned counsel file this motion.

2. The Defendant asks the Court to remove counsel from his case.

3. The Defendant asserts that he does not have confidence in the legal advice provided by undersigned counsel, and that he does not feel undersigned counsel is effectively representing him.

4. The Defendant has indicated that he wishes to represent himself and does not want an attorney to represent him.

5. Undersigned counsel believes that the disclosure of any additional information could potentially harm his client's interests and/or violate the rule of confidentiality.

WHEREFORE, the Defendant, by and through counsel, respectfully requests that this Honorable Court schedule a hearing to review the attorney/client relationship in this matter.

Respectfully submitted this the 14th day of August, 2017.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

By: *s/ Bobby E. Hutson, Jr.*
Bobby E. Hutson, Jr. BOPR No. 143116
Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929
(865) 637-7979

**Certificate of Service**

I HEREBY CERTIFY that on August 14, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/ Bobby E. Hutson Jr.*
Bobby E. Hutson Jr.
Assistant Federal Defender   Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929
(865) 637-7979