RKB NOA 081417

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2017 AUG 14 A 11:
U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:17-CR-82 |
| | ) | Case No. 3:17-cr-00082-TAV-CCS |
| v. | ) | |
| | ) | Chief District Judge Thomas A. Varlan |
| RANDALL KEITH BEANE | ) | Magistrate Judge C. Clifford Shirley, Jr. |

## NOTICE OF FILING

## NOTICE OF APPEARANCE

I hereby record NOTICE OF APPEARANCE of Randall Keith Beane as self, "pro per", in the above titled Case, with full responsibility, liability and accountability and without prejudice, effective nunc pro tunc, praeterea preterea.

Randall Keith Beane

:pp _Patricia Crawford_