RKB SDT 081417

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED

2017 AUG 14  A 11: 24

U.S. DISTRICT COURT
EASTERN DIST. TENN.

| UNITED STATES OF AMERICA | ) | Case No. 3:17-CR-82 |
| --- | --- | --- |
|  | ) | Case No. 3:17-cr-00082-TAV-CCS |
| v. | ) |  |
|  | ) | Chief District Judge Thomas A. Varlan |
| RANDALL KEITH BEANE | ) | Magistrate Judge C. Clifford Shirley, Jr. |

NOTICE OF FILING

STANDING DUE TERMINATION

NOW A MATTER OF PUBLIC RECORD

I hereby record STANDING DUE TERMINATION OF ANY AND ALL COURT APPOINTED ATTORNEY(S), INCLUSIVE OF BOBBY HUTSON, in the above titled Case(s), with full responsibility, liability and accountability and without prejudice, effective nunc pro tunc praetera preterea.

Randall Keith Beane

:pp _Patricia Crawford_