## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CRIMINAL MINUTES

**Case No.:** 3:17-CR-82-2  **At:** Knoxville, TN – Courtroom 3A  **Date:** August 24, 2017

**Style:** United States of America v. Heather Ann Tucci Jarraf (Custody - Present)

---

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Garringer | ECRO | Michelle Gensheimer |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

| Anne Marie Svolto | | |
|---|---|---|
| Cynthia Davidson | N/A | |
| **Attorney for Plaintiff** | **Attorney for Defendant** | |

**Others Present:** CJA Panel Attorney Francis Lloyd (in an advisory capacity)

**Proceedings:** Parties present for initial appearance and arraignment. Defendant advised that the she does not want to be appointed counsel at this time and wishes to represent herself. Defendant sworn. Defendant asserted her right to challenge jurisdiction over your person in this Court and requested a hearing. Defendant entered not guilty plea. Defendant requested a detention hearing. Defendant remanded to custody pending detention hearing.

**Dates Set:**

**Jury Trial:** 10/3/2017 at 9:00 a.m. before Chief District Judge Varlan
**Prertial Conference:** 9/13/2017 at 9:00 a.m. before Magistrate Judge C. Clifford Shirley, Jr.
**Detention Hearing/Status Conf.:** 8/29/2017 10:30 a.m. before Magistrate Judge Shirley
**Motion Cut-Off:** 9/8/2017
**Plea DDL:** 9/13/2017

I, **Mallory Garringer,** Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_3-17-cr-82 _20170824_141757

**Time:** 2:35 p.m.   **to**   3:00 p.m.