UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No.3:17-CR-82 |
| V. | ) | (VARLAN/SHIRLEY |
| | ) | |
| | ) | |
| HEATHER ANN TUCCI-JARRAF | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance and arraignment on an indictment. Assistant United States Attorneys Cynthia Davidson and Anne-Marie Svolto were present representing the government. The defendant was present representing herself pro se. The government moved for detention. A detention hearing and status conference is scheduled before the Honorable C. Clifford Shirley, Jr., United States Magistrate Judge for **Tuesday, August 29, 2017,** at **10:30 a.m.** The defendant acknowledged and agreed that she would remain in detention. The defendant shall be held in custody by the United States Marshal until the detention hearing, and produced for the above scheduled hearing.

ENTER:

                                                  s/ Bruce Guyton
Bruce Guyton
UNITED STATES MAGISTRATE JUDGE