UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 3:17-CR-82 |
| v. ) | |
| ) | JUDGES VARLAN / SHIRLEY |
| **RANDALL KEITH BEANE, et al.** ) | |

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Anne-Marie Svolto, hereby makes her appearance as co-counsel in the above case on behalf of the United States of America. Notices should be sent to Ms. Svolto as co-counsel at the following address:

Anne-Marie Svolto
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37901
(865) 546-4167
Anne-Marie.Svolto@usdoj.gov

Respectfully submitted, this the 28th day of August 2017.

NANCY STALLARD HARR
United States Attorney

By: *s/ Anne-Marie Svolto*
ANNE-MARIE SVOLTO
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*s/ Anne-Marie Svolto*
ANNE-MARIE SVOLTO
Assistant United States Attorney