UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:17-cr-00082-002 |
| v. | ) | Hon. Thomas A. Varlan, Chief USDJ |
| | ) | Hon. C. Clifford Shirley, Jr., Chief USMJ |
| HEATHER ANN TUCCI-JARRAF | ) | |

**MOTION OF THE DEFENDANT HEATHER ANN TUCCI-JARRAF
TO CORRECT MINUTES**

This Defendant moves to correct errors in the minutes of the August 24, 2017 hearing

held in this case [RE 26.]  At this hearing, this Defendant stated that hers was a special

appearance, and that she was presenting as self.  She stated that she reserved whether to accept

appointed (Criminal Justice Act) counsel, and whether to enter a plea of guilty or not guilty until

a decision on her jurisdictional challenge.

Respectfully submitted,

s/ Francis L. Lloyd, Jr.
LAW OFFICE OF FRANCIS L. LLOYD, JR.
9111 Cross Park Drive, Suite D-200
Knoxville, TN  37923
tel:  (865) 470-4077
fax: (865) 978-6504
E-Mail:  FLLloydJr@gmail.com
  *Counsel for the Defendant*
  *Heather Ann Tucci-Jarraf*

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically.  Notice of this filing
will be sent by operation of the Court's electronic filing system to all the parties indicated on the
electronic filing receipt.  All other parties will be served by regular U.S. Mail. Parties may access
this filing through the Court's electronic filing system.

s/ Francis L. Lloyd, Jr.