UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:17-cr-00082-002 |
| v. | ) | Hon. Thomas A. Varlan, Chief USDJ |
| | ) | Hon. C. Clifford Shirley, Jr., Chief USMJ |
| HEATHER ANN TUCCI-JARRAF | ) | |

**MOTION OF THE DEFENDANT HEATHER ANN TUCCI-JARRAF
FOR A CONTINUANCE AND FOR EXTENSIONS OF DEADLINES**

The Defendant **HEATHER ANN TUCCI-JARRAF** respectfully moves this Honorable Court for a continuance of the trial of this case, and for extensions of pretrial deadlines.

IN SUPPORT of this motion, the Defendant states that she first appeared before this Honorable Court in this case on Thursday, August 24, 2017. This Court had already set this case for trial to begin on Tuesday, October 3, 2017, and had already set pretrial deadlines in relation to this trial date.

This trial setting and the currently existing pretrial deadlines provide to this Defendant an insufficient amount of time within which to receive and review discovery, plan and present pretrial motions, and prepare adequately for trial. Undersigned counsel has informed this Defendant of her Speedy Trial rights, and this Defendant understands that by filing this motion for a continuance and for an extension of deadlines, she is waiving Speedy Trial rights.

Respectfully submitted,

s/ Francis L. Lloyd, Jr.
LAW OFFICE OF FRANCIS L. LLOYD, JR.
9111 Cross Park Drive, Suite D-200
Knoxville, TN 37923

tel: (865) 470-4077
fax: (865) 978-6504
E-Mail: FLLloydJr@gmail.com
*Counsel for the Defendant*
*Heather Ann Tucci-Jarraf*

CERTIFICATE OF SERVICE

    I hereby certify that a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all the parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    s/ Francis L. Lloyd, Jr.