UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:17-cr-00082-002 |
| v. | ) | Hon. Thomas A. Varlan, Chief USDJ |
| | ) | Hon. C. Clifford Shirley, Jr., Chief USMJ |
| HEATHER ANN TUCCI-JARRAF | ) | |

**MOTION OF THE DEFENDANT HEATHER ANN TUCCI-JARRAF
FOR LEAVE TO HAVE PRESENT A COURT REPORTER AND VIDEOGRAPHER**

The Defendant **HEATHER ANN TUCCI-JARRAF** respectfully moves this Honorable Court for leave to have present at all hearings in this case a court reporter and a videographer of her choosing.

IN SUPPORT of this motion, this Defendant states that in a prior proceeding in this case, in the District of Columbia, she noted that a hearing transcript was not completely accurate. This Defendant anticipates that hearings in this case will be of significant public interest.

Respectfully submitted,

s/ Francis L. Lloyd, Jr.
LAW OFFICE OF FRANCIS L. LLOYD, JR.
9111 Cross Park Drive, Suite D-200
Knoxville, TN  37923
tel:  (865) 470-4077
fax: (865) 978-6504
E-Mail:  FLLloydJr@gmail.com
  *Counsel for the Defendant*
  *Heather Ann Tucci-Jarraf*

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all the parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ Francis L. Lloyd, Jr.