# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:17-CR-82     **At:** Knoxville, TN     **Date:** August 29, 2017

**Style: United States of America    vs.    Heather Tucci-Jarraf**

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | Rebekah Lockwood | Michelle Gensheimer |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

Cynthia Davidson
Anne-Marie Svolto     Francis Lloyd, Jr. (elbow counsel)
**Asst. U.S. Attorneys**     **Attorney for Defendant**

**Others Present:** USMS, CSO

**Proceedings:** The parties appeared for a scheduled detention hearing and status conference. The Court found that the defendant qualified for appointed counsel. The defendant requested that counsel be appointed only as elbow counsel. The Court appointed Attorney Francis Lloyd, Jr. as elbow counsel. The Court proceeded with a detention hearing. Proffer and argument heard by the government. The defendant called witness, Marie Wasilik, to testify. The Court released the defendant on bond conditions. The Court then addressed the pending motions. The Court denied the request for a videographer, but granted the request for a court reporter. The Court also denied the motion to correct the minute entry. Lastly, the Court addressed the motion to continue. The Court granted the motion to continue. The Court set a discovery deadline for September 5, 2017. The defendant will have until September 29, 2017 to file motions. The government will file any responses by October 13, 2017. The Court set a motion hearing for October 18, 2017 at 9:30 a.m. before U.S. Magistrate Judge C. Clifford Shirley, Jr. The Court set a new trial date of January 23, 2018 at 9:00 a.m. before Chief U.S. District Judge Thomas A. Varlan. The new plea deadline was set for December 21, 2017. The Court also set the reciprocal discovery deadline for October 18, 2017. Scheduling order to follow.

**Time:** 10:45 a.m.   **to**   12:50 p.m.