UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

**Case No.:** 3:17-CR-82    **At:** Knoxville, TN    **Date:** August 29, 2017

**Style: United States of America    vs.    Randall Beane**

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | Rebekah Lockwood | Michelle Gensheimer |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

Cynthia Davidson
Anne-Marie Svolto    Bobby Hutson, Jr.
**Asst. U.S. Attorneys**    **Attorney for Defendant**

**Others Present:** USMS, CSO

**Proceedings:** The parties appeared for a scheduled motion hearing to address Doc. [20] Motion for Hearing to Review Attorney/Client Relationship. After hearing from counsel, and the defendant, the Court granted the defendant's oral request to proceed pro se. The defendant also requested elbow counsel. The Court advised the defendant that they would contact counsel for appointment as elbow counsel only. The Court also discussed the upcoming dates and deadlines with the defendant. The defendant advised the Court that he would like additional time to file motions. The Court set a discovery deadline for September 5, 2017. The defendant will have until September 29, 2017 to file motions. The government will file any responses by October 13, 2017. The Court set a motion hearing for October 18, 2017 at 9:30 a.m. before U.S. Magistrate Judge C. Clifford Shirley, Jr. The Court set a new trial date of January 23, 2018 at 9:00 a.m. before Chief U.S. District Judge Thomas A. Varlan. The new plea deadline was set for December 21, 2017. The Court also set the reciprocal discovery deadline for October 18, 2017. Scheduling order to follow.

**Time:** 2:30 p.m.  **to**  3:25 p.m.