**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

CASE NO. 3:17-cr-00082-TAV-CCS

Chief District Judge Thomas A. Varlan
Magistrate Judge C. Clifford Shirley, Jr.

ORIGINAL DUE DECLARATION OF
ADDENDUM OF LAW,
PRESUMPTION AND PERPETUITY;
CANCELLATION OF TRUE BILL

**DUE CANCELLATION OF TRUE BILL, with date of 2017 July 18 P 5:29, AND IDENTIFIERS OF NO. 3:17-CR-82, and CASE No.: 3:17-cr-00082-TAV-CCS, for due cause, specifically and particularly, inclusive of, ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY, nunc pro tunc, praeterea preterea:**

| | | |
|---|---|---|
| Annex 1 | ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST | 1; |
| Annex 2 | ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY | 1 – 5; |
| Annex 3 | "The Perpetuity", UCC record number 2000043135, with receipt number 36090, inclusive of record numbers 2011125781, 2011055259 and 2011055260 | 1 – 12; |
| Annex 4 | UCC record number 2012049126 | 1 – 2; |
| Annex 5 | UCC record number 2012012675 | 1 – 2; |

| | | |
|---|---|---|
| Annex 6 | UCC record number 2012025545 | $1-2$; |
| Annex 7 | UCC record number 2012-125-1787-8 | $1-16$; |
| Annex 8 | UCC record number 2012012555 | $1-2$; |
| Annex 9 | UCC record number 2012028312 | $1-2$; |
| Annex 10 | UCC record number 2012012659 | $1-2$; |
| Annex 11 | UCC record number 2012028311 | $1-2$; |
| Annex 12 | UCC record number 2012028314 | $1-2$; |
| Annex 13 | UCC record number 2012079290 | $1-6$; |
| Annex 14 | UCC record number 2012079322 | $1-5$; |
| Annex 15 | UCC record number 2012094308 | $1-7$; |
| Annex 16 | UCC record number 2012113593 | $1-7$; |
| Annex 17 | UCC record number 2012127914 | $1-6$; |
| Annex 18 | UCC record number 2012127907 | $1-8$; |
| Annex 19 | UCC record number 2012127854 | $1-7$; |
| Annex 20 | The Paradigm Report | $1-16$; |

| Annex 21 | UCC record number 2012083304 | 1 – 8; |
|---|---|---|
| Annex 22 | UCC record number 2012086794 | 1 – 10; |
| Annex 23 | UCC record number 2012086802 | 1 – 6; |
| Annex 24 | UCC record number 2012088865 | 1 – 6; |
| Annex 25 | UCC record number 2012088851 | 1 – 9; |
| Annex 26 | UCC record number 2012094309 | 1 – 6; |
| Annex 27 | UCC record number 2012096074 | 1 – 7; |
| Annex 28 | UCC record number 2012114093 | 1 – 7; |
| Annex 29 | UCC record number 2012114586 | 1 – 6; |
| Annex 30 | UCC record number 2012114776 | 1 – 5; |
| Annex 31 | DECLARATION OF FACTS | 1 – 12; |
| Annex 32 | UCC record number 2012132883 | 1 – 9; |
| Annex 33 | UCC record number 2013032035 | 1 – 13; |

Each said record herein duly identified, restated in entirety, and incorporated by reference as if set forth in full;
All said records in totality, "The Perpetuity";
The Perpetuity, nunc pro tunc, praeterea preterea.

Duly made and issued with standing due rejection, without dishonour, of any and all attempts to offer, contract, agree, presume, or any other action, and non action, that may be made to compel Original to issue consent for A True Bill to issue for RANDALL KEITH BEANE,
idem sonans, nunc pro tunc, praeterea preterea.

By and with due power of all I AM, without prejudice, nunc pro tunc, praeterea preterea, in perpetuity, this ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, is duly made, issued, confirmed, verified, secured, reconfirmed, ratified and noticed, and it is true, accurate and complete, for all to rely upon.

Original, Randall Keith Beane