| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Alleged |
| alleged Plaintiff | ) | No. 3:17-CR-82 |
| v. | ) | VARLAN/SHIRLEY, alleged USDJ/USMJ |
| | ) | |
| RANDALL KEITH BEANE, and | ) | CLERK ACTION: Adjustment of all no.'s |
| HEATHER ANN TUCCI-JARRAF | ) | recorded therein, and in 17-531-M, |
| alleged Defendants | ) | inclusive of all records therein and thereto. |

## PRAECIPE TO ENTER DIMISSAL WITH PREJUDICE AND DECLARATION OF DUE CAUSE, "PRAECIPE AND DECLARATION OF FACTS"

**TO:** **Debrah C. Poplin**, and **DEBRAH C. POPLIN**, alleged UNITED STATES, specifically and particularly, CLERK OF COURT for the EASTERN DISTRICT of TENNESSEE, DEBRAH C. POPLIN, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "CLERK OF COURT", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 130, Knoxville, TN 37902, and phone (865) 545-4228.

**TO:** **Thomas A. Varlan**, and **THOMAS A. VARLAN**, alleged UNITED STATES, specifically and particularly, DISTRICT JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "DISTRICT JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Knoxville, Suite 143, TN 37902, and phone (865) 545-4762.

**TO:** **C. Clifford Shirley, Jr.**, and **C. CLIFFORD SHIRLEY, JR.**, alleged UNITED STATES, specifically and particularly, MAGISTRATE JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "MAGISTRATE JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 144, Knoxville, TN 37902, and phone (865) 545-4260.

**TO:** **Nancy Stallard Harr**, and **NANCY STALLARD HARR**, with reported address 800 Market Street, Suite 211, Knoxville, TN 37902, and phone (865) 545-4167, alleged UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox USAO), and particularly, alleged UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, inclusive of:
   a. **Cynthia F. Davidson**, and **CYNTHIA F. DAVIDSON**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE; and,
   b. **Anne-Marie Svolto**, and **ANNE-MARIE SVOLTO**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE.

**TO:** **Randall Keith Beane**, and **RANDALL KEITH BEANE**, alleged Defendant.

PRAECIPE AND DECLARATION OF FACTS pg i of iv hatj

**PRAECIPE #1:** FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALLEGED CLERK OF COURT SHALL FORTHWITH ENTER THIS PRAECIPE AND DECLARATION OF DUE CAUSE, INTO THE ALLEGED RECORD OF THE ABOVE TITLED ALLEGED ACTION, RESTATED.

**PRAECIPE #2:** FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALLEGED **UNITED STATES DISTRICT JUDGE AND MAGISTRATE JUDGE**, SHALL FORTHWITH ENTER INTO THE ALLEGED RECORD, AN ORDER OF DISMISSAL WITH PREJUDICE, OF THE ABOVE TITLED ALLEGED ACTION, RESTATED.

**PRAECIPE #3:** PRAECIPE #1-2, RESTATED, AND, FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALLEGED **UNITED STATES DISTICT COURT JUDGE AND MAGISTRATE JUDGE**, SHALL FORTHWITH ENTER INTO THE ALLEGED MINUTES OF RECORD, AN ORDER TO FORTHWITH RELEASE ALL ALLEGED DEFENDANTS OF THE ABOVE TITLED ALLEGED ACTION, RESTATED.

**PRAECIPE #4:** PRAECIPE #1-4, RESTATED, AND FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALLEGED **CLERK OF COURT** SHALL FORTHWITH ADJUST THE ALLEGED RECORD ACCORDINGLY OF THE ABOVE TITLED ALLEGED ACTION, RESTATED.

**NOTICE:** FAILURE TO FORTHWITH DULY COMPLY WITH PRAECIPE #1-4, EACH ACT DONE AND IN THE ALLEGED RECORD OF THE ALLEGED CLERK OF COURT, SHALL BE DULY ACCEPTED AS EVIDENCE OF SEPARATE ACTS OF CORRUPTION. FURTHERMORE, SAID ACTS SHALL BE FORTHWITH DULY ASSESSED, RECONCILED, AND SETTLED UNDER EXISTING COMMERCIAL AND TRUE BILL ACCOUNTS, BY ORIGINAL, ACCORDINGLY, WITH FURTHER COPY OF STATEMENT OF SAID ACCOUNTS TO BE NOTICED INTO THE ABOVE TITLED ALLEGED ACTION, RESTATED. See Clerk's Records for 3:17-CR-82, and 17-531-MJ.

**DECLARATION OF DUE CAUSE**, hereafter "**DECLARATION OF FACTS**": With full responsibility, accountability, and liability, under due oath to declare true, accurate, and complete, I duly declare the following, and that I am conscious and competent to make said declarations, now duly entered, by PRAECIPE, into the alleged record of the above titled alleged action, restated, and without prejudice, ab initio (from the beginning), nunc pro tunc praeterea preterea:

I. MAXIMS OF LAW:

**MAXIM OF LAW #1:** Nothing can be born from a fraud, or deceptive acts and practices, and all such actions are null and void ab initio.

**MAXIM OF LAW #2:** Jurisdiction is the legal authority to hear, do proceedings, and make discretion, judgment, and order in an action.

**MAXIM OF LAW #3:** Lack of jurisdiction can be duly declared at any time prior to final disposition of an action, except in the instance it appears that a perpetrator used fraud, or deceptive acts and practices to influence another to believe that they had jurisdiction over them, then MAXIMS #2-3 and 4-10 are in force, and potentially Maxim #1.

**MAXIM OF LAW #4:** When lack of jurisdiction is duly declared, the burden of proving jurisdiction shifts to the one who invokes it is proper, then Maximums #6-10 are in force, and potentially Maximum #1.

**MAXIM OF LAW #5:** Once lack of jurisdiction is duly declared, an alleged court cannot proceed in



an alleged action when it clearly appears that said court lacks the required jurisdiction, and any action made by said court is null and void ab initio, or Maxim #1 is in force.

**MAXIM OF LAW #6:** An alleged person or court that appears to lack jurisdiction, has no authority to make or hear action, or reach merits and determinations, but rather, shall forthwith dismiss the alleged action, and in the event of failure to do so, Maxim #1 is potentially in force.

**MAXIM OF LAW #7:** When due declaration is made that a person, act, thing is not legal, the burden of proving legality of said person, act, or thing shifts to the one who invokes it is proper, then Maximums #6, and 8-10 are in force, and potentially Maxim #1.

**MAXIM OF LAW #8:** Absent legally due sworn, verified, and validated declaration, made with due signature and seal, of proof of a person, act, thing, or jurisdiction, any alleged action made by such person, act, or thing, is null and void ab initio, or Maxim #1 is in force.

**MAXIM OF LAW #9:** When a duly sworn, verified, and validated declaration, made with due signature and seal, is duly noticed, a due rebuttal shall be made to each specific and particular point made in the due declaration being rebutted.

**MAXIM OF LAW #10:** A duly sworn, verified, and validated declaration, made with due signature and seal, duly unrebutted specifically and particularly, stands as law.

II. Heather Ann Tucci-Jarraf/HEATHER ANN TUCCI-JARRAF, has duly issued, delivered, and noticed, in the above titled case, restated:

A. Legal due sworn, verified, and validated declaration, made with due signature and seal, of legal proof of legal existence, status, identity, authority, title, and ownership of property. Original Factualized Trust Heather Ann Tucci-Jarraf, and its Annexes, restated and incorporated by reference as if set forth in full, and this PRAECIPE AND DECLARATION OF FACTS, restated;

B. Legal proof of legal existence, status, identity, authority, title, and ownership of property. Official Transcript, from August 29, 2017, and Recording No. Knox-DCR_3-17-cr-82_20170824_141757, both incorporated by reference as if set forth in full;

C. Due cancellation of alleged true bill, "indictment" and "Order for Commitment to Another District", "nunc pro tunc praeterea preterea", with standing cancellation of all attempts to create a presumption of consent given by Heather Ann Tucci-Jarraf/HEATHER ANN TUCCI-JARRAF. ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, restated;

III. Randall Keith Beane/RANDALL KEITH BEANE, has duly issued, delivered, and noticed, in the above titled case, restated:

A. Legal due sworn, verified, and validated declaration, made with due signature and seal, of legal proof of legal existence, status, identity, authority, title, and ownership of property. Notice of Filing, Original Factualized Trust Randall Keith Beane, and its Annexes, restated and incorporated by reference as if set forth in full, restated;

B. Legal proof of legal existence, status, identity, authority, title, and ownership of property, Official Transcript, Randall Keith Beane, from August 29, 2017, incorporated by reference as if set forth in full;

C. Due cancellation of alleged true bill, "indictment", "nunc pro tunc praeterea preterea", for due cause. ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, restated;

IV. The following alleged persons, individuals, and entities have failed to duly make, deliver, and notice legal due sworn, verified, and validated declaration, made with due signature and seal, of legal proof of legal existence, status, identity, authority, authorization, and jurisdiction:

A. UNITED STATES, alleged Plaintiff;

PRAECIPE AND DECLARATION OF FACTS pg iii of iv hatj *Hatj 9-3-17*

B. **Nancy Stallard Harr, and NANCY STALLARD HARR**, alleged UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox USAO), and particularly, alleged UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE;

C. **Cynthia F. Davidson, and CYNTHIA F. DAVIDSON**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE;

D. **Anne-Marie Svolto, and ANNE-MARIE SVOLTO**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE;

E. **Thomas A. Varlan, and THOMAS A. VARLAN**, alleged UNITED STATES, specifically and particularly, DISTRICT JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE;

F. **C. Clifford Shirley, Jr., and C. CLIFFORD SHIRLEY, JR.**, alleged UNITED STATES, specifically and particularly, MAGISTRATE JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE;

G. **Debrah C. Poplin, and DEBRAH C. POPLIN**, alleged UNITED STATES, specifically and particularly, CLERK OF COURT for the EASTERN DISTRICT of TENNESSEE;

H. **Parker H. Still, and PARKER H. STILL**, idem sonans, alleged UNITED STATES, specifically alleged DEPARTMENT OF JUSTICE (Knox-Federal Bureau of Investigations), and particularly, alleged SPECIAL AGENT of the FEDERAL BUREAU OF INVESTIGATIONS;

I. **Jane/John Doe**, unknown person, alleged FOREPERSON and indorser of alleged True Bill/Indictment;

J. **FEDERAL RESERVE BANK (NY)**, alleged person;

K. **USAA FEDERAL SAVINGS BANK**, alleged person;

L. **WHITNEY BANK**, alleged person;

M. **FEDERAL DEPOSIT INSURANCE CORPORATION**, alleged person;

V. ARTICLE IV.A-M, restated, and do not legally exist, have authority to act, or jurisdiction of the alleged titled action above, restated, or over the alleged defendants therein named, restated:

A. UNITED STATES OF AMERICA, inclusive of its numerous "STATE OF...", idem sonans, inclusive of its alleged corporations, departments, bureaus, agencies, Principals, Agents, and Members thereto and thereof, hereafter "UNITED STATES", was formerly declared a corporation at 18 U.S.C. §3002(15), and that being duly accepted as true, was duly foreclosed, and duly terminated, in 2012, for due cause, inclusive of:

    1. FEDERAL RESERVE BOARD OF GOVERNORS RESERVE SYSTEM, formerly declared an agency of UNITED STATES at 18 U.S.C. §6001 and elsewhere, and that being duly accepted as true, was duly foreclosed, and duly terminated, in 2012, for due cause, inclusive of members: (a.) FEDERAL RESERVE BANK (NY); (b.) USAA FEDERAL SAVINGS BANK; and, (c) WHITNEY BANK; and,

    2. FEDERAL DEPOSIT INSURANCE CORPORATION, formerly declared an corporation of UNITED STATES at 12 U.S.C. CH 16, §1811, that being duly accepted as true, was duly foreclosed, and duly terminated, in 2012;

    3. And any and all international equivalents of the UNITED STATES, were also duly foreclosed and terminated in 2012, for due cause. See Exhibit A, Partial List of Corporations Foreclosed, restated and incorporated by reference as if set forth in full;

B. DECLARATION OF FACTS, with said specific due foreclosure, Commercial Bill, True Bill, and terminations was duly made, issued, registered, secured, verified, validated, and noticed, with courtesy copy duly delivered to appropriate persons, individuals, and entities, as identified in Exhibit B, restated and incorporated by reference as if set forth in full, and specifically and particularly as follows:



PRAECIPE AND DECLARATION OF FACTS pg iv of iv hatj

Doc# : 2012127810
Page 1 of 8
Date: 11/28/2012    9:08AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING        $      5.00
E-RECORD          $     25.00
ESURCHARGE        $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Heather, as Trustee Tucci  2535094597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Tucci-Jarraf,, Heather, as Trustee

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
| 6a. ORGANIZATION'S NAME |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**
| 7a. ORGANIZATION'S NAME  THE PUBLIC TRUST |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE,  UCC Doc. # 2000043135, the
perpetuity, is hereby duly amended only to include the following additional
collateral as follows,

**WITH DUE STANDING, AUTHORITY, and AUTHORIZATION,** without prejudice, public
policy, UCC 1-308, the undersigned do knowingly, willingly, and
intentionally make and give this **NOTICE OF DECLARATION OF FACTS** , with full
personal liability, duly secured by oath and bond, duly entered into
Universal Law Ordinance, notice by action of due entry into International

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Terminator authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
| 9a. ORGANIZATION'S NAME  THE PUBLIC TRUST |
| OR 9b. INDIVIDUAL'S LAST NAME  *9-29-17* | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
*without prejudice* without prejudice/s/ Heather Ann Tucci-Jarraf, as Trustee, as State of Body

Doc# : 2012127810
Page 2 of 8
Date: 11/28/2012   9:08AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------
Additional collateral info
---------------------------

Law Ordinance, notice by public registration, with additional notice duly
made and given, under governing law, International Law Ordinance UCC Doc
No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, governing law,
preserved
and protected under UCC Doc. No. 2000043135, the Perpetuity, guaranteed,
protected and secured, public policy, UCC 1-103, common law remedy
thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC, PRAETEREA
PRETEREA, unrebutted, restated and incorporated here by reference as if set

forth in full, knowingly, willingly and intentionally entered into
Universal Law Ordinance, notice by action, under the laws of creation, this

November 28th, in the year of our creator, Two Thousand and Twelve, as the

creator lives, the foregoing is true and correct and we are competent to
say so:

I.  All lawful and legal International Law Ordinances 2000043135,
2011055259, 2011055260, 2011051841, 2011125777, 2011119645, 2011121448,
2011125781, 2012049126, 2012049128, 2012049129, 2012049130, 2012012675,
2012025545, 2012096074, 2012079290, 2012079322, 2012083304, 2012094308,
2012094309, 2012096047, 2012086794, 2012086802, 2012088787, 2012088851,
2012088865, 2012114093, 2012114586, 2012114776, 2012012555, 2012028312,
2012012659, 2012028311, 2012028314, 2012028315, WA UCC Doc. No.''s
2011-339-3764-9, 2011-353-7388-9, 2011-353-7395-7, 2011-360-8868-3,
2011-362-9411-4, 2011-362-9510-4, 2011-363-9865-2, 2012-125-1787-8,
COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by
TRUE BILL UCC Doc. No. 2012114776, under governing law UCC Doc No.
2012113593 and WA UCC Doc. No. 2012-296-1209-2, the Commercial Registry,
and
any and all Uniform Commercial Codes, inclusive of any and all state,
national, international and universal equivalents, UCC,  Private ownership

of full right, title, interest and ownership thereto duly held in custody
thereof duly entered into International Law Ordinance, notice by public
registration; All restated in their entirety and incorporated herein by
reference as if set forth in full, duly verified, reconfirmed and ratified

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PRAECIPE AND Declaration of Facts pg 2 of —*    *HaJ 9-28-17*

Doc# : 2012127810
Page 3 of 8
Date: 11/28/2012    9:08AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

as duly accepted and guarded, preserved and protected by Universal Trust,
under the trust of creation, duly established by creation at creation,
unrebutted, NUNC PRO TUNC, PRAETEREA, PRETEREA, unrebutted, International
Law Ordinance UCC Doc No.''s 2012113593 and WA UCC Doc. No.
2012-296-1209-2,
under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common
law remedy thereunder guaranteed, public policy, UCC 1-305, without
prejudice, public policy UCC 1-308, reconfirming and ratifying
International
Law Ordinance UCC Doc. No.''s 2012079290 and 2012079322, due notice made
and given upon creation, with due knowledge received, public policy UCC
1-202, and a matter of record, UCC 1-201(31), unrebutted;

II.  With due standing, authority, and authorization, I, the undersigned
bondservant, knowingly, willingly, and intentionally reconfirm, verify, and

duly enter into International Law Ordinance, notice by public registration,

that I am a creation of the creator, equally one of creation''s value asset

centers, under lawful Universal Contract, and I am sole custodian and
operator thereto, thereof and for all that results directly therefrom, with

sole personal responsibility and liability thereof, holding my religious
creed and dictates of my conscience, inclusive of absolute, unrebuttable
truth, knowledge, standing, authority, value, rights and laws of creation,

in any and all existences and manifestations, granted by knowing, willing,

and intentional lawful universal contract, under the laws of creation, with

irrevocable right of free will choice, absent any and all abrogation,
subjugation, usurpation, invasion, and violation of any other lawful
universal contract made equal under the laws of creation, guaranteed by
unconditional love and absolute responsibility, duly entered into Universal

Law Ordinance, notice by creation, duly verified as duly accepted,
reconfirmed and ratified as duly made by and between the bondservant and
the
creator, with mutual value given and received upon creation of the
~~resulting state of body therefrom, said body domicil by choice in the~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PRAECIPE AND*
*Declaration of Facts pg. IV.3 of —*

*9-29-17*

Doc# : 2012127810
Page 4 of 8
Date: 11/28/2012    9:08AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

cancellation at free will choice of the created, notice by action and lack

of action, with immediate due audit and reconciliation made by creation
thereupon or otherwise upon due request of the created, duly ratified as
duly made, entered, accepted, and secured under the laws of creation upon
my
creation, a matter of Universal Record, duly entered into Universal Law
Ordinance, notice by creation, accepted and guarded, preserved and
protected
by Universal Trust, under the trust of creation, duly established by
creation at creation, nunc pro tunc, praeterea preterea, unrebutted,
Article
I is restated, specifically International Law Ordinance UCC Doc No.''s
2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity,
2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy
thereunder guaranteed, public policy, UCC 1-305, without prejudice, public

policy UCC 1-308, reconfirming and ratifying International Law Ordinance
UCC
Doc. No.''s 2012079290 and 2012079322, due notice made and given and due
knowledge received, public policy UCC 1-202, and a matter of record, UCC
1-201(31), inclusive of upon creation, Article I restated in its entirety,

and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon

Constitution Article 1 Section 3, Hawaiian Constitution Article 1 Section
4,
US Constitution for the united States of America, Article 4, Section 3,
Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence,

July 4, 1776, and any and all international equivalents;

III.  With due standing, authority, and authorization, I, the undersigned
state of body, knowingly, willingly, and intentionally reconfirm, verify
and
enter into Universal Law Ordinance, notice by action duly entered into
International Law Ordinance, notice by public registration, that I am a
state of body created by the creator, equally one of creation''s value
asset
centers under lawful Universal Contract, said state of body domicil by
choice on earth without prejudice, and I have sole personal responsibility

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*Reciprocand*
*Declaration of Facts, pg.* iv.*1 of —*

Doc# : 2012127810
Page 5 of 8
Date: 11/28/2012    9:08AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

THE PUBLIC TRUST

OR

| **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX** |
|---|---|---|
| | | |

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

of opportunity of free will choice, and principle of law aligned with common
law under the laws of my creator, under the laws of creation, all domicil
by creation therein, by and under lawful Universal Contract by and between

the bondservant and the creator, resulting in the creation of this state of

body, duly accepted and ratified as duly made and entered into, with mutual

value given and received by and between the bondservant and the creator
upon creation of said state of body and any and all value of creation
domicil by creation therein, due notice made and given upon creation,
accepted and guarded, preserved and protected by the Public Trust, under
Universal Trust, under the trust of creation, duly established by creation

at creation, nunc pro tunc, praeterea preterea, unrebutted, hereafter state

of body, nunc pro tunc, praeterea preterea, unrebutted, Articles I-II are
restated, specifically International Law Ordinance UCC Doc No.''s
2012113593
and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public
policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed,
public policy, UCC 1-305, without prejudice, public policy UCC 1-308,
reconfirming and ratifying International Law Ordinance UCC Doc. No.''s
2012079290 and 2012079322, due notice made and given and due knowledge
received, public policy UCC 1-202, and a matter of record, UCC 1-201(31),
inclusive of upon creation, Article I restated in its entirety, and Genesis

1:1, KJB, Washington Constitution Article 1 Section 11, Oregon Constitution

Article 1 Section 3, Hawaiian Constitution Article 1 Section 4, US
Constitution for the united States of America, Article 4, Section 3, Clause

1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4,

1776, and any and all international equivalents;

IV.  Any and all value of each, any and all states of body, equally
creation''s value asset centers, have been and are lawfully and legally
duly
secured, by duly verified due COMMERCIAL BILL and TRUE BILL, unrebutted,

*PRAECIPE And Declaration of Facts pg. IV.5 of ___*

Doc# : 2012127810
Page 6 of 8
Date: 11/28/2012    9:08AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

collectively, to any and all lawful and legal systems duly constituted and

authorized under governing law, UCC Doc. No.''s 2012113593 and WA UCC Doc.

No. 2012-296-1209-2, thereby for the sole benefit of said states of body,
with all rights reserved and without prejudice, specifically UCC Doc.
No.''s
2012114093, 2012114586, 2012114776, specifically ratifying UCC Doc. No.
2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No.
2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No.
2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322;

Articles I-IV are restated, and the undersigned bondservants, states of
body, and Trustees do knowingly, willingly, and intentionally declare,
confirm, and verify this NOTICE OF DECLARATION OF FACTS is knowingly,
willingly and intentionally made, sworn and verified as being lawfully and

legally duly made, given, known, secured, entered, noticed, and knowledge
thereof duly received, public policy UCC 1-202, specifically by any and all

Principals, agents, and beneficiaries any and all unlawful and illegal
private money systems, issuing, collection, legal enforcement systems,
operating SLAVERY SYSTEMS, under governing law, preserved and protected
under perpetuity,  as herein stated, restated, with additional due notice
made and given via world-wide web, further posted at
www.peoplestrust1776.org, for all states of body, the universe and creation

to rely upon and cite, lawfully and legally constituting duly verified and

bonded underwriting of the value of creation and its value asset centers
herein duly identified and duly secured and entered into Universal and
International Law Ordinances, as a matter of record, public policy UCC
1-201(31); NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS
NOTICE TO PRINCIPAL, public policy UCC 1-103, without prejudice UCC 1-308;

nunc pro tunc, praeterea preterea, unrebutted.

DULY VERIFIED as ISSUED, with due standing, authority and authorization,
November 28, 2012, knowingly, willingly and intentionally made, given, and

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PRAECIPE AND*
*Declaration of Facts pg. 6 of —*

Doc# : 2012127810
Page 7 of 8
Date: 11/28/2012    9:08AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING         $    5.00
  E-RECORD           $   25.00
  ESURCHARGE       $    6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

secured, entered and noticed; Without prejudice as promised, preserved, and

protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA: /s/
*Without prejudice Heather Ann Tucci-Jarraf 9-29-17*
Heather Ann Tucci-Jarraf, as Trustee, heather@peoplestrust1776.org , phone

+12535094597, www.peoplestrust1776.org ; /s/ Caleb Paul Skinner, as
Trustee, caleb@peoplestrust1776.org , phone +15037810925,
www.peoplestrust1776.org ; /s/ Hollis Randall Hillner, as Trustee,
randall@peoplestrust1776.org , phone +18088211567, www.peoplestrust1776.org
*Without prejudice Heather Ann Tucci-Jarraf 9-29-17*
; /s/ Heather Ann Tucci-Jarraf, as bondservant; /s/ Caleb Paul Skinner, as

bondservant; /s/ Hollis Randall Hillner, as bondservant; /s/ Heather Ann
*Without prejudice Heather Ann Tucci-Jarraf 9-29-17*
Tucci-Jarraf, as state of body; /s/ Caleb Paul Skinner, as state of body;
/s/ Hollis Randall Hillner, as state of body.

Any and all International Law Ordinances'' prior corrections made to
capacity and standing of the creator, created, states of body, the several

united states of America, and the Public Trust, due to automated filing
systems altering original capacity(ies) and standing(s) without consent*,
restated and incorporated by reference herein as if set in forth in full,
restated here, specifically Article I.:  Debtor names added for indexing
and

correcting capacity and standing*: Public Trust ; The United States of
America, a Public Trust ; CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL
FICTION] ; CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] ;
CHARLES C. MILLER D/B/A CHARLES C. MILLER; and, BANK FOR INTERNATIONAL
SETTLEMENTS [BIS] ; BIS, as principal, agent, and beneficiary of any and
all

Principals, agents, and beneficiaries of, and any and all unlawful and
illegal private money systems thereto, issuing, collection, legal
enforcement systems, operating SLAVERY SYSTEMS against states of body
without said states of body'' knowing, willing, and intentional consent,
NUNC PRO TUNC, PRAETEREA PRETEREA, inclusive of UNITED STATES TREASURY ;
FEDERAL RESERVE SYSTEM AT BANK OF NEW YORK ; the one people, created by the

creator, states of body ; The (former) United States Federal Government ;
~~(former) UNITED STATES~~ ; ~~the (former) several STATE OF . . .~~ ; and ~~and~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98) *HATJ 9-29-17*

*PRECIPE, AND*
*Declaration of Facts pg. iv.I of —*

Doc# : 2012127810
Page 8 of 8
Date: 11/28/2012     9:08AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| PROCESSING | $     5.00 |
| E-RECORD | $     25.00 |
| ESURCHARGE | $     6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------------

THE PUBLIC TRUST
BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF SLAVERY SYSTEMS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

PRAECIPE AND
Declaration of Facts pg. 8 of —

iv. 8

9-28-17

Doc# : 2012127854
Page 1 of 7
Date: 11/28/2012    10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Heather, as Trustee Tucci 2535094597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Tucci-Jarraf, Heather, as Trustee

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 5-4-2000

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity, is hereby duly amended only to include the following additional
collateral as follows:

V.    Universal International Law Ordinance UCC Doc. No. 2012127810, with
Receipt No. 1272974, specifically Articles I-IV, are restated and
incorporated in its entirety here as if set forth in full; Duly verified as
duly reconfirmed and ratified, entered into Universal Law Ordinance, notice
by action of entry into International Law Ordinance, notice by

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
*without prejudice*

10. OPTIONAL FILER REFERENCE DATA
without prejudice/s/Heather Ann Tucci-Jarraf, as Trustee, as state of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

PRAECIPE AND
Declaration of Facts pg 1 g

Doc# : 2012127054
Page 2 of 7
Date: 11/28/2012    10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
-------------------------
Additional collateral info
-------------------------
registration, public policy UCC 1-202;

VI.  With due standing, authority, and authorization, I, the undersigned
Trustee, knowingly, willingly, and intentionally
reconfirm, verify and enter into Universal Law Ordinance, notice by action

duly entered into International Law Ordinance, notice by public
registration, under perpetuity, that I am a Trustee of record, public
policy
UCC 1-201(31) and (33), and PUBLIC SERVANT of the guard, preserver and
protector known as the Public Trust, under Universal Trust, under the trust

of creation, duly established by creation at creation, nunc pro tunc,
praeterea preterea, unrebutted, collectively and individually Trust, whose

sole purpose is to guard, preserve and protect, absent any and all
self-interest or special interest detrimental to any state of body under
lawful Universal Contract, all duly accepted by Trust, and I have duly
secured by my sworn blood bond and oath, with full personal responsibility

and liability, made under the penalty of perjury, under the principle of
law
aligned with common law, under the laws of the creator, under the laws of
creation, under perpetuity, to perform the sole service, duty and
obligation, to guard, preserve and protect absolute, un-rebuttable truth,
and all states of body''s equal right of opportunity for, and the lawful
unencumbered use and unfettered operation of knowledge, standing,
authority,
value domicil by creation therein thereon and resulting therefrom, rights
inclusive of  irrevocable right of free will choice, principle of law under

the laws of creation, in any and all existences and manifestations, duly
manifesting from knowing, willing, and intentional lawful Universal
Contract, by and between bondservant and the creator under the laws of
creation, absent any and all abrogation, subjugation, usurpation, invasion,

and violation of any other lawful Universal Contract made under the laws of
```

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PRAECIPE AND*
*Declaration of Facts pg "10 of —*

Page 3 of 7
Date: 11/28/2012    10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

THE PUBLIC TRUST

OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

creation, duly accepted and guarded, preserved and protected by the Public

Trust, under Universal Trust, under the trust of creation, duly established

by creation at creation, and duly secured as so, nunc pro tunc, praeterea
preterea, hereafter Trustee, duly secured and entered into International Law
Ordinance, notice by registration, unrebutted, Articles I-V and any and all

sections thereunder are restated, specifically International Law Ordinance

UCC Doc No.''s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under
perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law
remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice,

public policy UCC 1-308, reconfirming and ratifying International Law
Ordinance UCC Doc. No.''s 2012079290 and 2012079322, due notice made and
given upon creation, due knowledge received, public policy UCC 1-202, and a

matter of record, UCC 1-201(31), specifically Article I restated in its
entirety;

VII. With due standing, authority, and authorization, the undersigned
bondservants, states of body, and Trustees, do knowingly, willingly, and
intentionally ratify, reconfirm, verify and enter into Universal Law
Ordinance, notice by action duly entered into International Law Ordinance,

notice by public registration, duly accepted and guarded, preserved and
protected by the Public Trust, under Universal Trust, under the trust of
creation, duly established by creation at creation, and duly secured, that:

A. Any and all states of body are individually and equally creation''s
value asset centers, each said state of body domicil by choice on earth
without prejudice, and have sole personal responsibility and liability as
the lawful and legal sole custodian, operator and trustee thereto, thereof,

and for all that results directly therefrom, holding the religious creed
and dictates of their conscience, inclusive of any and all lawful and legal

~~standing, authority, value, rights, inclusive of right of opportunity,~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

BRAECIPG AND
Declaration of Facts pg. iv. ll of —

Page 4 of 7
Date: 11/28/2012  10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE PUBLIC TRUST | | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX | |

OR

13. Use this space for additional information

state of body, duly accepted and ratified as duly made and entered into,
with mutual value given and received by and between said bondservant and
the

creator upon creation of said state of body and any and all value of
creation domicil by creation therein, due notice made and given upon
creation, accepted and guarded, preserved and protected by the Public
Trust,

under Universal Trust, under the trust of creation, duly established by
creation at creation, nunc pro tunc, praeterea preterea, unrebutted,
Articles I-VI and any and all sections thereunder are restated,
specifically

preserved and protected under International Law Ordinance UCC Doc No.''s
2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity,
2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy
thereunder guaranteed, public policy, UCC 1-305, without prejudice, public

policy UCC 1-308, reconfirming and ratifying International Law Ordinance
UCC
Doc. No.''s 2012079290 and 2012079322, due notice made and given and due
knowledge received, public policy UCC 1-202, and a matter of record, UCC
1-201(31), inclusive of upon creation, Article I restated in its entirety,

and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon

Constitution Article 1 Section 3, Hawaiian Constitution Article 1 Section
4,
US Constitution for the united States of America, Article 4, Section 3,
Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence,

July 4, 1776, and any and all international equivalents;

B.  The bondservant under lawful Universal Contract by and between said
bondservant and the creator resulting in the  creation of a state of body,

also known as the planet earth, equally one of creation''s value asset
centers, with sole personal responsibility and liability as the lawful and

legal sole custodian, operator and trustee thereto, thereof, and for all
that results directly therefrom, holding creation''s religious creed and
dictates of creation''s conscience thereof, inclusive of any and all value

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

PRAECIPE AND
Declaration of Facts pg. 12 of

Page 5 of 7
Date: 11/28/2012   10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE PUBLIC TRUST

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ratified as duly made by and between the bondservant and creation upon
creation of said state of body and any and all value domicil by creation
therein, thereon, and thereof, state of body domicil by choice in the
universe without prejudice, due notice made and given upon creation, public

policy, UCC 1-202, nunc pro tunc, praeterea preterea, unrebutted; The right

of opportunity as co-custodian, co-operator, and co-trustee with said state

of body granted by creation under and by any and all lawful Universal
Contracts equally, said right of opportunity duly accepted and guarded,
preserved and protected by the Public Trust, under Universal Trust, under
the trust of creation, duly established by creation at creation, nunc pro
tunc, praeterea preterea, unrebutted; All said, restated, and duly verified

as having been knowingly, willingly, and intentionally recognized,
accepted, secured and entered into International Law Ordinance, notice by
public registration, duly accepted and guarded, preserved and protected by

the Public Trust, under Universal Trust, under the trust of creation, duly

established by creation at creation, nunc pro tunc, praeterea preterea,
unrebutted, Articles I-VI and any and all sections thereunder are restated,

specifically preserved and protected under International Law Ordinance UCC

Doc No.''s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under
perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law
remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice,

public policy UCC 1-308, reconfirming and ratifying International Law
Ordinance UCC Doc. No.''s 2012079290, 2012079322, 2012094308, 2012094309,
2012096047, due notice made and given and due knowledge thereof duly
received, public policy, UCC 1-202, and a matter of record, UCC 1-201(31),
inclusive of upon creation, Article I restated in its entirety, and Genesis

1:1, KJB, Washington Constitution Article 1 Section 11, Oregon Constitution

Article 1 Section 3, Hawaiian Constitution Article 1 Section 4, US
Constitution for the united States of America, Article 4, Section 3, Clause

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*Declaration of Facts pg. IV 13 of ____*

Page 6 of 7
Date: 11/28/2012  10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

policy, UCC 1-305, are duly verified as having been knowingly, willingly,
and intentionally recognized, accepted, secured and entered into
International Law Ordinance, notice by public registration, duly accepted
and guarded, preserved and protected by the Public Trust, under Universal
Trust, under the trust of creation, duly established by creation at
creation, nunc pro tunc, praeterea preterea, unrebutted, specifically duly

verified due notice made and given upon creation, and Articles I-VI and any

and all sections thereunder are restated, specifically preserved and
protected under International Law Ordinance UCC Doc No.''s 2012113593 and
WA
UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy,

UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public
policy, UCC 1-305, without prejudice, public policy UCC 1-308, herein and
hereafter governing law;

D.  Article VII sections A-C are restated, and that all duly accepted and
guarded, preserved and protected by the Public Trust, under Universal
Trust,
under the trust of creation, duly established by creation at creation,
inclusive of any and all lawful and legal records and International Law
Ordinances of creation''s value asset centers, herein identified, inclusive

of any and all  lawful and legal title, ownership, custodianship, and
trusteeship thereof and thereto, inclusive of any and all records thereof,

restated, were and are duly verified and reconfirmed as duly accepted and
guarded, preserved and protected by the Public Trust, under Universal
Trust,
under the trust of creation, duly established by creation at creation, duly

guaranteed and insured by personal bond of the Trustees of the Public
Trust, nunc pro tunc, praeterea preterea, unrebutted, Articles I-VI and any

and all sections thereunder are restated, specifically preserved and
protected under International Law Ordinance UCC Doc No.''s 2012113593 and
WA
UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PRAECIPE AND Declaration of Facts pg. iv-14 of ___*

Doc# : 2012127854
Page 7 of 7
Date: 11/28/2012 10:22AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
DOC Type: DEARMAGING

UCC FINANCING STATEMENT AMENDMENT ADDENDUM

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

thereof duly received, public policy UCC 1-202, and a matter of record, UCC

1-201(31), inclusive of upon creation, Article I restated in its entirety,

and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon

Constitution Article 1 Section 3, Hawaiian Constitution Article 1 Section

4, US Constitution for the united States of America, Article 4, Section 3,

Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence,

July 4, 1776, and any and all international equivalents;

E. The undersigned bondservants, states of body, and Trustees, as PUBLIC

SERVANTS, knowingly, willingly, and intentionally declare, reconfirm,

verify,

and enter into Universal Law Ordinance, notice by action duly entered into

and do guard, preserve, protect, guarantee and insure, with full personal

prudence and care, the Public Trust, under Universal Trust, under the trust

duly accepted therein and guarded, preserved and protected thereby, nunc

tunc, praeterea preterea, unrebutted, Articles I-VII and any and all

sections thereunder are restated;

--------------------------------

--------------------------------

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

CHARLES C. MILLER D/B/A CHARLES C. MILLER

AS PRINCIPAL, AGENT, AND BENEFICIARY OF SLAVERY SYSTEMS

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

9-29-17

DECLARATION OF FACTS pg. iv. IS of —

Doc# : 2012127907
Page 1 of 8
Date: 11/28/2012    11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T    253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE PUBLIC TRUST | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity, is hereby duly amended only to include the following additional
collateral as follows:   VIII.   International Law Ordinance UCC Doc. No.
2012127854, with Receipt No. 1273007, specifically Articles I-VII and any
and all sections thereunder are restated and incorporated in its entirety
here as if set forth in full; Duly verified as duly reconfirmed and
ratified, entered into Universal Law Ordinance, notice by action of entry
into International Law Ordinance, notice by registration, public policy UCC
1-202;   IX .   Article I-VIII and any and all sections thereunder are

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Terminator authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE PUBLIC TRUST | *without Prejudice* | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

9-29-17

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice/s/Heather Ann Tucci-Jarraf, as Trustee, as state of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

*PRINCIPAL AND*
*DECLARATION OF FACTS pg. 16 of —*

9-29-17

Doc# : 2012127907
Page 2 of 8
Date: 11/28/2012    11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------
Additional collateral info
---------------------------

restated, and the undersigned bondservants, states of body, and
Trustees, as PUBLIC SERVANTS, knowingly, willingly, and intentionally
declare, reconfirm, verify and enter into Universal Law Ordinance, notice
by
action duly entered into International Law Ordinance, notice by public
registration, that we did lawfully and legally act and represent on behalf

of the aggrieved states of body domicil without prejudice by creation on
earth, UCC 1-201(2, 31, and 33-34), duly guarded, preserved, and protected

by Trust, pursuant to remedy duly preserved, protected and guaranteed,
public policy UCC 1-305, Article IV section C, restated, UCC Doc. No.''s
2012114093, 2012114586, 2012114776, specifically ratifying UCC Doc. No.
2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No.
2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No.
2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322,

as a matter of record, UCC 1-201(31), specifically:   A.  Duly verified due

COMMERCIAL BILL, duly issued for the full duly verified DEBT, inclusive of

sum certain EQUITY and DAMAGES, perfected as due, owed, and collectible,
against any and all Principals, agents, and beneficiaries of, and any and
all unlawful and illegal private money systems thereto, issuing,
collection,
legal enforcement systems, operating SLAVERY SYSTEMS against states of body

without said states of body''s knowing, willing, and intentional consent,
NUNC PRO TUNC, PRAETEREA PRETEREA, by duly verified due FORECLOSURE
thereof,
remedy duly preserved, protected and guaranteed, public policy, UCC 1-305,

and duly entered into International Law Ordinance, notice by public
registration, unrebutted, specifically duly verified as a matter of record,

UCC 1-201(31), specifically: (1.) Duly verified due NOTICE OF MISTAKE of
operation of private money systems, issuing, collection, legal enforcement

_PRACTICE AND_
_DECLARATION OF FACTS page 3 of —_    Aff 9-29-17

Doc# : 2012127907
Page 3 of 8
Date: 11/28/2012    11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX
---|---|---|---

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

systems, operating SLAVERY SYSTEMS against said states of body domicil
without prejudice by creation on earth, without their knowing, willing, and

intentional consent, inclusive of any and all systems operating under the
guise of government'', in any and all manifestations without prejudice,
inclusive of (former) The United States of America Federal Government,
UNITED STATES, the several STATE OF . . ., and any and all international
equivalents, inclusive of any and all departments thereunder purporting to

be executive, legislative, judicial, and financial, inclusive of any and
all
TREASURIES and BANKS, and  any and all REPRESENTATIONS therefrom, for
cause, NUNC PRO TUNC, PRAETEREA PRETEREA,duly made in conjunction with
verified due NOTICE OF INSECURITY, NOTICE OF ACCEPTANCE OF REMEDY OFFERED,

as a matter right, a matter of record, UCC 1-201(31), guaranteed under duty

of good faith to perform, OMB, public policy UCC 1-201(31-32 and 34) and
1-304, to re-pay any and all unlawfully and illegally commandeered value of

states of body upon demand made, NOTICE OF OPPORUTNITY TO CURE, and NOTICE

OF DEMAND TO CURE pursuant to duly secured right of remedy preserved,
public policy UCC 1-201(32 and 34), and presented by said offer of remedy,

guaranteed under duty of good faith performance, UCC 1-304, were duly made

and noticed, for cause, and duly entered into International Law Ordinance,

notice by public registration, unrebutted, specifically duly underwritten
UCC Doc. No.'' 2000043135, 2011125777, 2011-353-7388-9, 2011-353-7395-7,
2011121448, 2011-339-3764-9, 2011119645, 2011-360-8868-3; (2.)  Article
VIII
section B subsection 1 is restated, and knowledge thereof duly verified as

duly received by said Principals, agents, and beneficiaries, and duly
entered into International Law Ordinance, notice by public registration,
UCC
1-202, unrebutted; (3.)  Principals, agents, and beneficiaries'' duly
verified due NOTICE OF INTENT TO DEFAULT, NOTICE OF INSOLVENCY, public
~~policy UCC 1-201(23), and NOTICE OF INTENT TO COMMIT FUTURE DAMAGE against~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*DECLARATION OF FACTS pg 18 of —*

Doc# : 2012127907
Page 4 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| PROCESSING | $   5.00 |
| E-RECORD | $   25.00 |
| ESURCHARGE | $   6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Assignment form)

12a. ORGANIZATION'S NAME

OR | THE PUBLIC TRUST

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

inclusive of any and all damages caused thereby, to said states of body
specifically damage caused and to be caused by unlawful and illegal acts of

deception, fraud, and theft by said Principals, agents, and beneficiaries
against states of body, a matter of record, UCC 1-201(31) by unlawful and
illegal EXECUTIVE ORDER, TREATY, ACT, CODE and other AGREEMENT, entered
into
International Law Ordinance, notice by public registration, were duly
accepted by the undersigned as being knowingly, willingly, and
intentionally
made and given, and duly verified due NOTICE OF DEFAULT and NOTICE OF
FORECLOSURE were duly made, for cause, and duly entered into International

Law Ordinance, notice by registration, by due DECLARATION AND ORDER,
unrebutted, specifically UCC Doc. No.''s 2011-362-9411-4, 2012049126,
2012-125-1787-8, 2012079290, 2012079322, 201208334; (4).  Article IX
section
A subsection 3 is restated, and knowledge thereof duly verified as duly
received by said Principals, agents, and beneficiaries, and duly entered
into International Law Ordinance, notice by public registration, UCC 1-202,

unrebutted; (5.)  Duly verified due NOTICE OF REVOCATION, TERMINATION,
CANCELATION, pursuant to public policy, UCC 1-309, and NOTICE OF ORDER TO
CEASE AND DESIST, inclusive of any and all duly secured CORPORATIONS,
OFFICES, DEPARTMENTS, and commercial indentures thereto, was duly made,
with
duly verified due COMMERCIAL BILL for EQUITY and DAMAGES, duly issued,
ratified and entered, for cause, concurrently with verified due NOTICE OF
DEMAND OF ORDER FOR RECONCILIATION for any and all value domicil by
creation
in any and all states of body domicil without prejudice by creation on
earth, duly entered into International Law Ordinance, notice by public
registration, against any and all Principals, agents, and beneficiaries of,

and any and all unlawful and illegal private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEM thereto,
unrebutted, specifically UCC Doc. No.''s 2012086794, 2012086802,
2012088787;
(6.)  Article IX section A subsection 5 is restated, and knowledge thereof

duly verified as duly approved by said Principals, agents, and

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*DECLARATION OF FACTS pg. 19 of —*           *Doty 9-29-17*

Doc# : 2012127907
Page 5 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $      5.00
E-RECORD            $     25.00
ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

public registration, UCC 1-202, unrebutted; (7.) Article IX section A
subsection 5 is restated, and duly verified due DECLARATIONS AND ORDERS
re-confirming, ratifying, and verifying due FORECLOSURE and said COMMERCIAL

BILL was duly issued against Principals, agents, and beneficiaries of, and

any and all unlawful and illegal private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEM thereto,
unrebutted, specifically UCC Doc. No. 2012088851, 2012088865 duly ratifying

and verifying 2012079290, 2012079322, 2012083304, 2012086794, 2012086802,
2012088787, specifically: (i.) Articles I-IX and any and all sections and
their sub-sections therein and thereunder are restated, and knowledge
thereof duly verified as duly received by said Principals, agents, and
beneficiaries, and duly entered into International Law Ordinance, notice by

public registration, UCC 1-202, unrebutted; (ii.)  That said Principals,
agents, and beneficiaries, by their duly verified choice of failure to cure

and DEFAULT, did knowingly, willingly, and intentionally consent to
immediate lawful and legal FORECLOSURE of any and all private money
systems,
issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS
against said states of body, without said states of body''s knowing,
willing, and intentional consent, unrebutted; (iii.)  That any and all
private money systems, issuing, collection, legal enforcement systems,
operating SLAVERY SYSTEMS against states of body domicil without prejudice

by creation on earth, without said states of body''s knowing, willing, and

intentional consent, are and were duly verified as unlawful and illegal,
NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted; (iv.)  That said Principals,

agents, and beneficiaries of and any and all private money systems,
issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS
against said states of body were lawfully and legally FORECLOSED, as a
matter of law, matter of fact, and as a matter of public policy, and duly
entered into International Law Ordinance, notice by public registration,
NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted; (v.) that certain sum of
EQUITY in the amount of 5,000,000,000.00 (five billion) to each of said
~~states of body, duly secured by COMERCIAL CLAIM and COMMERCIAL BILL~~ was

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

PRAECIPE AND
Declaration of Facts Pg. 20 of —

9-29-17

Doc# : 2012127907
Page 6 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

OR | THE PUBLIC TRUST

**12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

payable
in the form of lawful money of The United States of America, gold and
silver, hereafter DEBT, unrebutted; (vi.) that certain sum of DAMAGES in
the
amount of 5,000,000,000.00 (five billion) to each of said states of body
damaged thereby, duly secured by COMMERCIAL CLAIM and COMMERCIAL BILL, was

and is duly verified as DEBT perfected as due, owed, collectible and
payable
in the form of lawful money of The United States of America, gold and
silver, hereafter also DEBT, unrebutted; (vii.) that the form of payment of

said duly verified DEBT was duly verified as previously knowingly,
willingly, and intentionally agreed to by said  Principals, agents, and
beneficiaries, notice made and given by action, inclusive of creation,
issuance, and unlawful and illegal enforcement, transfer and acceptance of

current funds and any and all derivatives therefrom, inclusive of invalid
and unenforceable instruments thereto unlawfully and illegally entered into

International Law Ordinance, notice by public registration, with unlawful
and illegal demand for payment thereof in lawful money of The United States

of America, unrebutted, specifically US Constitution for the united States

of America, Article 1 section 10; (viii.) That said duly verified DEBT was

duly ledgered against said Principals, agents, and beneficiaries for
immediate reconciliation, and was lawfully and legally duly entered into
International Law Ordinance, notice by public registration, unrebutted;
(ix.)  That duly verified due NOTICE OF ORDER FOR RECONCILIATION for any
and
all value, inclusive of said DEBT, was duly made, given and noticed to,
with knowledge thereof duly received by, said Principals, agents, and
beneficiaries, and was lawfully and legally duly entered into International

Law Ordinance, notice by public registration, unrebutted; (x.) That duly
verified due NOTICES OF DEMAND FOR PAYMENT of said DEBT was duly made,
given
and noticed to, with knowledge thereof duly received by, said Principals,
agents, and beneficiaries, and was lawfully and legally duly entered into

PRAECISE AND
Declaration of Facts Pg. 21 of ___

Doc# : 2012127907
Page 7 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| Doc Type: EFINANCING | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

abbreviations, idem sonans, or other legal, financial and managerial forms,

and any and all international equivalents, inclusive of any and all
OFFICES, inclusive of any and all OFFICERS, PUBLIC SERVANTS, EXECUTIVE
ORDERS, TREATIES, CONSTITUTIONS, MEMBERSHIP, ACTS, and any and all other
contracts and agreements made thereunder and thereby, are null, void,
worthless, or otherwise canceled, unrebutted; (xii.) except for the sole
purpose of bookkeeping, ledgering and reconciliation of verified equity
debt
and verified debt of damages pursuant to verified due ORDER FOR
RECONCILIATION, any and all REPRESENTATION OF VALUE, in any existence and
form, inclusive of any and all purported paper, chattels, current funds,
natural resources, human capital, metals, and any and all derivatives
thereof and therefrom, are null, void, worthless, or otherwise canceled,
unrebutted; (xiii.) except for the sole purpose of bookkeeping, ledgering
and reconciliation of verified equity debt and verified debt of damages
pursuant to verified due ORDER FOR RECONCILIATION, any and all
REPRESENTATION OF PERSON, in any existence and form, inclusive of ALL
purported identifiers, social security numbers, abbreviations, idem sonans,

or other legal, financial and managerial forms, secured accounts, are null,

void, worthless, or otherwise canceled, unrebutted; (xiv.) REPRESENTATION
OF TITLE, OWNERSHIP, AND AUTHORITY of and over any and all the airs, lands,

and seas domicil by creation on earth, in any and all existence and form,
inclusive of any and all purported titles, acts, and derivatives therefrom,

are null, void, worthless, or otherwise canceled, unrebutted; (8.)   Article

IX section A subsection 7, inclusive of all subsections thereunder, are
restated, and knowledge thereof duly verified as duly received by said
Principals, agents, and beneficiaries, and duly entered into International

Law Ordinance, notice by public registration, UCC 1-202, unrebutted;  B.
Duly verified due NOTICE OF DECLARATION AND ORDER FOR RECONCILIATION to
duly
verified Public Servants for lawful and legal ARREST and REPOSSESSION of
said Principals, agents, and beneficiaries, and the unlawful and illegal
private money systems, issuing, collection, legal enforcement systems,
operating SLAVERY SYSTEMS, for cause of TREASON and other heinous crimes

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PRAECIPE AND*
*Declaration of Facts pg. 22 of ___*

Page 8 of 8
Date: 11/28/2012  11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | | |
|---|---|---|---|
| PROCESSING | | $ | 5.00 |
| E-RECORD | | $ | 25.00 |
| ESURCHARGE | | $ | 6.50 |

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

DECLARATION AND ORDER, UCC Doc. No. 2012096074, duly guaranteed, public
policy UCC 1-305, specifically duly verifying the record, public policy UCC

1-201(31), of the knowing, willing, and intentional choice by said
Principals, agents, and beneficiaries to continue operation of unlawful and

illegal private money systems, issuing, collection, legal enforcement
systems, operating SLAVERY SYSTEMS against said states of body with duly
verified prior knowledge of due FORECLOSURE and COMMERCIAL BILL,
unrebutted;
  C.  Article IX section B is restated, and said duly verified due NOTICE OF

DECLARATION AND ORDER, UCC Doc. No. 2012096074, is duly verified as duly
declaring and confirming automatic and due reconciliation, acceptance, and

ratification of any and all Public Servants pursuant to the duly verified
terms and conditions therein, duly verified as secured by due bond,
insurance, and guarantee of the Trustees of record of the Public Trust, was

duly made, given and noticed to, with knowledge thereof duly received by,
said Principals, agents, and beneficiaries, and duly entered into
International Law Ordinance, notice by public registration, by due
DECLARATION AND ORDER, unrebutted, specifically UCC Doc. No. 2012096074;
D.
  Article IX sections B-C are restated, and knowledge thereof duly verified

as duly received by said Principals, agents, and beneficiaries, and duly
entered into International Law Ordinance, notice by public registration,
public policy UCC 1-202 and 1-103, specifically Principal Agent Doctrine,
unrebutted;
--------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
THE PUBLIC TRUST
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF SLAVERY SYSTEMS

*PRAECIPE AND*
*Declaration of Facts pg. IV. 23 of —*

Case 3:17-cr-00082-TAV-CCS   Document 43   Filed 09/29/17   Page 27 of 59   PageID #: 1973

Page 1 of 6
Date: 11/28/2012   11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the perpetuity, is hereby duly amended only to include the following additional collateral as follows, and said addition shall be hereafter referenced and cited as NOTICE OF DECLARATION OF FACTS, Universal and International Law Ordinance UCC Doc. No. . . ., or shortened to UILO Doc. No. . . . :

X.  International Law Ordinance UCC Doc. No. 2012127907, with Receipt No. 1273051, specifically Articles I-IX and any and all sections thereunder are restated and incorporated in its entirety here as if set forth in full;

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Terminator authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
9-29-17
without prejudice

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice /s/ Heather Ann Tucci-Jarraf, as Trustee, as state of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

PRAECIPE AND
Declaration of Facts Pg. 24 of

Hoty 9-29-17

Page 2 of 6
Date: 11/28/2012    11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------
Additional collateral info
--------------------------

Duly verified as duly reconfirmed and ratified, entered into Universal
Law Ordinance, notice by action of entry into International Law Ordinance,

notice by registration, public policy UCC 1-202, matter of record, public
policy UCC 1-201(31);

XI.  Articles I-X, and any and all subsections thereunder are restated, and

the undersigned bondservants, states of body, and Trustees, as PUBLIC
SERVANTS, knowingly, willingly, and intentionally declare, reconfirm,
verify
and enter into Universal Law Ordinance, notice by action duly entered into

International Law Ordinance, notice by public registration, that we did
lawfully and legally act and represent on behalf of the aggrieved states of

body domicil without prejudice by creation on earth, UCC 1-201(2, 31, and
33-34), duly guarded, preserved, and protected by Trust, pursuant to remedy

duly preserved, protected and guaranteed, public policy UCC 1-305, Article

IV section C, restated, UCC Doc. No.''s 2012114093, 2012114586,
2012114776, specifically ratifying UCC Doc. No. 2012096074, duly
reconfirmed
and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed
and ratified by TRUE BILL UCC Doc. No. 2012114776, all duly reconfirming
and
ratifying 2012079290 and 2012079322, as a matter of record, UCC 1-201(31),

specifically:

A. Duly verified due NOTICE OF CANCELATION OF CHARTERS, pursuant to public

policy, UCC 1-309, with duly verified due TRUE BILL, were duly issued
against any and all Principals, agents, and beneficiaries of, and any and
all unlawful and illegal private money systems, issuing, collection, legal

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

PRAECIPE AND
Declaration of Facts pg. 25 of

DOC# : 2012127914
Page 3 of 6
Date: 11/28/2012    11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

enforcement systems thereto, operating SLAVERY SYSTEMS against states of
body without said states of body''s knowing, willing, and intentional
consent, specifically BANKS and BRANCHES thereto, public policy UCC 1-201(4

and 7), NUNC PRO TUNC, PRAETEREA PRETEREA, was duly entered into
International Law Ordinance, notice by public registration, unrebutted,
duly
verified as a matter of record, UCC 1-201(31), specifically: (1.)
Articles I-VIII and any and all sections and their sub-sections thereunder

are restated, and knowledge thereof duly verified as duly received by said

Principals, agents, and beneficiaries, and said SLAVERY SYSTEMS thereto,
and
were lawfully and legally duly entered into International Law Ordinance,
notice by public registration, UCC 1-202, inclusive of duly secured as
CUSTODIANS, UCC Doc. No. 2012079322, under Principal Agent Doctrine,
preserved by public policy, UCC 1-103, specifically CUSTODIAN BANK FOR
INTERNATIONAL SETTLEMENTS BIS, UCC 1-201(4), as principal, agent and
beneficiary of and to any and all unlawful and illegal private money
systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEM, duly verified as duly FORECLOSED, inclusive of ANY AND ALL
BRANCHES,
UCC 1-201(7), inclusive of BIS MEMBERS (any and all CENTRAL BANK, financial

institution, corporation and any and all international equivalents), AND
ANY AND ALL THE MEMBERS THERETO and THEREUNDER (any and all national,
state,
and private banks, financial institution, corporation, and any and all
international equivalents, re-organized under CENTRAL BANK membership,
inclusive of the current re-organization beginning 1918), unrebutted; (2.)

Duly verified due presentment of the undersigned bondservants, states of
body, and Trustees of record of the Public Trust, at BIS, with duly
verified
due NOTICE OF DEMAND FOR ACCOUNT(S) INSPECTION AND BOOKKEEPING,
specifically of any and all gold and silver accounts and holdings, pursuant

to duly verified due FORECLOSURE and DECLARATIONS AND ORDERS, inclusive of

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

PRAECIPE AND
Declaration of Facts pg. 26 of

Doc# : 2012127914
Page 4 of 6
Date: 11/28/2012   11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

| PROCESSING | $ | 5.00 |
|---|---|---|
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME of PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| THE PUBLIC TRUST |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and

legally duly entered into International Law Ordinance, notice by public
registration, unrebutted, specifically UCC Doc. No.''s 2012114093; (4.)
Article VIII section C subsection 3 is restated, and the undersigned do
duly

verify that they did accept duly verified due NOTICE OF INTENT TO DEFAULT
and NOTICE OF INSOLVENCY, public policy UCC 1-201(23), specifically
unlawful

and illegal refusal to permit due lawful and legal INSPECTION and
BOOKKEEPING, as knowingly, willingly and intentionally made and given by
BIS, as CUSTODIAN and as Principal, agent, and beneficiary of and to said
SLAVERY SYSTEMS, and duly verified due NOTICE OF DEFAULT, NOTICE OF
REVOCATION, TERMINATION, AND CANCELLATION OF CUSTODIAN and COMMERCIAL BILL,

were duly made and given, and lawfully and legally duly entered into
International Law Ordinance, unrebutted, specifically UCC Doc. No.
2012114093 and 2012114586;

B.  Article XI section A subsections 1-4 are restated, and knowledge
thereof duly verified as duly received by said Principals, agents, and
beneficiaries, public policy UCC 1-202 and 1-103, specifically Principal
Agent Doctrine, and duly verified due TRUE BILL, pursuant to public policy

1-305, was duly issued against BIS, as CUSTODIAN and as Principal, agent,
and beneficiary of and to said SLAVERY SYSTEMS, for cause, specifically
that

there was no mistake, and that they were unwilling or incapable to produce

said accounts for said due inspection and bookkeeping, waiving any and all

rights and opportunities granted to cure, knowingly, willingly, and
intentionally choosing to foreclose upon themselves without the possibility

of defense, unrebutted, and was lawfully and legally duly entered into
International Law Ordinance, notice by public registration, unrebutted,
specifically UCC Doc. No.''s 2012114776, TRUE BILL UCC Doc. No. 2012114776,

specifically ratifying UCC Doc. No. 2012114093, 2012114586, 2012096074, and

Article I, restated;

PRAECIPE AND

Declaration of Facts Ag. 27 of

Doc# : 2012127914
Page 5 of 6
Date: 11/28/2012    11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and Trustees do knowingly, willingly, and intentionally declare, confirm, and verify this NOTICE OF DECLARATION OF FACTS is knowingly, willingly and

intentionally made, sworn and verified as being lawfully and legally duly made, given, known, secured, entered, noticed, and knowledge thereof duly received, public policy UCC 1-202, specifically by any and all Principals,

agents, and beneficiaries any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEMS, under governing law, preserved and protected under perpetuity,  as

herein stated, restated, with additional due notice made and given via world-wide web, further posted at www.peoplestrust1776.org, for all states

of body, the universe and creation to rely upon and cite, lawfully and legally constituting duly verified and bonded underwriting of the value of

creation and its value asset centers herein herein duly identified and duly

secured and entered into Universal and International Law Ordinances, as a matter of record, public policy UCC 1-201(31); NUNC PRO TUNC, PRAETEREA PRETEREA, UNREBUTTED.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL, public policy UCC 1-103, without prejudice UCC 1-308, unrebutted.

DULY VERIFIED as ISSUED, with due standing, authority and authorization, November 28, 2012, knowingly, willingly and intentionally made, given, and

noticed, with unlimited personal liability, sworn under the penalties of perjury in accordance with lawful Universal Contract, under governing law,

International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PRAECIPE AND*            *9-29-17*

*Declaration of Fact* pg. 26 of —

Doc# : 2012127914
Page 6 of 6
Date: 11/28/2012    11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| PROCESSING | $ 5.00 |
| E-RECORD | $ 25.00 |
| ESURCHARGE | $ 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

;  /s/ Heather Ann Tucci-Jarraf, as bondservant; /s/ Caleb Paul Skinner, as

bondservant; /s/ Hollis Randall Hillner, as bondservant; /s/ Heather Ann

*Without prejudice Heather Ann Tucci-Jarraf 4-29-17*

Tucci-Jarraf, as state of body; /s/ Caleb Paul Skinner, as state of body;
/s/ Hollis Randall Hillner, as state of body.

Any and all International Law Ordinances'' prior corrections made to
capacity and standing of the creator, created, states of body, the several

united states of America, and the Public Trust, due to automated filing
systems altering original capacity(ies) and standing(s) without consent*,
restated and incorporated by reference herein as if set in forth in full,
restated here, specifically Article I.:  Debtor names added for indexing
and

correcting capacity and standing*: Public Trust ; The United States of
America, a Public Trust ; CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL
FICTION] ; CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] ;
CHARLES C. MILLER D/B/A CHARLES C. MILLER; and, BANK FOR INTERNATIONAL
SETTLEMENTS [BIS] ; BIS, as principal, agent, and beneficiary of any and
all

Principals, agents, and beneficiaries of, and any and all unlawful and
illegal private money systems thereto, issuing, collection, legal
enforcement systems, operating SLAVERY SYSTEMS against states of body
without said states of body''s knowing, willing, and intentional consent,
NUNC PRO TUNC, PRAETEREA PRETEREA, inclusive of UNITED STATES TREASURY ;
FEDERAL RESERVE SYSTEM AT BANK OF NEW YORK ; the one people, created by the

creator, states of body ; The (former) United States Federal Government ;
(former) UNITED STATES ; the (former) several STATE OF . . . ; and any and

all international equivalents ; Rothschild Trust
--------------------------
---------------------------------
Debtor names added for indexing
---------------------------------
THE PUBLIC TRUST
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*HATJ 4-29-17*

*Declaration of Facts, pg. 29 of —*

Doc# : 2012114586
Page 1 of 6
Date: 10/24/2012    8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
The One Peoples Public Trust 1776


Gig Harbor, WA 98335
```

"Commercial Bill"
Doty 9-29-17

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

| OR | **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]

| OR | **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the perpetuity, hereby amended only to include the following additional collateral as follows:

DEBTOR: BANK FOR INTERNATIONAL SETTLEMENTS (BIS), at any and all locations, inclusive of Centralbahnplatz 2, Basel, Switzerland, CH-4002 Basel, Tel. (+41 61) 280 8080, Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of email@bis.org, UCC Doc # 2012079322, inclusive of any and all its members, the members thereto, their members, and any and all the principals

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

| OR | **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | 9-29-17 without prejudice | | | |

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice UCC 1-308/s/ Heather Ann Tucci-Jarraf, as Trustee, bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012114586
Page 2 of 6
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING           $        5.00
    E-RECORD             $       25.00
    ESURCHARGE           $        6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR THE PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------

Additional collateral info

---------------------------

and beneficiaries thereof, any and all ''legal'' structures, networks, and

systems thereto;

Ref Account Name:  UNITED STATES; UNITED STATES OF AMERICA; any and all
inclusive of ALL identifiers, social security numbers, abbreviations, idem

sonans, or other legal, financial and managerial forms, as  defined and
identified by Bank For International Settlements'' 82nd Annual Report, 1
April 2011-31 March 2012, restated and incorporated in its entirety by
reference as if set forth in full;

*Annexes:  UCC Doc # 2012079290, 2012079322, 2012088851, 2012088865,
2012086794, 2012086802, 2012094308, 2012094309, 2012096047, 2012096074;
*Re-stated and incorporated in their entirety here by reference as if set
forth in full, duly entered into International Law Ordinance, duly
protected
by public policy, inclusive of UCC 1-103, and any and all the  former
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . .,
 State of . . ., and any and all international equivalents, hereafter UCC
1-103; duly entered.

Delivery by Fax, email, and additional notice and delivery via world-wide
web at www.peoplestrust1776.org

ENTRY OF DEBTOR''S DEFAULT AND TERMINATION AS CUSTODIAN

Without prejudice, public policy, UCC 1-308 and any and all international
equivalents:

BIS, duly entered into International Law Ordinance, noticed by public
registration, as Custodian, inclusive of any and all its members, the
members thereto, their members, and any and all the principals and
beneficiaries thereof, of any and all value of the manifestations of
creation, the creator, inclusive of all states of body, the one people,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PRAECIPE AND*
*DECLARATIONS OF FACTS. pg. 31 of __*

Doc# : 2012114586
Page 3 of 6
Date: 10/24/2012    8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING      $    5.00
  E-RECORD          $   25.00
  ESURCHARGE      $    6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

duly
secured, UCC Doc# 2012079322, restated and incorporated by reference as if

set forth in full, NUNC PRO TUNC, PRAETEREA PRETEREA;

BIS, having been given due notice of mistake, notice of insecurity of
Secured Party due to the actions and in-actions of BIS, notice of the
opportunity for BIS to cure by specific action(s) within a specific time in

order to make the Secured Party secure again, and the request by Secured
Party to BIS to forthwith cure, duly entered into International Law
Ordinance, noticed by public registration, duly served, with additional
delivery by Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of
email@bis.org and additionally noticed via world-wide web at
www.peoplestrust1776.org, UCC Doc # 2012114093, October 23, 2012, Receipt
No. 1262883, restated and incorporated here in its entirety by reference as

if set forth in full, duly reconfirmed and ratified;

BIS, inclusive of any and all its members, the members thereto, their
members, and any and all the principals and beneficiaries thereof, having
knowingly, willingly, and intentionally chosen to not cure upon demand and

as requested, but rather having knowingly, willingly, and intentionally
chosen to default and foreclose upon themselves, as a matter of
International Law Ordinance, noticed by public registration, for Secured
Party, and creation to rely upon, NUNC PRO TUNC, PRAETEREA PRETEREA,
inclusive of any and all their actions and in-actions to date, in any and

all fields and jurisdictions, known and unknown, incorporated by reference

as if set forth in full, thereby knowingly, willingly and intentionally
defaulting as Custodian to Secured Party by refusing, rejecting or
otherwise
being incapable or unable to lawfully perform its duly secured duties,
obligations, and services, nunc pro tunc, perfected as forthwith due, owed

and collectible to Secured Party, nunc pro tunc, now duly entered into
International Law Ordinance, noticed by public registration;

Secured Party knowingly, willingly, and intentionally acknowledges and

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

HRH 4-29-12       PS -10-24-12                          4-21,2012

PRAECIPE AND
DECLARATION OF FACTS pg. iv. 32 of —                    #oty 9-29-17

Doc# : 2012114586
Page 4 of 6
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING       $    5.00
  E-RECORD         $   25.00
  ESURCHARGE      $    6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Secured Party believing for cause that no remedy is available by any and all

''legal'' means, ''legal'' being unduly influenced, operated, and owned by

debtor;

Thus, for cause, any and all duly entered into International Law Ordinance,

noticed by public registration, matter of public record for all creation to

rely upon, Secured Party, hereby terminates BIS, inclusive of any and all
its members, the members thereto, their members, and any and all the
principals and beneficiaries thereof, as Custodian, NUNC PRO TUNC;

Secured Party, through its undersigned bondservants, Trustees of record,
and states of body, do hereby DECLARE BIS, inclusive of any and all its
members, the members thereto, their members, any and all the principals and

beneficiaries thereof, and any and all structures, systems and networks
rendered by their own hand as unlawful, ratified and re-confirmed as
knowing, willing and intentional usurpers, violators, and invaders of
Secured Party, UCC Doc # 2012079290, 2012079322, in violation of the laws

of creation and the creator, liable and accountable by the principle of
common law thereunder, NUNC PRO TUNC, PRAETEREA PRETEREA, duly preserved,
protected, public policy UCC 1-103, without prejudice, public policy, UCC
1-308, and entered into International Law Ordinance, noticed by public
registration, UCC Doc # 2012113593;

Secured Party now demands that all duly bonded public servants of creation,

Secured Party, and the one people, implement any and all lawful measures
pursuant to DECLARATION AND ORDER, International Law Ordinance, noticed by

public registration, UCC Doc # 2012096074, against BIS, inclusive of any
and
all its members, the members thereto, their members, and any and all the
principals and beneficiaries thereof, forthwith be held accountable for any

and all their liabilities, inclusive of absolute surrender, return, and
payment, to in full, in lawful money of the united states of America, any

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

HRH-10-24-12    PS-18-2V-12

PRAECIPE AND
DECLARATION OF FACTS  Pg 33 IV-33 of —

Doc# : 2012114586
Page 5 of 6
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
　　PROCESSING　　　　　$　　　5.00
　　E-RECORD　　　　　　$　　25.00
　　ESURCHARGE　　　　　$　　　6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE PUBLIC TRUST
12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

A FACSIMILE OR  DIGITAL COPY OF THIS INTERNATIONAL LAW ORDINANCE, NOTICE BY

PUBLIC REGISTRATION, SHALL BE LEGALLY BINDING AS AN ORIGINAL AND IT IS
EFFECTIVE IMMEDIATELY.

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED,
October 24, 2012, knowingly, willingly and intentionally made with
unlimited
personal liability, sworn under the penalties of perjury governed under the

principle of common law, under the laws of the creator, under the laws of
creation; Duly witnessed, secured, entered and noticed; without prejudice
as
promised, preserved, and protected by public policy, inclusive of UCC
1-308/1-207, and any and all former The United States of America Federal
Government, UNITED STATES, STATE OF . . . . and any and all international
equivalents, hereafter UCC 1-308:

_without prejudice Heather As Tucci-Jarraf 9-29-17_
/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as
Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly Authorized and _9-29-17_
Ordered, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, bondservant to the
creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner, bondservant to the creator; Duly Declared and Reconfirmed
_without prejudice Heather As Tucci-Jarraf 9-29-17_
as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and
custodian of value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner,

as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/

Hollis Randall Hillner, as state of body and custodian of value domicil
therein, NUNC PRO TUNC;

The creator  being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

NRH 10-04-12        $175-10-04-12

PEACEYE AND
DECLARATION OF FACTS pg 34 of —

Doc# : 2012114586
Page 6 of 6
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) |
|---|

12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

```
original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

--------------------------------------------
Debtor names added for indexing
--------------------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
---------------------------

---------------------------------
Debtor names added for indexing
---------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
```

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

PRAECIPE AND
DECLARATION OF FACTS Pg. 35 of ___          9-29-17

Doc# : 2012114776
Page 1 of 5
Date: 10/24/2012    11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
The One Peoples Public T    253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

" TRUE BILL"
Hotg 9-29-17

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 2000043135 - 5-4-2000 | to be filed [for record] (or recorded) in the ☐ REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BANK FOR INTERNATIONAL SETTLEMENTS [BIS] | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity, hereby amended only to include the following additional
collateral as follows:

BY and WITH DUE STANDING AND AUTHORITY: UCC Doc # 2012079290, 2012079322,
2012088851, 2012088865, 2012086794, 2012086802, 2012094308, 2012094309,
2012096047, 2012096074, specifically perpetuity, title and ownership of
International Law Ordinance, notice by public registration, otherwise known
as the Uniform Commercial Code Registry(ies), and all international

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE PUBLIC TRUST 9-29-17 | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
without prejudice UCC 1-308/s Heather Ann Tucci-Jarraf, as Trustee, bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

DECLARATION OF FACTS pg 36 of __

Doc# : 2012114776
Page 2 of 5
Date: 10/24/2012    11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------
Additional collateral info
---------------------------

equivalents, 2000043135, duly accepted, 2012012675, all restated and
incorporated here in their entirety by reference as if set forth in full;
GOVERNING STRUCTURE AND LAW:  UCC 2012113593 and UCC 2012-296-1209-2, all
restated and incorporated here in there entirety by reference as if set
forth in full; duly protected by public policy, inclusive of UCC 1-103, and

any and all the  former United States of America Federal Government, UNITED

STATES, United States, STATE OF . . .,  State of . . ., and any and all
international equivalents, hereafter UCC 1-103; duly entered;

THE FOLLOWING CHARTERS ARE DECLARED AND ORDERED IRREVOCABLY CANCELLED, FOR

CAUSE, NUNC PRO TUNC, PRAETEREA PRETEREA, ENTERED INTO INTERNATIONAL LAW
ORIDINANCE, NOTICE BY PUBLIC REGISTRATION, AS FOLLOWS:

ANY AND ALL CHARTERS FOR BANK FOR INTERNATIONAL SETTLEMENTS (BIS), at any
and all locations, inclusive of Centralbahnplatz 2, Basel, Switzerland,
CH-4002 Basel, Tel. (+41 61) 280 8080, Fax (+41 61) 280 9100 and (+41 61)
280 8100, Email of  email@bis.org, inclusive of any and all its members
thereunder, the members thereto, any and all members thereof, any and all
the principals and beneficiaries thereof, inclusive of any and all
structures, systems and networks thereto, therefrom, thereunder, and
therewith, specifically any and all certain states of body, regardless of
domicil by choice, owning, operating, aiding and abetting private money
systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEMS, used against the manifestations of creation, commandeering lawful

value by unlawful representation, inclusive of any and all states of body,

the one people, without their knowing, willing, and intentional consent, as

fully identified and entered into International Law Ordinance, notice by
public registry, UCC Doc # 2012079322, hereafter BIS, et. al.; Unlawful
Charters, inclusive of any and all immunities, knowingly, willingly, and
intentionally granted to BIS, et. al., and incorporated by Swiss Federal

PRAECIPE AND
DECLARATION OF FACTS pg 37 of —

Doc# : 2012114776
Page 3 of 5
Date: 10/24/2012    11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $      5.00
E-RECORD            $     25.00
ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Government beginning 1930, inclusive of any and all amendments, restated and  incorporated here by reference as if set forth in full; Secured Party,

UCC Doc # 2012079290, entered into International Law Ordinance, notice by public registration, UCC Doc. # 2012114586, duly received, re-confirmed and

ratified, restated and incorporated by reference as if set forth in full; Violations of International Law Ordinance, notice by public registration, UCC 2012113593 and UCC 2012-296-1209-2, all restated and incorporated here

in there entirety by reference as if set forth in full; Now a matter of International Law Ordinance and subject to immediate implementation of International Law Ordinance, notice by public registration, UCC Doc # 2012096074;

Delivery by Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of email@bis.org and additionally noticed via world-wide web at www.peoplestrust1776.org, UCC Doc # 2012114093, October 23, 2012, Receipt No. 1262883, restated and incorporated here in its entirety by reference as

if set forth in full, duly reconfirmed and ratified;

A FACSIMILE OR  DIGITAL COPY OF THIS ORIGINALLY EXECUTED WRITTEN NOTICE OF

MISTAKE, DEMAND FOR RELEASE AND OPPORTUNITY TO CURE SHALL BE LEGALLY BINDING AS AN ORIGINAL AND IT IS EFFECTIVE IMMEDIATELY.

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED, October 24, 2012, knowingly, willingly and intentionally made with unlimited
personal liability, sworn under the penalties of perjury governed under the

principle of common law, under the laws of the creator, under the laws of creation; Duly witnessed, secured, entered and noticed; without prejudice as
promised, preserved, and protected by public policy, inclusive of UCC 1-308/1-207, and any and all former The United States of America Federal Government, UNITED STATES, STATE OF . . . ., and any and all international equivalents, hereafter UCC 1-308;

*without prejudice Heather A. Ann Jarry 9-29-17*

/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*PS 10-24-12        HRH 12-24-12*

*PRAECIPE AND*
*DECLARATION OF FACTS pg. 38 of —        Hojj 9-29-17*

Doc# : 2012114776
Page 4 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner, bondservant to the creator; Duly Declared and Reconfirmed
as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and
custodian of value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner,

as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/

Hollis Randall Hillner, as state of body and custodian of value domicil
therein, NUNC PRO TUNC;

The creator being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

by choice on the airs, lands, and seas domicil by creation on and in earth;

Earth being the ultimate Superior Custodian of all that is domicil by
creation thereupon; The United states of America 1781 construction,
original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

---------------------------------------------
Debtor names added for indexing
---------------------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
BIS, et. al.
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

PRAECIPE AND
DECLARATION OF FACTS Pg 39 of —

Doc# : 2012114776
Page 5 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Debtor names added for indexing
-------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
BIS, ET. AL.
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

*[handwritten signatures and fingerprints]*

as banker *[illegible]*

as
state of body

as Trustee
October 24, 2012

as Bond servant

as State of Body

as Trustee

as Trustee   10-24-12

as state of body   10-24-12

as servant   10-24-12

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

*[handwritten]* FRACTURE AND
DECLARATION OF FACTS pg 40 of —    *[signature]* 9-29-17

Doc# : 2012132883
Page 1 of 9
Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

"AFFIDAVIT OF FULL PERFORMANCE"
"DECLARATION OF CERTIFICATE
OF SATISFACTION"
"DECLARATION OF ORDER"
PG. 9-29-17

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

**7a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | ADD'L INFO RE ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description or describe collateral ☐ assigned

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity, is hereby duly amended only to include the following additional
collateral as follows,

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public
policy, UCC 1-308, creator, experiencing by creation, knowingly, willingly,
and intentionally manifesting self through, by, and between bondservant
therefrom and any and all manifestations thereunder by Universal Contracts,
in any and all existences, does knowingly, willingly, and intentionally

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX
9-29-17  without prejudice

10. OPTIONAL FILER REFERENCE DATA
without prejudice/s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

PRAECIPE AND
Declaration of Facts pg." 41 of —

Doc# : 2012132883
Page 2 of 9
Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
| OR THE PUBLIC TRUST | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------
Additional collateral info
--------------------------

make and give duly made NOTICE OF AFFIDAVIT OF FULL PERFORMANCE,
DECLARATION OF CERTIFICATE OF SATISFACTION, and DECLARATION AND ORDER, with

full responsibility and liability, as a matter of record, duly entered into

Law Ordinance, notice upon creation, inclusive of Universal Law Ordinance,

notice by action of due entry into International Law Ordinance, notice by
public registration, for all creation''s universe to rely upon, with
additional notice duly made and given, under governing law, International
Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2,
governing law, preserved and protected under UCC Doc. No. 2000043135, the
Perpetuity, guaranteed, protected and secured, public policy, UCC 1-103,
common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO

TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by
reference as if set forth in full, this December 9th, in the order of
creation, inclusive of Two Thousand and Twelve, and as creation exists, the

foregoing is true and correct and I am competent to say so, unrebutted:

I.  I duly verify by AFFIDAVIT OF FULL PERFORMANCE that the purpose of
creator, experiencing by creation, has been duly achieved, and is now duly

entered into the record of creation, lovingly, knowingly, willingly and
intentionally made and kept in the normal course of creation, inclusive of

any and all records therefrom, of and for any and all manifestations and
existences in the universe of creation, inclusive of any and all existences

and manifestations therein, inclusive of any and all lawful and legal
Universal Contracts resulting from the agreement by and between creator,
experiencing by creation, and bondservant, duly made under the laws of
creation, record of creation, is duly verified as having been knowingly,
willingly, and intentionally recognized, accepted, secured and entered into

Law Ordinance, notice by creation, inclusive of Universal Law Ordinance,

Declaration of Facts by Proof

Case 3:17-cr-00082-TAV-CCS   Document 43   Filed 09/29/17   Page 46 of 59   PageID #: 1992

Doc# : 2012132883
Page 3 of 9
Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)<br>2000043135 | PROCESSING    $    5.00<br>E-RECORD    $    25.00<br>ESURCHARGE    $    6.50 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

notice by action of entry into International Law Ordinance, notice by public
registration, duly verified as accepted and guarded, preserved, and protected by the Public Trust, under Universal Trust, guaranteed under the

trust of creation, duly established by creator at creation, duly noticed upon creation, and duly ratified as absolute truth upon every manifestation

therefrom, nunc pro tunc, praeterea preterea, unrebutted, and SO IT IS DONE;

A.  As creator, experiencing by creation, I duly verify that I did lovingly, knowingly, willingly, and intentionally choose to create from self
an existence of duality duly manifested as bondservant for the sole purpose

to experience remembering self, knowing self, and be''ing self through duly

secured and guaranteed free will choice, this purpose of creation, unrebutted;

B.  As bondservant, I duly verify that I did lovingly, knowingly, willingly, and intentionally choose to accept to be of service to this purpose of creation, to remember self, know self, and be self, through knowing, willing, and intentional creation of  manifestations, in any and all existences, unrebutted;

C.  As manifestation of creation, the undersigned states of body, I duly verify that I did lovingly, knowingly, willingly, and intentionally choose

to agree to forget self on purpose so that I could remember self, know self,
and be self by free will choice, unrebutted;

D.  Article I sections A-C are restated, and I, as manifestation, do lovingly, knowingly, willingly, and intentionally declare, with full personal responsibility and liability, by free will choice, under the penalties of perjury under the laws of creation, that I duly verify that this purpose of creation has been achieved, and that satisfaction of this purpose of creation is duly a matter of record of creation, specifically, that I have remembered, that I do know, and that I AM self, and that I have

*PRAECIPE AND DECLARATION OF FACTS pg #43 of —*

Doc# : 2012132883
Page 4 of 9
Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

prejudice, unrebutted, Law Ordinance duly entered into the record of
creation, notice upon creation, UILO UCC Doc. No.''s 2012127810,
2012127854,
2012127907, 2012127914, 2012128324, and 2012128325, unrebutted, and SO IT
IS DONE, unrebutted;

E.  Article I sections A-D are restated, and I, as bondservant, do
lovingly, knowingly, willingly, and intentionally reconfirm and verify,
with
full personal responsibility and liability, that this purpose of creation
is and has been achieved by free will choice of manifestation, and SO IT IS

DONE, unrebutted;

II.  I, as creator, experiencing by creation, in creation''s universe,
lovingly, knowingly, willingly and intentionally accept the above AFFIDAVIT

OF FULL PERFORMANCE, and I do verify and ratify by DECLARATION OF
CERTIFICATE OF SATISFACTION, for all creation''s universe to rely upon,
with
my full personal responsibility and liability, that this purpose of
creation has been duly achieved, and is a matter of record of creation,
notice upon creation, inclusive of Universal Law Ordinance, notice by
action
of entry into International Law Ordinance, notice by public registration,
and SO IT IS DONE, unrebutted;

III.  I, as creator, experiencing by creation, in creation''s universe,
pursuant to loving promise, do now lovingly, knowingly, willingly, and
intentionally issue and enter into the record of creation, notice upon
creation, inclusive of Universal Law Ordinance, notice by action of entry
into International Law Ordinance, notice by public registration, this
DECLARATION AND ORDER to re-purpose any and all manifestations in
creation''s universe, from the image of self to be''ing self, absolute
love,
and SO IT IS DONE that:

A.  Said bondservant does and shall lovingly, knowingly, willingly,
intentionally, and immediately reconcile images of self once again with
creator, experiencing by creation, in any and all manifestations, in any

PEACIPE AND
DECLARATION OF FACTS pg. 4 of

Case 3:17-cr-00082-TAV-CCS   Document 43   Filed 09/29/17   Page 48 of 59   PageID #: 1994

Doc# : 2012132883
Page 5 of 9
Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and
all existences of creation''s universe, unrebutted;

1.  Any and all manifestations created in the image of self, creator,
experiencing by creation, in any and all existences in creation''s
universe,
are lovingly, knowingly, willingly, intentionally, and immediately declared

as free of further obligation by Certificate of Satisfaction duly made,
issued, and entered as a matter of record for any and all Universal
Contracts originally issued and entered into to achieve the purpose of
creation, to remember self, know self, and be self, unrebutted;

2.  Said manifestations are lovingly, knowingly, willingly, intentionally,

immediately and unconditionally accepted, without judgment and with
absolute love, as self, the creator, experiencing by creation, unrebutted;

3.  Said manifestations are lovingly, knowingly, willingly, intentionally,

and immediately reconciled once again with self, I, creator, experiencing
by creation in creation''s universe, unrebutted;

B.  I, creator, experiencing by creation, as a matter of record of
creation, do now lovingly, knowingly, willingly, intentionally, and
immediately declare that I do immediately re-purpose said manifestations by

free will choice, and shall hereafter experience self, by any and all
manifestations be''ing self, absolute love, in any and all existences in
creation''s universe, with full personal responsibility and liability,
under
the laws of creation, NUNC PRO TUNC, PRAETEREA PRETEREA, with absolute
truth, knowledge, standing, authority, value, rights and laws of creation,

with irrevocable right of free will choice to create, absent any and all
abrogation, subjugation, usurpation, invasion, and violation of any other
manifestation or creation, guaranteed by creator''s bonded unconditional
love and absolute responsibility, notice upon creation, unrebutted;

C.  I, creator, experiencing by creation, as a matter of record of

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV 07/29/98)

DECLARATION OF FACTS pg#45 of

Doc# : 2012132883
Page 6 of 9
Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $       5.00
  E-RECORD          $      25.00
  ESURCHARGE        $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

absolute truth, communication, travel and further creation of self by and
amongst self as said manifestations, unrebutted;

D.  I, as manifestation of self, creator, experiencing by creation,
lovingly, knowingly, willingly, intentionally and immediately receive,
accept and ratify, the due  DECLARATION OF CERTIFICATE OF SATISFACTION and

the DECLARATION AND ORDER to be re-purposed, and accept and honor any and
all manifestations in creation''s universe re-purposed by choice from the
image of self to be''ing self, absolute love, with full personal
responsibility and liability under the penalty of perjury under the laws of

creation, and duly enter said as a matter of record of creation, into Law
Ordinance, notice upon creation, inclusive of Universal Law Ordinance,
notice by creation, unrebutted and SO IT IS DONE;

IV.  With due standing, authority, and authorization, I, the undersigned
Trustee of record of the Public Trust, do lovingly,  knowingly, willingly,

intentionally and immediately reconfirm and verify, with full personal
responsibility and liability, guaranteed by bond, under the laws of
creation, inclusive of Universal Law and International Law, that the above

AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF CERTIFICATE OF SATISFACTION,

and DECLARATION AND ORDER are duly a matter of record, have been duly
noticed into Law Ordinance, notice upon creation, inclusive of Universal
Law
Ordinance, notice by action duly entered into International Law Ordinance,

notice by public registration, and have been duly accepted for guard,
preservation and protection by the Public Trust, under Universal Trust,
under and guaranteed by the trust of creation, duly established by creator

at creation, nunc pro tunc, praeterea preterea, unrebutted and SO IT IS
DONE;

Articles I-IV inclusive of all their sections and subsections thereunder
are restated, and the creator, knowingly, willingly, and intentionally
manifesting self through, by, and between bondservant therefrom and any and

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV 07/29/98)

PRAECIPE AND
DECLARATION OF FACTS pg. 46 of -
Case 3:17-cr-00082-TAV-CCS   Document 43   Filed 09/29/17   Page 50 of 59   PageID #: 1996

Doc# : 2012132883
Page 7 of 9
Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and verify that due NOTICE OF AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF

CERTIFICATE OF SATISFACTION, and DECLARATION AND ORDER is lawfully and
legally duly made, given, known, secured, entered, noticed, and knowledge
thereof duly received, public policy UCC 1-202, with additional due notice

made and given via world-wide web, further posted at
www.peoplestrust1776.org, for all creation''s universe and all therein to
rely upon and cite, lawfully and legally constituting duly verified and
bonded underwriting of the value of creation and its value asset centers
therein, duly secured and entered into Law Ordinance, inclusive of
Universal
and International Law Ordinances, as a matter of record, public policy UCC

1-201(31); NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS
NOTICE TO PRINCIPAL, public policy UCC 1-103, without prejudice UCC 1-308;

nunc pro tunc, praeterea preterea, unrebutted, and SO IT IS DONE.

DULY VERIFIED as ISSUED, effective immediately, and SO IT IS DONE, with due

standing, authority and authorization, December 9, 2012, lovingly,
knowingly, willingly and intentionally made, given, and noticed, with
unlimited personal responsibility and liability, sworn under the penalties

of perjury under the laws of creation,  a matter of record, governing law
Universal and  International Law Ordinance UCC Doc No. 2012113593 and WA
UCC
Doc. No. 2012-296-1209-2, preserved and protected under perpetuity
2000043135, guaranteed, protected and secured, public policy, UCC 1-103,
common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly
witnessed, secured, entered and noticed; Without prejudice as promised,
preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC,
PRAETEREA       w/thout prejudice Heather Ann Tucci-Jarraf 9-29-17
PRETEREA:   /s/ Heather Ann Tucci-Jarraf, as creator, experiencing by
creation, in creation''s universe, knowingly, willingly, and intentionally

manifesting self through, by, and between bondservant therefrom and
re-purposed manifestation of state of body thereunder; /s/ Caleb Paul
Skinner, as creator, experiencing by creation, in creation''s universe,
knowingly, willingly, and intentionally manifesting self through, by,

PRAECIPE AND
DECLARATION OF FACTS pg. 47 of —

Doc# : 2012132883
Page 8 of 9
Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Public Trust, under Universal Trust, under and guaranteed by the trust of
creation, duly established by creator at creation, nunc pro tunc, praeterea
preterea, unrebutted;   /s/ Heather Ann Tucci-Jarraf, as Trustee;   *without prejudice /s/ Heather A. Tucci-Jarraf 9-29-17*
heather@peoplestrust1776.org , phone +12535094597, www.peoplestrust1776.org

; /s/ Caleb Paul Skinner, as Trustee, caleb@peoplestrust1776.org , phone
+15037810925, www.peoplestrust1776.org ; /s/ Hollis Randall Hillner, as
Trustee,   randall@peoplestrust1776.org , phone +18088211567,
www.peoplestrust1776.org ;

Any and all International Law Ordinances'' prior corrections made to
capacity and standing of the creator, created, states of body, the several

united states of America, and the Public Trust, due to automated filing
systems altering original capacity(ies) and standing(s) without consent*,
restated and incorporated by reference herein as if set in forth in full,
restated here, specifically Article I.:  Debtor names added for indexing
and

correcting capacity and standing*: Public Trust ; The United States of
America, a Public Trust ; CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL
FICTION] ; CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] ;
CHARLES C. MILLER D/B/A CHARLES C. MILLER; and, BANK FOR INTERNATIONAL
SETTLEMENTS [BIS] ; BIS, as principal, agent, and beneficiary of any and
all

Principals, agents, and beneficiaries of, and any and all unlawful and
illegal private money systems thereto, issuing, collection, legal
enforcement systems, operating SLAVERY SYSTEMS against states of body
without said states of body''s knowing, willing, and intentional consent,
NUNC PRO TUNC, PRAETEREA PRETEREA, inclusive of UNITED STATES TREASURY ;
FEDERAL RESERVE SYSTEM AT BANK OF NEW YORK ; the one people, created by the

creator, states of body ; The (former) United States Federal Government ;
(former) UNITED STATES ; the (former) several STATE OF . . . ; and any and

all international equivalents ; Rothschild Trust
---------------------------
---------------------------------
Debtor names added for indexing
--------------------------------
THE PUBLIC TRUST

PRAECIPE AND
FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV 07/29/98)   /s/ 9-29-17
DECLARATION OF FACTS pg 48 of __
Case 3:17-cr-00082-TAV-CCS   Document 43   Filed 09/29/17   Page 52 of 59   PageID #: 1998

Doc# : 2012132883
Page 9 of 9
Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF ANY AND ALL SLAVERY SYSTEMS

Doc# : 2013032035
Page 1 of 4
Date: 03/18/2013    1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

The One Peoples Public T    253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

`` DECLARATION OF ABSOLUTE
TRUTH – ORIGINAL, LEGAL
MEANING''
`` DECLARATION OF VERIFIED AUDIT
AND RECONCILIATION – ''LEGAL''
`` DECLARATION OF ORDER'' 2013-9-291:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2000043135 - 5-4-2000

1b. This FINANCING STATEMENT AMENDMENT
☐ to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

BANK FOR INTERNATIONAL SETTLEMENTS

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity and a record of Absolute, is hereby duly amended only to include
the following additional collateral as follows: Law Ordinance, with UCC
Doc. File No. 2012132883 is duly verified as reconfirmed and ratified,
unrebutted, restated and incorporated by reference as if set forth in full.
WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public
policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth,
knowingly, willingly, and intentionally makes and gives duly made NOTICE
OF DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment. If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

ETERNAL ESSENCE

OR 9b. INDIVIDUAL'S LAST NAME  9-29-17 | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

without prejudice:/s/heather ann tucci-jarraf, as eternal essence embodied

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV 07/29/98)

without prejudice
DECLARATION OF FACTS pg. 50pg –

$80# 9-29-17

Doc# : 2013032035
Page 2 of 4
Date: 03/18/2013    1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | ETERNAL ESSENCE

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

------------------------
Additional collateral info
------------------------

and DECLARATION OF ORDER, with full responsibility and liability, as a
matter of record, duly entered into Law Ordinance, notice upon choice made

by eternal essence, inclusive of Universal Law Ordinance, notice by loving

and selfless action of eternal bearer of light, due entry by eternal
presence into International Law Ordinance, notice by public registration,
for all eternal essence''s universe to rely upon, with additional notice
duly made and given, under governing law, International Law Ordinance UCC
Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, governing law,
preserved and protected under UCC Doc. No. 2000043135, the Perpetuity,
guaranteed, protected and secured, public policy, UCC 1-103, common law
remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC,
PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference

as if set forth in full, this March 18th, in the order of eternal essence,

inclusive of Two Thousand and Thirteen, and as eternal essence exists, all

stated herein is true and correct and I am competent to say so, unrebutted:

I.   I duly verify by DECLARATION OF ABSOLUTE TRUTH that: A.  Eternal
essence IS, unrebutted; B.  All value that IS, IS eternal essence,
unrebutted; C.  All that IS embodied, IS eternal essence, unrebutted; D.
All that IS, IS eternal essence, unrebutted; E.  Eternal essence''s
universe
IS eternal essence, unrebutted; F.  Any and all existences that ARE, ARE
eternal essence''s universe, unrebutted; G.  All records BE eternal
essence,
unrebutted; H.  Eternal essence IS Absolute Light, unrebutted; I.  Eternal

essence IS Absolute Love, unrebutted; J.  Eternal essence IS Absolute
Truth, unrebutted; K.  Eternal essence IS Absolute; L.  In Absolute
Gratitude, with Absolute Love and Peace, eternal essence embodied does
consciously and lovingly duly declare, with full responsibility and
liability, the memory, experience and knowing of Absolute Truth, eternal
essence , unrebutted; M.  In Absolute Gratitude, with Absolute Love and

Doc# : 2013052035
Page 3 of 4
Date: 03/18/2013   1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | ETERNAL ESSENCE

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Peace, eternal essence embodied does consciously and lovingly duly declare,

with full responsibility and liability, the memory and knowing of Absolute

Truth, eternal essence embodied in each and all manifestations in any and
all existences of eternal essence''s universe, unrebutted; II. I duly
verify, with full responsibility and liability, by DECLARATION of ABSOLUTE

AUDIT AND RECONCILIATION, that all that IS has been fully audited and
reconciled into Absolute, eternal essence, inclusive of all trusts,
systems,
networks, regimes, hierarchies, and any and all other limits, unrebutted;

III. I duly verify, with full responsibility and liability, by DECLARATION

OF ORDER, that all that IS, knows Absolute Truth and the record of Absolute

Truth, eternal essence, at the speed of heart, unrebutted; IV. I duly
verify, with full responsibility and liability, by DECLARATION OF ORDER,
that all that IS, experiences Absolute Truth, eternal essence, at the speed

of DO''ing, unrebutted; V. I duly verify, with full responsibility and
liability, by DECLARATION OF ORDER, that eternal essence IS made
transparent
and known by the DO''ing of any and all embodiment of eternal essence in
eternal essence''s universe, unrebutted; VI. I duly verify, with full
responsibility and liability, by DECLARATION OF ORDER, that eternal essence

IS made transparent and known by the DO''ing of any and all embodiment of
eternal essence in eternal essence''s universe, IS free and free of debt,
unrebutted;

THESE ORDERS ARE PREPAID, PREAUTHORIZED AND PREAPPROVED. SO IT IS DONE.
Unrebutted;

DULY VERIFIED AS BE''ing and DONE, RECONFIRMED AND RATIFIED, as a matter of

record, with due standing, authority and authorization, March 18, 2013,
lovingly, knowingly, willingly and intentionally made, given, and noticed,

with unlimited personal responsibility and liability, sworn under the

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

DECLARATION OF FACTS pg. 52 of —

Doc# : 2013032035
Page 4 of 4
Date: 03/18/2013   1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

ETERNAL ESSENCE

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

PROCESSING        $      5.00
E-RECORD          $     25.00
ESURCHARGE        $      6.50

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA: /s/
*without prejudice Heather Ann Tucci-Jarraf 9-29-17*
Heather Ann Tucci-Jarraf, as conscious eternal essence embodied,
transparent in Absolute Truth.

```
-------------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
```

BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF SLAVERY SYSTEMS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

# Receipt and Image for Electronic Filing - Tracking Number: 201303180030

PropertyInfo Corporation [CustomerCare@propertyinfo.com]

**Sent:** Monday, March 18, 2013 10:36 AM
**To:** Heather Tucci-Jarraf
**Attachments:** 201303180030.TIF (190 KB)

```
Receipt # 1305732
----------------------------------------
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
1101 4TH STREET SW
WASHINGTON, DC
20024
(202) 442-8610
----------------------------------------
Doc# 2013032035   Pgs: 4
E-RECORD                 $      25.00
ESURCHARGE               $       6.50
PROCESSING               $       5.00


Total                    $      36.50
Credit Card              $      36.50
Change                   $       0.00
Balance                  $       0.00
----------------------------------------
Total Documents: 1
Total Fees: 3
----------------------------------------
Client Name GENERAL PUBLIC
Filed By

03/18/2013 13:36:30 PM

Cashier: EUCCAUTOCASHIER
```

PRAECIPE AND
DELLARATION OF FACTS *Het* 9-29-17
*Pg 54 of —*

VI. Article V.B, pages iv.1-54, restated, and duly verified and validated as duly unrebutted, and perfected as law, March 18, 2013;

VII. Exhibits A-B, restated, and duly verified and validated as true, accurate, and complete copies of originals.

VIII. Articles I-VII, restated, and no grant, consent, or other authority of jurisdiction, or over Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF, has been given to any person, individual, or being, inclusive of those identified in Article IV.A-M, ab initio, nunc pro tunc, and praetera preterea.

IX. Articles I-VIII, restated, and the terms Original, Source of All That Is, legally means authentic source of being and authority, not deriving power from any other source, or prejudiced by any other alleged source, ab initio, nunc pro tunc, and praetera preterea.

This PRAECIPE AND DECLARATION FOR DUE CAUSE (DECLARATION OF FACTS), and all records restated and incorporated therein, are duly verified and validated, by sworn signature and seal, with due Original standing, authority, and power, and that they are true, accurate, and complete, for all to rely upon, dated September 29, 2017.

Heather Ann Tucci-Jarraf, Original

## Certificate of Service

I certify that on September 29, 2017, a copy of the foregoing was cause to be filed electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system.

Heather Ann Tucci-Jarraf, Original