*Declaration of Facts*

*Exhibit A*

## BELOW IS A PARTIAL LIST OF FORECLOSED CORPORATIONS

**UNITED STATES OF AMERICA**

**AUSTRALIA       QUEENSLAND**
http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000852555&owner=exclude&count=40&hidefilings=0

**BRAZIL**
http://www.sec.gov/cgi-bin/browse-edgar?company=Federative+Republic+of+Brazil&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

**CANADA**
http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000230098&owner=exclude&count=40&hidefilings=0

**CHILE**
http://www.sec.gov/cgi-bin/browse-edgar?company=Republic+of+Chile&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

**CHINA       PEOPLES REPUBLIC OF**
http://www.sec.gov/cgi-bin/browse-edgar?company=PEOPLES+REPUBLIC+OF+CHINA&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

**COLUMBIA**
http://www.sec.gov/cgi-bin/browse-edgar?company=+Republic+of+Colombia&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

**EGYPT**
http://www.sec.gov/cgi-bin/browse-edgar?company=EGYPT&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

**GREECE**
http://www.sec.gov/cgi-bin/browse-edgar?company=HELLENIC+REPUBLIC&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

**ISRAEL**
http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000052749&owner=exclude&count=40&hidefilings=0

**Italy**
http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000052782&owner=exclude&count=40&hidefilings=0

**JAPAN**
http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000837056&owner=exclude&count=40&hidefilings=0

**KOREA**
http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000869318&owner=exclude&count=40&hidefilings=0

**MEXICO**
http://www.sec.gov/cgi-bin/browse-edgar?company=United+Mexican+States&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

**PERU**
http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000077694&owner=exclude&count=40&hidefilings=0

*Praecipe and Declaration of Facts - Exhibit A Pg. 1 of 3*    4-29-19

**SOUTH AFRICA**
http://www.sec.gov/cgi-bin/browse-edgar?company=SOUTH+AFRICA+REPUBLIC+OF&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

**UNITED KINGDOM**
http://www.sec.gov/cgi-bin/browse-edgar?company=UNITED+KINGDOM&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

http://www.sec.gov/Archives/edgar/data/814830/0000922423-00-000296-index.html

**VENEZUELA**
http://www.sec.gov/cgi-bin/browse-edgar?company=+Bolivarian+Republic+of+Venezuela&match=&CIK=&filenum=&State=&Country=&SIC=&owner=exclude&Find=Find+Companies&action=getcompany

*PRAECIPE AND DECLARATION OF FACTS-EXHIBIT A pg. 2 of 3   9-29-17*

Companies for SIC 8888 - FOREIGN GOVERNMENTS
Click on CIK to view company filings
Items 1-40

| CIK | Company | State/Country |
|---|---|---|
| 0000311569 | ASIAN DEVELOPMENT BANK | R5 |
| 0000856710 | BANCO NACIONAL DE COMERCIO EXTERIOR SNC | O5 |
| 0001025725 | BANCO NACIONAL DE OBRAS Y SERVICIOS PUBLICOS SNC | O5 |
| 0001045259 | BANQUE CENTRALE DE TUNISIE | DC |
| 0000912259 | CANADA MORTGAGE & HOUSING CORP | DC |
| 0001498597 | CARSO INFRAESTRUCTURA Y CONSTRUCCION SAB DE CV | O5 |
| 0001016472 | CITY OF NAPLES | DE |
| 0001109509 | DEVELOPMENT BANK OF JAPAN INC. formerly: DEVELOPMENT BANK OF JAPAN (filings through 2008-09-29) | MO |
| 0000033745 | EUROPEAN INVESTMENT BANK | N4 |
| 0000276328 | EXPORT DEVELOPMENT CANADA CN formerly: EXPORT DEVELOPMENT CORP (filings through 2002-06-07) | DC |
| 0000873463 | EXPORT IMPORT BANK OF KOREA | NY |
| 0000205317 | FEDERATIVE REPUBLIC OF BRAZIL | D5 |
| 0000035945 | FINLAND REPUBLIC OF | DC |
| 0001555421 | FMS WERTMANAGEMENT | 2M |
| 0001179453 | GOVERNMENT OF BELIZE | DC |
| 0001159395 | GOVERNMENT OF JAMAICA | NY |
| 0000931105 | HELLENIC REPUBLIC | NY |
| 0000216105 | HER MAJESTY THE QUEEN IN RIGHT OF NEW ZEALAND | Q2 |
| 0000589414 | HUNGARY formerly: REPUBLIC OF HUNGARY (filings through 2011-11-25) | NY |
| 0000052749 | ISRAEL STATE OF | NY |
| 0000052782 | ITALY REPUBLIC OF | L6 |
| 0000053078 | JAMAICA GOVERNMENT OF | L8 |
| 0000937056 | JAPAN | NY |
| 0001551322 | Japan Bank for International Cooperation | MO |
| 0000053130 | JAPAN DEVELOPMENT BANK | MO |
| 0001109504 | Japan Finance Corp formerly: JAPAN BANK FOR INTERNATIONAL COOPERATION (filings through 2008-09-29) | MO |
| 0000937335 | JAPAN FINANCE ORGANIZATION FOR MUNICIPALITIES formerly: JAPAN FINANCE CORP FOR MUNICIPAL ENTERPRISES (filings through 2008-09-29) | MO |
| 0000821533 | KFW formerly: KREDITANSTALT FUER WIEDERAUFBAU (filings through 2004-11-12) KREDITANSTALT FUR WIEDERAUFBAU (filings through 2002-10-11) | 2M |
| 0000935515 | KFW INTERNATIONAL FINANCE INC | DE |
| 0000855318 | KOREA DEVELOPMENT BANK | NY |
| 0001433135 | KOREA FINANCE Corp | M5 |
| 0000873519 | LANDESBANK BADEN WURTTEMBERG | DE |
| 0001306943 | LANDESKREDITBANK BADEN WURTTEMBERG FORDERBANK | 2M |
| 0001144737 | LANDWIRTSCHAFTLICHE RENTENBANK | I8 |
| 0000356049 | LONDON FINANCE & INVESTMENT GROUP PLC /ADR/ | NY |
| 0001027457 | NATIONAL POWER CORP | R6 |
| 0000357024 | NORDIC INVESTMENT BANK | H3 |
| 0000202811 | OESTERREICHISCHE KONTROLLBANK AKTIENGESELLSCHAFT | C4 |
| 0000074615 | ONTARIO PROVINCE OF | A6 |
| 0000075027 | PANAMA REPUBLIC OF | DC |