**From: Heather Tucci-Jarraf**
**Sent: Thursday, July 26, 2012 3:20 AM**
**To:** shagan@imf.org; email@bis.org;
tony.alt@rothschild.com;
private.banking@rothschild.com;
urs.koegel@rothschild.com;
pcosecret@cabinet-office.x.gsi.gov.uk;
pcosecretariat@pco.x.gsi.gov.uk;
geoff.graham@rothschild.com; info@finma.ch;
info@ebk.admin.ch; info@ebk.ch;
langenstein1@gmail.com;
urs.kalin@rothschild.com;
eric.rosengren@bos.frb.org;
william.dudley@ny.frb.org;charles.plosser@phi
l.frb.org; greg.l.stefani@clev.frb.org;
william.fosnight@clev.frb.org;
jeffrey.lacker@rich.frb.org;
dennis.p.lockhart@atl.frb.org;
charles.l.evans@chi.frb.org;
james.b.bullard@stls.frb.org;
narayana.kocherlakota@mpls.frb.org;
esther.l.george@kc.frb.org;
richard.w.fisher@dal.frb.org;
john.c.williams@sf.frb.org;

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B* *Pg. 1 of 72* *9-29-17*

ben.s.bernanke@frb.gov;
timothy.geithner@do.treas.gov;rob.mckenna@
atg.wa.gov; jack.smith@usdoj.gov;
david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc: Caleb Skinner; Randall Hillner; Advisors**
**Subject: DUE NOTICE OF EQUITY CALL**

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

To:  ANY AND ALL WHO HOLD, PARTICIPATE,
TRANSFER, OR OTHERWISE BENEFIT FROM THE
COMMANDEERED VALUE OF the one people,
inclusive of commandeered future value and
any and all value derived therefrom, including
but not limited to any and all the United
States of America Federal Government,

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 2 of 72*

UNITED STATES, United States, "STATE OF . . .", "State of . . .", and international equivalents, inclusive of:

BANK FOR INTERNATIONAL SETTLEMENTS, and its members, and their members, faxes: (+41 61) 280 9100 (Swiss); (+852) 2878 7123 Rep for Asia and Pacific; (+52) 55 91380299 Rep for Americas
ATTN: DIEGO DEVOS, GENERAL COUNSEL

   N.M. ROTHSCHILD & SONS, ET. AL.
   UNITED NATIONS (Patricia O'Brien, OLA Chief, fax +1 212 963 6430)
   WORLD BANK (fax +1 202 477 6391, and +1 202 522 7140)
   IMF
   PRIVY COUNCIL
   FEDERAL RESERVE SYSTEM, Ben Bernanke
   UNITED STATES
   "STATE OF . . ."
   DEPARTMENT OF JUSTICE
   UNITED STATES SECRET SERVICE, Mark Sullivan

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B* 03-30-78 *[signature]* 9-29-17

FEDERAL BEUREAU OF INVESTIGATIONS,
Robert S. Mueller
any and all, posted via world wide web, at
www.peoplestrust1776.org

ANNEXES:   UCC Doc File # 2012079290, July
25, 2012, with Receipt # 1237660
UCC Doc File # 2012079322, July
25, 2012, with Receipt # 1237679
ORDERS: SUSPENSION; AUDIT;
FINDINGS & ACTIONS, originally noticed to the
world via the world-wide
web, at
www.peoplestrust1776.org , restated and
incorporated here by reference as if set forth
in full

RE: NOTICE OF EQUITY CALL

NOTICE: You are duly ordered to immediately
cease and desist from commandeering the
value, present or future, of the one people.
NOW WHEREFORE DUE NOTICE IS GIVEN: the
one people do duly make an equity call of ANY

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B Pg # of 72* — 9-29-17

AND ALL value commandeered from the one people, inclusive of future value and any value, profits and benefits derived therefrom, NUNC PRO TUNC, PRAETEREA PRETEREA, and have authorized for the corresponding PERFORMANCE ACCEPTANCE BOND to be duly issued and managed by our Public Trust and its duly bonded Trustees.

Secured Party, the creator of the one people, through the bondservants thereof, the one people, regardless of the body's domicil by choice, with all rights reserved and without prejudice, as promised and preserved by public policy, inclusive of UCC 1-308, and any and all the United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and international equivalents, we restate, re-ratify, re-declare, and re-notice all beings as follows, nunc pro tunc, praeterea preterea:

BY THE STANDING, AUTHORITY, VALUE, RIGHTS, AND PRINCIPLE OF LAW as duly registered and

*PRAECIPE AND DECLARATION OF FACTS — EXHIBIT B pg 5 of 72* [handwritten annotation]

secured in UCC Doc File # 2012079290, July 25, 2012, with Receipt # 1237660, and UCC Doc File # 2012079322, July 25, 2012, with Receipt # 1237679, restated and incorporated by reference here as if set forth in full, knowingly, willingly, and intentionally preserved and protected in perpetuity, being first implemented by International Law Ordinance cognizably noticed as the Constitution for the United States of America, 1791 as amended, and the lawful progeny jurisprudence thereof, internationally affirmed ordinances, starting July 4, 1776, and completed March 1, 1781, ratified 1791, said never being rebutted;

NOW WHEREFORE DUE NOTICE IS GIVEN, the one people do duly make an equity call of ANY AND ALL value commandeered from the one people, inclusive of future value and any value, profits and benefits derived therefrom, NUNC PRO TUNC, PRAETEREA PRETEREA, and have authorized for the corresponding PERFORMANCE ACCEPTANCE BOND to be duly

*PRAECIPE AND DECLARATION OF FACTS-EXHIBIT B pg 6 of 72* [signature] 8-29-17

issued and managed by our Public Trust and its duly bonded Trustees.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

DULY RESTATED, RE-RATIFIED, RECONFIRMED, RE-DECLARED AND RE-NOTICED, EFFECTIVE THIS 25th Day of July, 2012, by our bond and oath, evidenced by our original signature and seal, made knowingly, willingly and intentionally, with unlimited liability, being of absolute capacity and responsibility, sworn under the penalties of perjury governed under the laws of our creator, Duly ratified; without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all the United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and international equivalents, hereafter "UCC 1-308":

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg 7 of 75 Doug 4-29-17

*without prejudice Heather Ann Tucci-Jarraf 9-29-17*

/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee; /s/ Hollis Randall Hillner, as Trustee;

*Without Prejudice Heather Ann Tucci-Jarraf 9-29-17*

/s/ Heather Ann Tucci-Jarraf, as the one people; /s/ Caleb Paul Skinner, as the one people; /s/ Hollis Randall Hillner, as the one people;

*Without Prejudice Heather Ann Tucci-Jarraf 9-29-17*

/s/ Heather Ann Tucci-Jarraf, as bondservant to the creator and no other; /s/ Caleb Paul Skinner, as bondservant to the creator and no other; /s/ Hollis Randall Hillner, as bondservant to the creator and no other.

_____

_____

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

Trustees
www.peoplestrust1776.org

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 8 of 72 Htj 9-29-17*

caleb@peoplestrust1776.org
randall@peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 9 of 72 (A) 9-29-17*

**From: Heather Tucci-Jarraf**
**Sent: Tuesday, August 07, 2012 12:29 PM**
**To:** shagan@imf.org; email@bis.org;
tony.alt@rothschild.com;
private.banking@rothschild.com;
urs.koegel@rothschild.com;
pcosecret@cabinet-office.x.gsi.gov.uk;
pcosecretariat@pco.x.gsi.gov.uk;
geoff.graham@rothschild.com; info@finma.ch;
info@ebk.admin.ch; info@ebk.ch;
langenstein1@gmail.com;
urs.kalin@rothschild.com;
eric.rosengren@bos.frb.org;
william.dudley@ny.frb.org;charles.plosser@phi
l.frb.org; greg.l.stefani@clev.frb.org;
william.fosnight@clev.frb.org;
jeffrey.lacker@rich.frb.org;
dennis.p.lockhart@atl.frb.org;
charles.l.evans@chi.frb.org;
james.b.bullard@stls.frb.org;
narayana.kocherlakota@mpls.frb.org;
esther.l.george@kc.frb.org;
richard.w.fisher@dal.frb.org;
john.c.williams@sf.frb.org;

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg 100/72 ✗ 1-29-17

timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.go
v; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc: Trustees; Advisors**
**Subject: Public Registration (UCC): Order of**
**Suspension, Order of Audit, Order of Finding**
**& Action**

**TO:   UNITED STATES**
       **"STATE OF. . ."**
       **The United States Federal Government**
       **Any and all voluntary commercial**
indentures
       **Any and all international equivalents**
       **Involved Parties**

**Cc:   Trustees**

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B* pg 11 of 72 9-29-17

**Advisors**

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

Annexes:  *UCC 2012083304 Public Notice and
Registration of Orders
            *Order of Suspension
            *Order of Audit
            *Order of Finding & Action
*Reinstated and incorporated here by
reference as if set forth in full.

See annexed attachments hereto: Notice and
Public Registration of Orders via Public
Registration, with due entry into international
registry, and the Orders duly executed and
delivered July 4, 2012; Further publication and
notice globally via world-wide web at
www.peoplestrust1776.org

without prejudice as promised, preserved and
protected by public policy, inclusive of UCC
1-308, and any and all the United States of

*PRALIPE AND*
*DECLARATION OF FACTS -EXHIBIT B pg. 12 of 72 Aug 9-29-17*

America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and international equivalents, hereafter "UCC 1-308": /s/ Heather Ann Tucci-Jarraf, as Trustee

*Without prejudice Heather Ann Tucci-Jarraf 4-29-17*

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

PRAECIPE AND DECLARATION OF FACTS-EXHIBIT B *HATJ* 4-29-17
Pg 13 of 72

**From: Heather Tucci-Jarraf**
**Sent: Wednesday, August 15, 2012 4:16 PM**
**To:** shagan@imf.org; email@bis.org;
tony.alt@rothschild.com;
private.banking@rothschild.com;
urs.koegel@rothschild.com;
pcosecret@cabinet-office.x.gsi.gov.uk;
pcosecretariat@pco.x.gsi.gov.uk;
geoff.graham@rothschild.com; info@finma.ch;
info@ebk.admin.ch; info@ebk.ch;
langenstein1@gmail.com;
urs.kalin@rothschild.com;
eric.rosengren@bos.frb.org;
william.dudley@ny.frb.org;charles.plosser@phi
l.frb.org; greg.l.stefani@clev.frb.org;
william.fosnight@clev.frb.org;
jeffrey.lacker@rich.frb.org;
dennis.p.lockhart@atl.frb.org;
charles.l.evans@chi.frb.org;
james.b.bullard@stls.frb.org;
narayana.kocherlakota@mpls.frb.org;
esther.l.george@kc.frb.org;
richard.w.fisher@dal.frb.org;
john.c.williams@sf.frb.org;

*PRAECIPE AND*
*DECLARATION OF FACT - EXHIBIT B pg 14 of 72* 9-29-17

timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.gov; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc: Trustees; Advisors**
**Subject: Notice by Public Registration (UCC): FOA and ORDERS issued and entered August 15, 2012**

**TO:** UNITED STATES
"STATE OF. . ."
The United States Federal Government
Any and all voluntary commercial indentures
Any and all international equivalents
Involved Parties, inclusive of BANK FOR
INTERNATIONAL SETTLEMENTS, UNITED
NATIONS, ANY AND
ALL SPECIAL AGENCIES THEREFROM

*PRAECIPE AND*
*DECLARATION OF FACTS – EXHIBIT B pg 15 of 72*

**Cc:** Trustees

Advisors

Notice to Principal is Notice to Agent

Notice to Agent is Notice to Principal

Annexes: *UCC 2012086794 Public Notice and Registration of ORDER OF FINDING & ACTION issued 8.15.2012

*UCC 2012086802 Public Notice and Registration of ORDERS: TERMINATION OF EMPLOYMENT,

CANCELLATION OF OPERATIONS AND REVOCATION OF AUTHORITY TO EXIST, CANCELLATION OF

ANY AND ALL TREATIES and MEMBERSHIPS TO PRIVATE SYSTEMS, & EQUITY CALL issued 8.15.2012

*ORDER OF FINDING & ACTION, issued 8.15.2012

*ORDERS: TERMINATION, CANCELLATIONS, & EQUITY CALL. issued 8.15.2012

*Reinstated and incorporated here by reference as if set forth in full.

See annexed attachments hereto: Notice and Public Registration of FOA

PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 16 of 72 ___ 9-29-19

and Orders via Public Registration, with due entry into international registry, and the Orders duly executed and delivered August 15, 2012; Further publication and notice globally via world-wide web at www.peoplestrust1776.org without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all the United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and international equivalents, hereafter "UCC 1-308": /s/ Heather Ann Tucci-Jarraf, as Trustee

*without prejudice Heather Ann Tucci-Jarraf 9-29-17*

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org
The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org
Inspired by the Power of One.
Moved by the Power of Many.

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 13 of 32 HATJ 9-29-17*

**From: Heather Tucci-Jarraf**
**Sent: Tuesday, August 21, 2012 11:09 AM**
**To:** shagan@imf.org; email@bis.org;
tony.alt@rothschild.com;
private.banking@rothschild.com;
urs.koegel@rothschild.com;
pcosecret@cabinet-office.x.gsi.gov.uk;
pcosecretariat@pco.x.gsi.gov.uk;
geoff.graham@rothschild.com; info@finma.ch;
info@ebk.admin.ch; info@ebk.ch;
langenstein1@gmail.com;
urs.kalin@rothschild.com;
eric.rosengren@bos.frb.org;
william.dudley@ny.frb.org;charles.plosser@phi
l.frb.org; greg.l.stefani@clev.frb.org;
william.fosnight@clev.frb.org;
jeffrey.lacker@rich.frb.org;
dennis.p.lockhart@atl.frb.org;
charles.l.evans@chi.frb.org;
james.b.bullard@stls.frb.org;
narayana.kocherlakota@mpls.frb.org;
esther.l.george@kc.frb.org;
richard.w.fisher@dal.frb.org;
john.c.williams@sf.frb.org;

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B *pg 18 of 72* Hetj 9-29-17

timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.gov; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc: Trustees; Advisors**
**Subject: RE: Notice by Public Registration (UCC): FOA and ORDERS issued and entered August 15, 2012**

**TO:** Any and all states of body as identified in the following notice by public registration, restated;

Any and all artificial and legal fictions;

Any and all voluntary commercial indentures;

Any and all international equivalents of the former UNITED STATES, the several "STATES OF . . .",

*PRAECIPE AND*
*DECLARATION OF FACB -EXHIBIT B* *Hoy 9-29-17*
*pg. 19 of 72*

and The United States Federal Government;

Involved Parties, inclusive of BANK FOR INTERNATIONAL SETTLEMENTS, UNITED NATIONS, ANY

AND ALL SPECIAL AGENCIES THEREFROM & THERETO;

**Cc: Trustees**
   **Advisors**

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

Annexes: *UCC 2012088851 Notice by Public Registration of DECLARATION FOR EQUITY CALL and for ORDER OF

RECONCILIATION, 8.21.2012
        *UCC 2012088865 Notice by Public Registration of GRANT OF EQUITY CALL and ORDER OF

RECONCILIATION, 8.21.2012

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg. 20 of 72 *Toby 9-29-17*

*Re-stated and incorporated here by reference as if set forth in full, duly entered and protected by public policy,

inclusive of UCC 1-103, and any and all the United States of America Federal Government, UNITED STATES,

United States, "STATE OF . . .", "State of . . .", and international equivalents, hereafter "UCC 1-103"; duly

entered.

See annexed attachments hereto: Notice by Public Registration, with due entry into international registry; Further publication and notice globally via world-wide web at www.peoplestrust1776.org

without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all the United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and international equivalents,

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 21 of 72* ⨯ *Kathy 9-29-17*

*without prejudice Heather Ann Tucci-Jarraf 9-29-17*

hereafter "UCC 1-308": /s/ Heather Ann Tucci-Jarraf, as Trustee

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

*PRAECIPE AND DECLARATION OF FACTS – EXHIBIT B pg 22 of 72 9-29-17*

**From:** Heather Tucci-Jarraf
**Sent:** Tuesday, August 21, 2012 11:43 AM
**To:** shagan@imf.org; email@bis.org;
tony.alt@rothschild.com;
private.banking@rothschild.com;
urs.koegel@rothschild.com;
pcosecret@cabinet-office.x.gsi.gov.uk;
pcosecretariat@pco.x.gsi.gov.uk;
geoff.graham@rothschild.com; info@finma.ch;
info@ebk.admin.ch; info@ebk.ch;
langenstein1@gmail.com;
urs.kalin@rothschild.com;
eric.rosengren@bos.frb.org;
william.dudley@ny.frb.org;charles.plosser@phi
l.frb.org; greg.l.stefani@clev.frb.org;
william.fosnight@clev.frb.org;
jeffrey.lacker@rich.frb.org;
dennis.p.lockhart@atl.frb.org;
charles.l.evans@chi.frb.org;
james.b.bullard@stls.frb.org;
narayana.kocherlakota@mpls.frb.org;
esther.l.george@kc.frb.org;
richard.w.fisher@dal.frb.org;
john.c.williams@sf.frb.org;

PRAECIPE AND
DECLARATION OF FACT - EXHIBIT B pg 23 of 72  HOH 9-29-17

timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.go
v; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc: Trustees; Advisors**
**Subject: RE: Notice by Public Registration**
**(UCC): DEMAND FOR EQUITY CALL/ORDER OF**
**RECONCILIATOIN; DEMAND GRANTED AND**
**SECURED**

TO: Any and all states of body as identified in
the following notice by public registration,
restated;
Any and all artificial and legal fictions;
Any and all voluntary commercial indentures;
Any and all international equivalents of the
former UNITED STATES, the several "STATES
OF . . .",

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 34 of 72* 9-29-17

and The United States Federal Government;
Involved Parties, inclusive of BANK FOR
INTERNATIONAL SETTLEMENTS, UNITED
NATIONS, ANY
AND ALL SPECIAL AGENCIES THEREFROM &
THERETO;
Cc: Trustees
Advisors
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Annexes: *UCC 2012088851 Notice by Public
Registration of DECLARATION FOR EQUITY CALL
and for ORDER OF
RECONCILIATION, 8.21.2012
*UCC 2012088865 Notice by Public Registration
of GRANT OF EQUITY CALL and ORDER OF
RECONCILIATION, 8.21.2012
*Re-stated and incorporated here by reference
as if set forth in full, duly entered and
protected by public policy,
inclusive of UCC 1-103, and any and all the
former United States of America Federal
Government, UNITED STATES, United States,
"STATE OF . . .", "State of . . .", and any and

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B* pg 25 of 72 *[signature] 9-29-17*

all international equivalents, hereafter "UCC 1-103"; duly entered.

See annexed attachments hereto: Notice by Public Registration, with due entry into international registry; Further publication and notice globally via world-wide web at www.peoplestrust1776.org

without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all former The United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-308": /s/ Heather Ann Tucci-Jarraf, as Trustee

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

The People's Public Trust 1776
Providing solutions since 1776.

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 26 of 72* 9-29-17

www.peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT A* pg 27 of 72 — *Hoff* 9-29-17

**From:** Heather Tucci-Jarraf
**Sent:** Wednesday, September 05, 2012 4:09 AM
**To:** shagan@imf.org; email@bis.org; tony.alt@rothschild.com; private.banking@rothschild.com; urs.koegel@rothschild.com; pcosecret@cabinet-office.x.gsi.gov.uk; pcosecretariat@pco.x.gsi.gov.uk; geoff.graham@rothschild.com; info@finma.ch; info@ebk.admin.ch; info@ebk.ch; langenstein1@gmail.com; urs.kalin@rothschild.com; eric.rosengren@bos.frb.org; william.dudley@ny.frb.org;charles.plosser@phil.frb.org; greg.l.stefani@clev.frb.org; william.fosnight@clev.frb.org; jeffrey.lacker@rich.frb.org; dennis.p.lockhart@atl.frb.org; charles.l.evans@chi.frb.org; james.b.bullard@stls.frb.org; narayana.kocherlakota@mpls.frb.org; esther.l.george@kc.frb.org; richard.w.fisher@dal.frb.org;

*PRAECIPE AND DECLARATION OF FACTS-EXHIBIT B pg. 28 of 72* *Htg 9-29-1*

john.c.williams@sf.frb.org;
timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.go
v; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc: Trustees; Advisors**
**Subject: RE: Notice by Public Registration
(UCC): Airs, Lands, Seas, et. al., on and in
earth, Secured NUNC PRO TUNC; Order of
Reconciliation**

BY and WITH DUE STANDING AND AUTHORITY:
UCC Doc # 2012079290, restated and
incorporated here by reference as if set forth
in full;

*PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT D Pg 29 of 72 Aug 9-2017*

**TO:** Any and all states of body as identified in UCC Doc # 2012079290, restated and incorporated here by

reference as if set forth in full;

Any and all artificial and legal fictions;

Any and all (former) voluntary commercial indentures;

Any and all international equivalents of and former UNITED STATES, the several "STATES OF. . .",

and The United States Federal Government;

Involved Parties, inclusive of the VATICAN, BANK FOR INTERNATIONAL SETTLEMENTS, UNITED

NATIONS, ANY AND ALL SPECIAL AGENCIES THEREFROM & THERETO;

**Cc: Trustees**
     **Advisors**


Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT D pg 30 of 30 ___ 9-29-17*

Annexes: *UCC 2012094308 Notice by Public Registration of Airs, Lands, Seas, inclusive of indefeasible title and

ownership thereto, et. al., on and in "earth", Secured, NUNC PRO TUNC, September 4, 2012;

*UCC 2012094309 Notice by Public Registration ORDER OF RECONCILIATION of any and all value and assets

identified and secured in UCC Doc #2012094308, restated here by reference, September 4, 2012;

*Re-stated and incorporated here by reference as if set forth in full, duly entered into International Law Ordinance, duly protected by public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-103"; duly entered.

*PRAECIPE AND DECLARATION OF FACTS - EXHIBITS pg 3 of 72* *9-29-17*

See annexed attachments hereto: Notice by Public Registration, with due entry into international registry; Further publication and notice globally via world-wide web at www.peoplestrust1776.org
without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all former The United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-308": /s/ Heather Ann Tucci-Jarraf, as Trustee

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org

*PRAECIPE AND DECLARATION OF FACTS-EXHIBIT B pg 32 of 72 Haty 9-29-17*

Inspired by the Power of One.
Moved by the Power of Many.

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg 33 of 72 *Holt* 9-29-17

**From:** Heather Tucci-Jarraf
**Sent:** Wednesday, September 12, 2012 4:30 AM
**To:** shagan@imf.org; email@bis.org; tony.alt@rothschild.com; private.banking@rothschild.com; urs.koegel@rothschild.com; pcosecret@cabinet-office.x.gsi.gov.uk; pcosecretariat@pco.x.gsi.gov.uk; geoff.graham@rothschild.com; info@finma.ch; info@ebk.admin.ch; info@ebk.ch; langenstein1@gmail.com; urs.kalin@rothschild.com; eric.rosengren@bos.frb.org; william.dudley@ny.frb.org;charles.plosser@phil.frb.org; greg.l.stefani@clev.frb.org; william.fosnight@clev.frb.org; jeffrey.lacker@rich.frb.org; dennis.p.lockhart@atl.frb.org; charles.l.evans@chi.frb.org; james.b.bullard@stls.frb.org; narayana.kocherlakota@mpls.frb.org; esther.l.george@kc.frb.org; richard.w.fisher@dal.frb.org;

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 34 of 72 [signature] 9-29-17*

john.c.williams@sf.frb.org;
timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.go
v; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc:** Trustees; Advisors
**Subject:** RE: Notice by Public Registration
(UCC): DECLARATION & ORDER (arrest,
custody, repossession); Co-Custodian, Co-
Trustee, Co-Operator; NUNC PRO TUNC; Order
of Reconciliation

BY and WITH DUE STANDING AND AUTHORITY:
UCC Doc # 2012079290, 2012079322,
2012088851, 2012088865, 2012086794,
2012086802, 2012094308, 2012094309,
2012096047, 2012096074, all restated and

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 35 of 72* *[signature] 9-29-17*

incorporated here in there entirety by reference as if set forth in full;

**TO:** Any and all Public Servants, as identified in UCC Doc # 2012096074

Any and all states of body, as identified in UCC Doc # 2012079290,

Any and all artificial and legal fictions;

Any and all (former) voluntary commercial indentures;

Any and all international equivalents of and former UNITED STATES, the several "STATES OF. . .",

and The United States Federal Government;

Involved Parties, inclusive of the VATICAN, BANK FOR INTERNATIONAL SETTLEMENTS, UNITED

NATIONS, ANY AND ALL SPECIAL AGENCIES THEREFROM & THERETO;

**Cc:** Trustees
Advisors
Superior Custodian

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 36 of 72* ~~~~ *9-29-17*

Superior Bookkeeper

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

Annexes: *UCC 2012096047 Notice by Public
Registration of Co-Custodian, Co-Trustee, Co-
Operator, NUNC PRO TUNC,
            September 10, 2012;
            *UCC 2012096074 Notice by Public
Registration DECLARATION & ORDER (arrest,
custody, repossession)
            September 10, 2012;
            *Duly executed DECLARATION &
ORDER, with blood oath and bond, September
10, 2012;

*Re-stated and incorporated here by reference
as if set forth in full, duly entered into
International Law Ordinance, duly protected
by public policy, inclusive of UCC 1-103, and
any and all the former United States of
America Federal Government, UNITED STATES,
United States, "STATE OF . . .", "State

PRAECIPE AND
DECLARATION OF FACTS — EXHIBIT B pg 37 of 72

of . . .", and any and all international equivalents, hereafter "UCC 1-103"; duly entered.

See annexed attachments hereto: Notice by Public Registration, with due entry into international registry; Further publication, notice, delivery globally via world-wide web at www.peoplestrust1776.org

without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all former The United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-308": /s/ Heather Ann Tucci-Jarraf, as Trustee

*Without Prejudice Heather Ann Tucci-Jarraf 9-29-17*

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 38 of 72*

The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

*PRAECIPE AND*

*DECLARATION OF FACB - EXHIBIT B pg 39 of 72* 9-29-17

**From:** Heather Tucci-Jarraf
**Sent:** Tuesday, October 23, 2012 7:18 AM
**To:** email@bis.org; shagan@imf.org;
tony.alt@rothschild.com;
private.banking@rothschild.com;
urs.koegel@rothschild.com;
pcosecret@cabinet-office.x.gsi.gov.uk;
pcosecretariat@pco.x.gsi.gov.uk;
geoff.graham@rothschild.com; info@finma.ch;
info@ebk.admin.ch; info@ebk.ch;
langenstein1@gmail.com;
urs.kalin@rothschild.com;
eric.rosengren@bos.frb.org;
william.dudley@ny.frb.org;charles.plosser@phi
l.frb.org; greg.l.stefani@clev.frb.org;
william.fosnight@clev.frb.org;
jeffrey.lacker@rich.frb.org;
dennis.p.lockhart@atl.frb.org;
charles.l.evans@chi.frb.org;
james.b.bullard@stls.frb.org;
narayana.kocherlakota@mpls.frb.org;
esther.l.george@kc.frb.org;
richard.w.fisher@dal.frb.org;
john.c.williams@sf.frb.org;

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 40 of 72* Heather 9-29-17

timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.go
v; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
Cc: Trustees; Advisors
Subject: UCC 3-501 NOTICE, DEMAND AND
REQUEST TO DEBTOR BIS, DULY ENTERED AND
NOTICED BY PUBLIC REGISTRATION, UCC Doc #
2012114093

********time sensitive**********

TO DEBTOR: BANK FOR INTERNATIONAL
SETTLEMENTS,

COPY: Any and all Public Servants, as
identified in UCC Doc # 2012096074

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B* pg 41 of 72 *[signature]* 9-29-17

Any and all states of body, as identified in UCC Doc # 2012079290,

Any and all artificial and legal fictions;

Any and all (former) voluntary commercial indentures;

Any and all international equivalents of and former UNITED STATES, the several "STATES OF. . .",

and The United States Federal Government;

VATICAN;

UNITED NATIONS, ANY AND ALL SPECIAL AGENCIES THEREFROM & THERETO;

Cc: Trustees; Advisors; Superior Custodian; Superior Bookkeeper;

RE: UCC 3-501: NOTICE OF MISTAKE; NOTICE OF INSECURITY; NOTICE OF OPPORTUNITY TO CURE; REQUEST TO CURE

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B* pg 42 of 72

Annexes:
1. *UCC 3-501 NOTICE AND DEMAND to BIS, dated October 23, 2012, *UCC3501_BIS_PT1776_23102012.pdf;
2. UCC 3-501 to BIS, entered into International Law Ordinance, noticed by public registration, *UCC 2012114093, October 23, 2012, with receipt No. 1262883, *UCC_3501_BIS_PT1776_23102012.TIF;

*Re-stated and incorporated in their entirety here by reference as if set forth in full, duly entered into International Law Ordinance, duly protected by public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-103"; duly entered.

Additional publication, notice, delivery globally and universally via world-wide web at www.peoplestrust1776.org

PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 43 of 92 [signature] 9-29-17

BY and WITH DUE STANDING AND AUTHORITY: UCC Doc # 2012079290, 2012079322, 2012088851, 2012088865, 2012086794, 2012086802, 2012094308, 2012094309, 2012096047, 2012096074, 2012113593, all restated and incorporated here in there entirety by reference as if set forth in full;

Without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all former The United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-308": /s/ Heather Ann Tucci-Jarraf, as Trustee

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg 45 of 72 Arty 9-29-17

**From: Heather Tucci-Jarraf**
**Sent: Wednesday, October 24, 2012 6:46 AM**
**To:** email@bis.org; shagan@imf.org;
tony.alt@rothschild.com;
private.banking@rothschild.com;
urs.koegel@rothschild.com;
pcosecret@cabinet-office.x.gsi.gov.uk;
pcosecretariat@pco.x.gsi.gov.uk;
geoff.graham@rothschild.com; info@finma.ch;
info@ebk.admin.ch; info@ebk.ch;
langenstein1@gmail.com;
urs.kalin@rothschild.com;
eric.rosengren@bos.frb.org;
william.dudley@ny.frb.org;charles.plosser@phi
l.frb.org; greg.l.stefani@clev.frb.org;
william.fosnight@clev.frb.org;
jeffrey.lacker@rich.frb.org;
dennis.p.lockhart@atl.frb.org;
charles.l.evans@chi.frb.org;
james.b.bullard@stls.frb.org;
narayana.kocherlakota@mpls.frb.org;
esther.l.george@kc.frb.org;
richard.w.fisher@dal.frb.org;
john.c.williams@sf.frb.org;

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 46 of 72 HTJ 8-29-17*

timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.gov; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc:** Trustees; Advisors
**Subject:** ENTERED INTO INTERNATIONAL LAW ORDINANCE, NOTICE BY PUBLIC REGISTRATION: BIS, et. al., DEFAULT; CUSTODIAN TERMINATED; COMMERCIAL BILL

**TO DEBTOR:** BANK FOR INTERNATIONAL SETTLEMENTS,

**COPY:** Any and all Public Servants, as identified in UCC Doc # 2012096074
        Any and all states of body, as identified in UCC Doc # 2012079290,
        Any and all artificial and legal fictions;

*PRAECIPE AND DECLARATION OF FACTS EXHIBIT B pg 47 of 72* *9-29-17*

Any and all (former) voluntary commercial indentures;

Any and all international equivalents of and former UNITED STATES, the several "STATES OF. . .",

and The United States Federal Government;

VATICAN;

UNITED NATIONS, ANY AND ALL SPECIAL AGENCIES THEREFROM & THERETO;

**Cc:** Trustees; Advisors; Superior Custodian; Superior Bookkeeper;

RE: ENTERED INTO INTERNATIONAL LAW ORDINANCE: BIS, et. al., DEFAULT; CUSTODIAN TERMINATED; COMMERCIAL BILL

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

Annexes:

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT D pg 48 of 72 [signature] 9-29-17*

1. *UCC 2012114586, October 24, 2012, with receipt No. 1263266, *UCC_DEFAULT_BIS_24102012.TIF;
2. *COMMERCIAL BILL, October 24, 2012, with receipt No. 1262883, *UCC_DEFAULT_BIS_24102012_0~1.pdf;

*Re-stated and incorporated in their entirety here by reference as if set forth in full, duly entered into International Law Ordinance, duly protected by public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-103"; duly entered.

Delivery:  Fax (+41 61) 280 9100 and (+41 61) 280 8100,  Email of email@bis.org
and additional publication, notice, delivery globally and universally via world-wide web at www.peoplestrust1776.org

PRAECIPE AND
DECLARATION OF FACTS-EXHIBITS pg 49 of 72 May 9-2017

BY and WITH DUE STANDING AND AUTHORITY: UCC Doc # 2012079290, 2012079322, 2012088851, 2012088865, 2012086794, 2012086802, 2012094308, 2012094309, 2012096047, 2012096074, 2012113593, 2012114093, 2000043135, all restated and incorporated here in there entirety by reference as if set forth in full;

Without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all former The United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-308": /s/ Heather Ann Tucci-Jarraf, as Trustee

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

PRAECIPE AND
DECLARATION OF FACTS - EXIBIT B  pg 51 of 72  *9-29-17*

**From: Heather Tucci-Jarraf**
**Sent: Wednesday, October 24, 2012 10:02 AM**
**To:** email@bis.org; shagan@imf.org; tony.alt@rothschild.com; private.banking@rothschild.com; urs.koegel@rothschild.com; pcosecret@cabinet-office.x.gsi.gov.uk; pcosecretariat@pco.x.gsi.gov.uk; geoff.graham@rothschild.com; info@finma.ch; info@ebk.admin.ch; info@ebk.ch; langenstein1@gmail.com; urs.kalin@rothschild.com; eric.rosengren@bos.frb.org; william.dudley@ny.frb.org;charles.plosser@phil.frb.org; greg.l.stefani@clev.frb.org; william.fosnight@clev.frb.org; jeffrey.lacker@rich.frb.org; dennis.p.lockhart@atl.frb.org; charles.l.evans@chi.frb.org; james.b.bullard@stls.frb.org; narayana.kocherlakota@mpls.frb.org; esther.l.george@kc.frb.org; richard.w.fisher@dal.frb.org;

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B Pg 52 of 72 [signature] 9-29*

john.c.williams@sf.frb.org;
timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.go
v; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov
**Cc:** Trustees; Advisors
**Subject: INTERNATIONAL LAW ORDINANCE,
NOTICE BY PUBLIC REGISTRATION:
CANCELLATION OF CHARTERS; TRUE BILL**


BY and WITH DUE STANDING AND AUTHORITY:
UCC Doc # 2012079290, 2012079322,
2012088851, 2012088865, 2012086794,
2012086802, 2012094308, 2012094309,
2012096047, 2012096074, specifically
perpetuity, title and ownership of
International Law Ordinance, notice by public

*PRAECIPE AND*
*DECLARATION OF FACTS EXHIBIT B pg 53 of 72* ~~Stay~~ 4-29-17

registration, otherwise known as the Uniform Commercial Code Registry(ies), and all international equivalents, 2000043135, duly accepted, 2012012675, all restated and incorporated here in their entirety by reference as if set forth in full;

**TO:** BANK FOR INTERNATIONAL SETTLEMENTS;

ANY AND ALL (former) TREASURIES, CUSTODIANS, identified and entered into International Law

Ordinance, notice by public registration, UCC Doc # 2012079322

**Copy:** Any and all Public Servants, as identified in UCC Doc # 2012096074

Any and all states of body, as identified in UCC Doc # 2012079290,

Any and all artificial and legal fictions;

Any and all (former) voluntary commercial indentures;

Any and all international equivalents of and former UNITED STATES, the several "STATES OF. . .",

*PRAECIPE AND DECLARATION OF FACTS-EXHIBIT B pg 54 of 72*

and The United States Federal Government;
**VATICAN**;
UNITED NATIONS, ANY AND ALL SPECIAL AGENCIES THEREFROM & THERETO;

**Cc:** Trustees; Advisors; Superior Custodian; Superior Bookkeeper; Bondservants

**RE:** INTERNATIONAL LAW ORDINANCE, NOTICE BY PUBLIC REGISTRATION: CANCELLATION OF CHARTERS;
TRUE BILL
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

**Annex:**
1. *UCC 2012114586, October 24, 2012, with receipt No. 1263266, *UCC_CHARTERCANCEL_TRUEBILL_BIS_24102012.TIF;
2. *TRUE BILL ISSUED FOR BIS, et. al., October 24, 2012,

*PRAECIPE AND*

*DECLARATION OF FACTS-EXHIBIT B* pg 55 of 72 *Hot. 9-29-1*

\*UCC_CHARTERCANCEL_TRUEBILL_BIS_2410201
2_0001.pdf;

\*Re-stated and incorporated in their entirety
here by reference as if set forth in full, duly
entered into International Law Ordinance, duly
protected by public policy, inclusive of UCC
1-103, and any and all the former United
States of America Federal Government,
UNITED STATES, United States, "STATE
OF . . .", "State of . . .", and any and all
international equivalents, hereafter "UCC
1-103"; duly entered.

Delivery: Fax (+41 61) 280 9100 and (+41 61)
280 8100, Email of email@bis.org
and additional publication, notice, delivery
globally and universally via world-wide web at
www.peoplestrust1776.org
without prejudice as promised, preserved and
protected by public policy, inclusive of UCC
1-308, and any and all former The United
States of America Federal Government,
UNITED STATES, United States, "STATE

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT D* pg 56 of 72 [signature] 9-29-17

OF . . .", "State of . . .", and any and all
international equivalents, hereafter "UCC
1-308": /s/ Heather Ann Tucci-Jarraf, as
Trustee

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

*Without Prejudice Heather Ann Tucci-Jarraf 9-29-17*

*PRAECIPE AND*
*DECLARATION OF FACTS-EXHIBIT B pg 57 of 72 HATJ 9-29-1*

**From:** Heather Tucci-Jarraf
**Sent:** Wednesday, November 28, 2012 4:00 PM
**To:** email@bis.org; shagan@imf.org; tony.alt@rothschild.com; private.banking@rothschild.com; urs.koegel@rothschild.com; pcosecret@cabinet-office.x.gsi.gov.uk; pcosecretariat@pco.x.gsi.gov.uk; geoff.graham@rothschild.com; info@finma.ch; info@ebk.admin.ch; info@ebk.ch; langenstein1@gmail.com; urs.kalin@rothschild.com; eric.rosengren@bos.frb.org; william.dudley@ny.frb.org;charles.plosser@phil.frb.org; greg.l.stefani@clev.frb.org; william.fosnight@clev.frb.org; jeffrey.lacker@rich.frb.org; dennis.p.lockhart@atl.frb.org; charles.l.evans@chi.frb.org; james.b.bullard@stls.frb.org; narayana.kocherlakota@mpls.frb.org; esther.l.george@kc.frb.org; richard.w.fisher@dal.frb.org;

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B Pg 58 of 72 Htd 9-28-17*

john.c.williams@sf.frb.org;
timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.go
v; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov;
jbetts@atlanticafunds.com
**Cc: Trustees; Advisors**
**Subject: Universal and International Law**
**Ordinance, "UILO", UCC: NOTICE OF**
**DECLARATION OF FACTS (foreclosure, debt,**
**commercial and true bills)**

BY and WITH DUE STANDING AND AUTHORITY:
UCC Doc # 2012079290, 2012079322,
2012088851, 2012088865, 2012086794,
2012086802, 2012094308, 2012094309,
2012096047, 2012096074, specifically
perpetuity, title and ownership of

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 59 of 72*

International Law Ordinance, notice by public registration, otherwise known as the Uniform Commercial Code Registry(ies), and all international equivalents, 2000043135, duly accepted, 2012012675, all restated and incorporated here in their entirety by reference as if set forth in full;

**TO:** (former) BANK FOR INTERNATIONAL SETTLEMENTS, as Principal, agent, and beneficiary of any and all Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems thereto, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against states of body without said states of body's knowing, willing, and intentional consent, NUNC PRO TUNC, PRAETEREA PRETEREA, inclusive of UNITED STATES TREASURY ; FEDERAL RESERVE SYSTEM AT BANK OF NEW YORK ; the one people, created by the creator, states of body ; The (former) United States Federal Government ; (former) UNITED STATES ; the (former) several "STATE OF . . ." ; and any and

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg 60 of 72 *[handwritten]* 9-29-17

all international equivalents ; Rothschild Trust; Vatican; UNITED NATIONS, inclusive of any and all special agencies therefrom and thereto; UCC 1-103, specifically Principal Agent Doctrine

**Copy:** Any and all Public Servants, as identified in UCC Doc # 2012096074
Any and all states of body, as identified in UCC Doc # 2012079290,
Any and all artificial and legal fictions;
Any and all (former) voluntary commercial indentures;

**Cc:** Trustees; Advisors; Superior Custodian; Superior Bookkeeper; Bondservants

**RE:** Universal and International Law Ordinance, "UILO", UCC: NOTICE OF DECLARATION OF FACTS (foreclosure, debt, commercial and true bills)

Notice to Principal is Notice to Agent

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg 61 of 72 *[signature]* 9-29-1

Notice to Agent is Notice to Principal

**Annex:**
1. *UCC 2012127810, November 28, 2012, with receipt No. 1272974;
2. *UCC 2012127854, November 28, 2012, with receipt No. 1273007;
3. *UCC 2012127907, November 28, 2012, with receipt No. 1273051;
4. *UCC 2012127914, November 28, 2012, with receipt No. 1273058;

*Re-stated and incorporated in their entirety here by reference as if set forth in full, duly entered into International Law Ordinance, duly protected by public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED STATES, United States, "STATE OF . . .", "State of . . .", and any and all international equivalents, hereafter "UCC 1-103"; duly entered.

*PRAECIPE AND DECLARATION OF FACTS—EXHIBIT B page 62 of 72* 9-29-

Delivery: Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of email@bis.org
and additional publication, notice, delivery globally and universally via world-wide web at www.peoplestrust1776.org

Knowingly, willingly, and intentionally sworn as true, accurate, and correct under the penalties of perjury in accordance with lawful Universal Contract, under governing law, duly entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by public registration, UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA: /s/ Heather Ann Tucci-Jarraf, as Trustee

*without prejudice all rights reserved Trey Jarrah* 9-29-17

PRAECIPE AND DECLARATION OF FACTS-EXHIBIT B pg 63 of 72 HATJ 9-2

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org

The People's Public Trust 1776
Providing solutions since 1776.
www.peoplestrust1776.org

Inspired by the Power of One.
Moved by the Power of Many.

PRAECIPE AND
DECLARATION OF FACTS-EXHIBIT B pg. 64 of 72

**From: Heather Tucci-Jarraf**
**Sent: Tuesday, December 25, 2012 7:49 AM**
**To:** email@bis.org; shagan@imf.org;
tony.alt@rothschild.com;
private.banking@rothschild.com;
urs.koegel@rothschild.com;
pcosecret@cabinet-office.x.gsi.gov.uk;
pcosecretariat@pco.x.gsi.gov.uk;
geoff.graham@rothschild.com; info@finma.ch;
info@ebk.admin.ch; info@ebk.ch;
langenstein1@gmail.com;
urs.kalin@rothschild.com;
eric.rosengren@bos.frb.org;
william.dudley@ny.frb.org;charles.plosser@phi
l.frb.org; greg.l.stefani@clev.frb.org;
william.fosnight@clev.frb.org;
jeffrey.lacker@rich.frb.org;
dennis.p.lockhart@atl.frb.org;
charles.l.evans@chi.frb.org;
james.b.bullard@stls.frb.org;
narayana.kocherlakota@mpls.frb.org;
esther.l.george@kc.frb.org;
richard.w.fisher@dal.frb.org;
john.c.williams@sf.frb.org;

*PRAECIPE AND*
*DECLARATION OF FACTS - EXHIBIT B pg 65 of 72* *Htjj 9-29-1*

timothy.geithner@do.treas.gov;
rob.mckenna@atg.wa.gov;jack.smith@usdoj.go
v; david.iacovetti@usss.dhs.gov;
carolyn.woodbury@ic.fbi.gov;
investigations_hotline@worldbank.org;
phaynes@worldbank.org;
aagerskov@worldbank.org;
kurt.hyde@treasury.gov;
kim.caprio@treasury.gov;
kurt.hyde@do.treas.gov;
jbetts@atlanticafunds.com
**Cc: Trustees; Advisors**
**Subject: DISCLOSURE ANNOUNCEMENT NO.
ONE**

BY and WITH DUE STANDING AND AUTHORITY:
UILO Doc No.'s 2012127810, 2012127854,
2012127907, 2012127914, and 2012128324, all
restated and incorporated here in their
entirety by reference as if set forth in full;

TO: Any and all Public Servants
Any and all states of body
Any and all artificial and legal fictions;

*PRAECIPE AND*
*DECLARATION OF FACTS-EXHIBIT B pg 66 of 72*

Any and all (former) voluntary commercial indentures;

TO: (former) BANK FOR INTERNATIONAL SETTLEMENTS, as Principal, agent, and beneficiary of any and all Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems thereto, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against states of body without said states of body's knowing, willing, and intentional consent, NUNC PRO TUNC, PRAETEREA PRETEREA, inclusive of (former): UNITED STATES TREASURY ; FEDERAL RESERVE SYSTEM AT BANK OF NEW YORK ; the one people, created by the creator, states of body ; The United States Federal Government ; UNITED STATES ; the several "STATE OF . . ." ; and any and all international equivalents ; Rothschild Trust; Vatican; UNITED NATIONS, inclusive of any and all special agencies therefrom and thereto; UCC 1-103, specifically Principal Agent Doctrine

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg 67 of 72

Copy: Any and all artificial and legal fictions; Any and all (former) voluntary commercial indentures;

Cc: Trustees; Advisors; Superior Custodian; Superior Bookkeeper; Bondservants; states of body

RE: DISCLOSURE ANNOUNCEMENT NO. ONE
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

SEE ATTACHED DISCLOSURE ANNOUNCEMENT NO. ONE, restated and incorporated herein by reference as if set forth in full.

happy holidays

Knowingly, willingly, and intentionally sworn as true, accurate, and correct under the penalties of perjury in accordance with lawful Universal Contract, under governing law, duly entered into Universal Law Ordinance, notice

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B page 68 of 72* 9-29-17

by action of entry into International Law Ordinance, notice by public registration, UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA: /s/ Heather Ann Tucci-Jarraf, as Trustee, as state of body, as bondservant

*without prejudice. All rights reserved. Paula/to True Servant A-29-17*

Guarding, preserving, protecting, and implementing the opportunity for Truth to BE by the knowledge from within.

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org
www.peoplestrust1776.org

*PRAECIPE AND DECLARATION OF FACTS-EXHIBIT B pg 69 of 72*

The power of the creator is the loving choice
to experience through many.
The power of many is remembering the choice
to experience.

PRAECIPE AND
DECLARATION OF FACTS - EXHIBIT B pg 70 of 72

On Dec 26, 2012, at 2:17 AM, Heather Tucci-Jarraf wrote:

**This record belongs to the people. It is the people's property, equally. Any reprint, dispersement, or otherwise distribution is preserved as done without prejudice with all rights reserved to the people, equally.**

**Heather Ann Tucci-Jarraf**
**Trustee**
**253.509.4597**
**heather@peoplestrust1776.org**
**www.peoplestrust1776.org**

**The power of the creator is the loving choice to experience through many. The power of many is remembering the choice to experience.**

**From: Heather Tucci-Jarraf**
**Sent: Tuesday, December 25, 2012 7:51 AM**
**To: removingtheshackles@hotmail.ca**

*PRAECIPE AND DECLARATION OF FACTS - EXHIBIT B pg 71 of 72*

**Subject: FW: DISCLOSURE ANNOUNCEMENT NO. ONE**

Absolute record of additional notices below.

Happy holidays.

Heather Ann Tucci-Jarraf
Trustee
253.509.4597
heather@peoplestrust1776.org
www.peoplestrust1776.org

The power of the creator is the loving choice to experience through many.
The power of many is remembering the choice to experience.

PRAECIPE AND
DECLARATION OF FACTS-EXHIBIT B pg 72 of 72 Hotty 9-29-1