IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| v. | ) | No. | 3:17-CR-82 |
| | ) | | |
| RANDALL KEITH BEANE | ) | (VARLAN/SHIRLEY) | |

**REQUEST TO JOIN IN CO-DEFENDANT FILING**

COMES the Defendant Randall Keith Beane, through his elbow counsel, and respectfully request that he be allowed to join the PRAECIPE TO ENTER DIMISSAL WITH PREJUDICE AND DECLARATION OF DUE CAUSE, "PRAECIPE AND DECLARATION OF FACTS" (doc. 43) filed by Co-Defendant Heather Ann Tucci-Jarraf. The Defendant is similarly situated as the Co-Defendant in that Defendant also believes that this Court has no jurisdiction over him.

WHEREFORE, the Defendant respectfully requests, through his elbow counsel, this Honorable Court to allow him to join the above referenced filing of Co-Defendant Heather Ann Tucci-Jarraf.

Respectfully submitted this 29th day of September, 2017.

s/Stephen G. McGrath
Stephen G. McGrath
BPR 025973
9111 Cross Park Drive
Suite D200
Knoxville, TN 37923
Phone: (865) 540-8871
Fax: (865) 540-8866
"Elbow Counsel" for Defendant

## CERTIFICATE OF SERVICE

   I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 29th day of September, 2017.

                       s/Stephen G. McGrath
                        Stephen G. McGrath