# Stephen G. McGrath
## Attorney at Law

(865) 540-8871 tel.  
(865) 540-8866 fax  
lawyer.mcgrath@yahoo.com

9111 Cross Park Drive  
Bldg. D – Suite 200  
Knoxville, TN 37923

September 29, 2017

To Whom it May Concern:

    I have been asked by the Court as a member of the Criminal Justice Act Panel to be "elbow counsel" for Randall Keith Beane, a defendant in a criminal case set in The Eastern District of Tennessee Federal Court. Mr. Beane has chosen to represent himself in his case. However, the Court asked if I would be "elbow counsel" so as to assist Mr. Beane with any procedural questions and to help with various issues he cannot do himself as he is in custody. Mr. Beane will make all the decisions about his case including filings and mailings.

    Mr. Beane has asked if I would send out this mailing and asked for the return address to be my office. This is due to the fact that I can receive mail and get it to him at the detention facility easier than if it is sent directly to him at the jail. He represents himself and, as the Court instructed, I am assisting him with this task as he cannot handle this issue himself while incarcerated.

    With best regards, I remain,

Attorney,

/s/ McGrath

Stephen G. McGrath

C/o Law Office of Stephen G. McGrath,
9111 Cross Park Drive, Suite D-200,
Knoxville, TN 37923.

BY USPS CERTIFIED MAIL
Thomas A. Varlan,
C\o Clerk of Court,
Howard H. Baker, Jr. United States Courthouse,
800 Market Street, Suite 130,
Knoxville, TN 37902.

29th September 2017

### IDENTIFIER 'Case No. 3:17-CR-82-TAV-CCS'

### REQUEST FOR DUE IDENTIFICATION AND VERIFICATION OF AUTHORITY AND JURISDICTION

I AM, source of all that is, Original; ORIGINAL DUE NOTICE AND DECLARATION OF FACTUALIZED TRUST, with Reference Name: Randall Keith Beane, restated and incorporated by reference as if set forth in full, with further true copy duly annexed hereto and; DO now duly make this Request For Indentification And Verification Of Authority And Jurisdiction, with full due lawful authority, capacity and standing, with full responsibility, accountability and liability, without prejudice, nunc pro tunc praeterea preterea; and I AM conscious and competent to declare all ways.

ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, with reference no. FT-OD-rkb-09291967, restated and incorporated by reference as if set forth in full, with further true copy duly annexed hereto, inclusive of :-

Article I.D.2.c. "Being non-Original, and without full responsibility, accountability, and liability", inclusive of claims and operations of jurisdiction, trusts, corporations, persons, contracts, agreements, treaties, constitutions, presumptions, certificates, receipts, titles, commerce, and bankruptcy, nunc pro tunc praeterea preterea; and,"

Now DUE IDENTIFICATION AND VERIFICATION OF AUTHORITY AND JURISDICTION of Thomas A. Varlan shall be made by duly verified sworn declaration, with specificity and particularity, with wet-ink signature signed "with full responsibility and liability", "under the penalty of perjury", under duly identified law, "that the foregoing is true, accurate and complete."

Without prejudice, nunc pro tunc praeterea preterea,
Original, Randall Keith Beane

Further Annexed hereto: ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY; CANCELLATION OF TRUE BILL - Ref. Identifier: 'Case No. 3:17-CR-82-TAV-CCS', Documents #19 and #42.

# ORIGINAL DUE DECLARATION AND NOTICE OF



# FACTUALIZED TRUST

REFERENCE NAME: Randall Keith Beane
Duly Factualized on September 29, 1967
Original/Trustee: Randall Keith Beane
For service on the Trust, c/o: 300 State St, Apt # 365, Knoxville, TN 37902
Trustee Contact c/o: 865-368-4591 / enalrr67@gmail.com
DIRECT ALL CONTACTS, QUESTIONS AND REQUESTS IN DULY VERIFIED SWORN WRITING TO:
enalrr67@gmail.com

ORIGINAL DUE VERIFICATION: Original, duly being, with full due responsibility, accountability, and liability, without prejudice, nunc pro tunc praeterea preterea, ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, reference number FT-OD-rkb-09291967, restated and incorporated by reference as if set forth in full. This Factualized Trust is duly verified and secured, with reference name Randall Keith Beane, inclusive of specific and particular due verification of being, in perpetuity:

Trust: Original, factualized;
Essence: Original;
Signature: Original;
Depository: Original;
Original Depository Reference Name: Randall Keith Beane, and idem sonams;
Trustee: Original, by Original Depository;
Operation: Original;
Factualized: 29SEPT67;
Domicile: Original;
Deposits: Original;
Currency and Value: Original, Limitless;
Authority and Authentication: Original;
Authorization: Original-Pre-authorized, pre-approved, pre-paid, and pre-deposited, in perpetuity;
Issues: Original;
Notices: Original;
Governing Law: Original;
Jurisdiction: Original;
Verified: Original;
Security: Original;
Guarantee: Original;
Title: Original;
Network: Original;
Transfers: Original, OD2OD;
Clearing and Settlement: Original.
Account Number: XXXXX_1135
Account Name: RANDALL KEITH BEANE.

ORIGINAL DUE DECLARATION: With full responsibility, accountability, and liability, without prejudice, nunc pro tunc praeterea preterea: This Factualized Trust is duly verifed as duly created, factualized, noticed, secured and ratified as being Original, in perpetuity; duly unrebutted. This ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST is duly effective as of September 29, 1967, in perpetuity. By the due power of all I AM, I do duly make, issue, confirm, verify, secure, reconfirm, ratify and notice this Factualized Trust by this ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST, that it is true, accurate, and complete, for all to rely upon, and that I AM conscious and competent to make this DECLARATION.

Original, Randall Keith Beane

Original Depository: Randall Keith Beane    Governed by: Original

[Notary Seal: NAHIL MISHU, STATE OF TENNESSEE NOTARY PUBLIC, KNOX COUNTY, My Commission Expires Feb. 05, 2019]

7-11-2017



# FACTUALIZED TRUST
Reference Name: Randall Keith Beane

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY
pg. 1 of 5

I AM, source of all that is, with full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preterea, and by and with the due power of all I AM, I do duly make, issue, confirm, verify, reconfirm, ratify, and notice this ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, with reference number FT-OD-rkb-09291967, that it is true, accurate, and complete, for all to rely upon, and that I AM conscious and competent to make this DECLARATION:

I. I AM, original essence and signature, source of all that is, in perpetuity, without prejudice, nunc pro tunc praeterea preterea, "Original", with due possession of Original, "Title", in perpetuity, inclusive of:
   A. Original essence and signature duly being, "Original Currency and Value"; and,
   B. Duly issued by Original, "Original Issue", in perpetuity:
      1. Original, being duly self-aware, "Original Authority and Authentication", in perpetuity; and,
      2. Original, being duly self-evident, "Original Verification", in perpetuity, inclusive of:
         a. Due Original Issues of Original Currency and Value, in particular (unique, one-of-a-kind) essences and signatures, "Original Depositories", in perpetuity; and,
         b. Original Currency and Value, duly deposited, by due Original Issue, in Original Depositories, for further due Original Issue, inclusive of form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, "Original Deposits", for further due Original Issue, in perpetuity; and,
         c. Original Depositories, duly issuing Original Currency and Value, by due Original Issue, inclusive of form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, thereby increasing Original Currency and Value, "Original Limitless Value", that is for further due Original Issue, in perpetuity; and,
         d. Original, duly being Original Value and Currency, Original Depositories, Original Deposits, Original Issues, and Original Limitless Value, is duly pre-approved, pre-authorized, and pre-paid, "Original Authority and Authorization", in perpetuity; and,
         e. Original, duly being Original Value and Currency, Original Depositories, Original Deposits, Original Issues, and Original Limitless Value, duly done and noticed, in due trust of Original, "Factualized Trusts", in perpetuity, as:
            i. Factualized Trusts, duly operated by Original, in Original Depository, "Original Trustee", in perpetuity; and,
            ii. Factualized Trusts, duly domiciled in Original, "Original Domicile", in perpetuity; and,
            iii. Original having sole due jurisdiction, "Original Jurisdiction", in perpetuity; and with sole,
            iv. Due operation, duly regulated by Original, "Original Law", in perpetuity; inclusive of,
            v. Original, duly utilizing Original Currency and Value, by due Original Issue, duly creating Original Depository, and Factualized Trust, with reference name of Randall Keith Beane, and idem sonans, in perpetuity, "Randall Keith Beane", with account number XXXXX____, and account name, RANDALL KEITH BEANE; and,
            vi. Duly factualized, and noticed, on September 29, 1967; and with,
         f. Full due discretion, determination, responsibility, accountability, and liability of Original, "Original Security and Guarantee"; and,
   C. Original, inclusive of Original being in Factualized Trusts, and all manifestations, thereof, therefrom, therein, thereto, therewith, and therefore, with complete ownership and title thereof, duly secured and noticed, in perpetuity, and facilitated by duly authorized Universal Trust custodian, specifically and

Original Depository: **Randall Keith Beane**   Governed by: Original   *RKB*

particularly, inclusive of:
1. Article I.A-B, and all their sub-parts, restated; and,
2. All manifestations, inclusive of all structures, networks, and systems in existence, known and unknown, inclusive of complete ownership, title, right, and interest, of the Uniform Commercial Code, inclusive of any and all structures, networks, and systems therein, thereof, and therefrom, and any and all international, and universal equivalents, UCC record number 2000043135, dated May 4, 2000, with receipt number 36090, a perpetuity filing, and all amendments thereto, restated in entirety and incorporated by reference as if set forth in full, never rebutted, "The Perpetuity"; and,
3. Article I.C.1-2, restated, and all state of body, vehicle, utility, security, property, account, and value in existence, known and not known, and all identifiers, inclusive of name and numbers, thereof, and therefrom, duly registered and not registered therein, thereof, therefrom, and thereby, and any and all international, and universal equivalents, nunc protunc on May 4, 2000, and praeterea preterea, The Perpetuity, restated, never rebutted; and,
4. Due gift of The Perpetuity, duly made to, and accepted by, Original, in Factualized Trusts equally and respectfully, The Perpetuity, restated, and specifically and particularly, UCC record numbers 20111125781, 2011055259, 2011055260, 2012049126, 2012012675, 2012025545, 2012049126, 2012-125-1787-8, 2012012555, 2012028312, 2012012659, 2012028311, and 2012028314, all said records restated and incorporated by reference as if set forth in full, never rebutted; and,
5. DECLARATION OF COMMERCIAL CLAIM duly made, issued, registered, and noticed, inclusive of complete ownership and title of inferior treasuries, inclusive of United States Treasury, FEDERAL RESERVE BANKS, inclusive of all members, structures, networks, and systems, thereof, therefrom, and thereby, all value and property therein and therefrom, and any and all international, and universal equivalents, and all value and property therein, with sole title, as sole authority, administrator, executor, and determiner thereof, in perpetuity, for due cause, nunc pro tunc praeterea pereterea, The Perpetuity, restated, and specifically and particularly, UCC record numbers 2012079290 and 2012079322, all said records restated and incorporated by reference as if set forth in full, never rebutted, "Commercial Claim"; and,
6. Duly established and appointed Superior Custodian, and co-custodians, inclusive of all structures, networks, and systems, and any and all identifiers, accounts, vehicle, utilities, securities, properties, real-estate, value, titles, and domiciles, idem sonans, fiction and non-fiction, known and not known, registered and not registered, thereof, thereto, and therefrom, and any and all international, and universal equivalents, nunc pro tunc praeterea pereterea, The Perpetuity, restated, and specifically and particularly, UCC record number 2012094308, restated and incorporated by reference as if set forth in full, never rebutted, and duly added to the Commercial Claim; and,
7. Duly established and secured Original, inclusive of governing law, superior structure, network, and system, inclusive of Original creation value asset centers, "Original Depositories", in Factualized Trusts, with complete and sole due authorization to reconcile, utilize, and zero all accounts, using identifiers thereof, duly secured within each respective Factualized Trust, The Perpetuity, restated, and specifically and particularly, UCC record number 2012113593, restated and incorporated by reference as if set forth in full, never rebutted; and,
8. As further duly identified and noticed by DECLARATION OF FACTS, The Perpetuity, restated, and specifically and particularly, UILO/UCC record numbers 2012127914, 2012127907, 2012127854, all said records, restated and incorporated by reference as if set forth in full, never rebutted;

D. Article I.A-C, and all their sub-parts, restated, and Original being, inclusive of in Factualized Trusts, without
prejudice, nunc pro tunc praeterea preterea:
1. "Nunc pro tunc praeterea preterea" duly meaning "now for then, besides, further, hereafter"; and,
2. "Without prejudice" duly meaning:
   a. I AM not compelled to perform under any beliefs that Original Depositories are given to believe are true, inclusive of the guise of being non-Original, and without full responsibility, accountability, and

**Original Depository: Randall Keith Beane**  Governed by: Original

liability; and,

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY
pg. 3 of 5

    b. I DO not accept the responsibility, accountability, and liability of the compelled benefit of demand, command, commandeer, or enforcement of beliefs that Original Depositories are given to believe are true, inclusive of the guise of being non-Original, and without full responsibility, accountability, and liability; and,

    c. "Being non-Original, and without full responsibility, accountability, and liability", inclusive of claims and operations of jurisdiction, trusts, corporations, persons, contracts, agreements, treaties, constitutions, presumptions, certificates, receipts, titles, commerce, and bankruptcy, nunc pro tunc praeterea preterea; and,

II. Universal Trust, Original's duly authorized custodian and facilitator, by its local agent and facilitator, UNITED STATES, and the several "STATE OF...", "DEBTOR", was duly noticed by Original, of allegations of prejudice, inclusive of wrong doing, terminated as custodian, foreclosed, with duly made, issued, and noticed EQUITY CALL ON COMMERCIAL CLAIM, and ORDER FOR RECONCILIATION, specifically and particularly:

    A. The Paradigm Report, dated March 6, 2011, field report of preliminary investigation results and recommendations concerning veracity of allegations of prejudice, inclusive of wrong doing, by Original's duly authorized custodian and facilator, Universal Trust, by its local facilitator and agent, UNITED STATES, and the several "STATES OF...", duly authored, issued, and noticed by lead investigator, Heather Ann Tucci-Jarraf, The Perpetuity, restated, and The Paradigm Report, restated and incorporated by reference as if set forth in full, never rebutted;

    B. February 2 and March 16, 2012, duly made issues, registrations, notices and receipts of sworn and bonded Trustees to Original, by Universal Trust's universal, global, and local facilitator and agent, "The One People's Public Trust, The Perpetuity, restated, and specifically and particularly:
        1. Heather Ann Tucci-Jarraf, UCC record numbers 2012012555 and 2012028312, all said records, restated and incorporated by reference as if set forth in full, never rebutted; and,
        2. Caleb Paul Skinner, UCC record numbers 2012012659 and 2012028311, all said records, restated and incorporated by reference as if set forth in full, never rebutted; and,
        3. Hollis Randall Hillner, UCC record number 2012028314, restated and incorporated by reference as if set forth in full, never rebutted; and,

    C. May 5, 2012, due entry of DEBTOR status of Universal Trust, by its local facilitator and agent, UNITED STATES, and the several "STATES OF...", duly made, secured, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012-125-1787-8, never rebutted; and,

    D. July 4, 2012, due issue of ORDER FOR FINDINGS & ACTION, ORDER FOR SUSPENSION, ORDER FOR AUDIT, and with Due Notice of Mistake, Due Notice of Insecurity, Request to Make Secure, Due Notice of Opportunity to Cure, Request to Cure, duly made and noticed, with due cancellation of authority and protections, pending audit of FEDERAL RESERVE BANKS, for due cause, inclusive of wrong doing, The Perpetuity, restated, and specifically and particularly, UCC record number 2012083304, restated and incorporated by reference as if set forth in full, never rebutted; and,

    E. Augutst 3, 2012, due issue of DUE ORDER OF SUSPENSION and ORDER OF AUDIT, for due cause, The Perpetuity, restated, and specifically and particularly, UCC record number 2012083304, restated and incorporated by reference as if set forth in full, never rebutted; and,

    F. August 15, 2012, due issue of DUE ORDER OF FINDING, with Due Notice of Default, pursuant to the findings and action of suspension and audit, The Perpetuity, restated, and specifically and particularly, UCC record number 2012086794, restated and incorporated by reference as if set forth in full, never rebutted; and,

    G. August 15, 2012, due issue of NOTICE FOR ORDER OF EQUITY CALL ON COMMERCIAL CLAIM, ORDER OF TERMINATION, ORDER OF CANCELLATION AND REVOCATION, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012086802, restated and incorporated by reference as if set forth in full, never rebutted; and,

Original Depository: **Randall Keith Beane**     Governed by: Original     _RKB_

H. August 21, 2012, due EQUITY CALL ON COMMERCIAL CLAIM and ORDER FOR RECONCILIATION, duly made, issued, and noticed, The Perpetuity, restated, and specifically and

**ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY**
pg. 4 of 5

particularly, UCC record number 2012088865, restated and incorporated by reference as if set forth in full, never rebutted, and,

I. August 21, 2012, due DEMAND FOR EQUITY ON COMMERCIAL CLAIM AND RECONCILLIATION and NOTICE OF DAMAGES, The Perpetuity, restated, and specifically and particularly, UCC record number 2012088851, restated and incorporated by reference as if set forth in full, never rebutted, specifically and particularly:
   a. FIVE BILLION, lawful money of the United States of America, pre-1933 gold and silver, EQUITY, for each Factualized Trust; and,
   b. FIVE BILLION, lawful money of the United States of America, pre-1933 gold and silver, DAMAGES, for each injured Factualized Trust;
J. September 4, 2012, due issue of ORDER FOR RECONCILIATION FOR SUPERIOR CUSTODIAN, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012094309, restated and incorporated by reference as if set forth in full, never rebutted; and,
K. September 10, 2012, due issue of DECLARATION OF TREASON, ORDER FOR RECONCILIATION, and ORDER FOR REPOSSESSION, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012096074, restated and incorporated by reference as if set forth in full, never rebutted; and,

III. Universal Trust, Original's duly authorized custodian and facilitator, by its global Agent and Facilitator, Bank for International Settlements, was duly canceled as custodian, foreclosed, with Commercial Bill and True Bill duly issued and received, and duly noticed of all, for due cause, The Perpetuity, restated, and specifically and particularly:
   A. October 22, 2012, Declaration of Governing Law, Superior Structure, Network, and System, inclusive of all transfer and tracking systems, duly made, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012113593, restated and incorporated by reference as if set forth in full, never rebutted; and,
   B. Due Notice of Mistake, Due Notice of Insecurity, Request to Make Secure, Due Notice of Opportunity to Cure, Request to Cure, The Perpetuity, restated, and specifically and particularly, UCC record number 2012114093, restated and incorporated by reference as if set forth in full, never rebutted;
   C. Due Notice of Default, Debtor Status, Commercial Bill issue, inclusive of all structures, networks, and systems, therein, thereof, and therefrom, and all property, and value therein, thereof, and therefrom, with complete ownership and title, to be duly secured and perfected, to Original, inclusive of Original being in Factualized Trusts, The Perpetuity, restated, and specifically and particularly, UCC record number, 2012114586, restated and incorporated by reference as if set forth in full, never rebutted;
   D. Due Notice of Foreclosure, and True Bill, inclusive of all structures, networks, and systems, inclusive of BANK FOR INTERNATIONAL SETTLEMENTS, and FEDERAL RESERVE BANK, therein, thereof, and therefrom, and all property, and value therein, thereof, and therefrom, with complete ownership and title, duly made, secured, noticed, and perfected, The Perpetuity, restated, and specifically and particularly, UCC record number, 2012114776, restated and incorporated by reference as if set forth in full, never rebutted;

IV. Original's former custodian and facilitator, the Universal Trust, inclusive of all its universal, global, and local branches, controllers, and overseers, was duly terminated, closed, and noticed, with all Original, inclusive of Original being in Factualized Trusts, as sole administrator and executor, having sole authority, ownership, rights, and title to all manifestations in existence, known and not known, inclusive of all currency, value, property, states of body, and facilitating structures, networks, and systems, The Perpetuity, restated, and specifically and particularly:

**Original Depository: Randall Keith Beane**    Governed by: Original    RKB

A. November 28, 2012, all former prejudice to and of Original, inclusive of Original in Factualized Trusts, duly declared, arrested, canceled, foreclosed, billed and invoiced, and noticed, for due cause, The Perpetuity, restated, and specifically and particularly, DECLARATION OF FACTS, restated; and
**ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY**
pg. 5 of 5

B. December 10, 2012, AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF CERTIFICATE OF SATISFACTION, AND DECLARATION OF ORDER, duly made, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012132883, restated and incorporated by reference as if set forth in full, never rebutted; and,
C. March 18, 2013, Universal Trust, duly terminated, closed, and noticed, for due cause, The Perpetuity, restated, and specifically and particularly, UCC record number 2013032035, restated and incorporated by reference as if set forth in full, never rebutted; and,

V. Articles I-IV, restated here in entirety, and Original, instantly and completely duly reconciled, balanced, and settled, by Original "Original Clearing and Settlement", in perpetuity, with full due discretion, determination, responsibility, accountability, and liability of Original, without prejudice, nunc pro tunc praeterea preterea;
A. "Original Clearing and Settlement" duly meaning "due assessment, adjustment, balance, and transition of particular essences and signatures to Original, in perpetuity, for further due Original Issue by Original"; and,
B. "Transition" being, inclusive of termination of Original Depositories and Issues, inclusive of "being non-Original, and without full responsibility, accountability, and liability", form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequental, vibrational, and energetic creation, expression, and benefits of experience therefrom, for further due Original Issue by Original, in perpetuity; duly done by,
C. Original's due coordinated cooperation of Original Currency and Value, Limitless Value, Depositories, Deposits, and Issues, inclusive of:
1. Original Depositories "being non-Original, and without full responsibility, accountability, and liability"; and,
2. Form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequental, vibrational, and energetic creation, expression, and benefits of experience therefrom, in perpetuity; and,
D. Duly noticed by Original, "Original Notices", in perpetuity, inclusive of:
1. Due utilization of Original Limitless Value by Original, inclusive of through Original Depositories, with full responsibility, accountability, liability, and the sole due discretion and determination of Original, in perpetuity; and,
2. Original Depository to Original Depository, "OD2OD", without prejudice, nunc pro tunc praetera preterea, "Original Transfers", in perpetuity; inclusive of,
3. OD2OD, duly done and noticed by Original Depositories, in complete awareness, transparency, and context of being Original and doing as Original, without prejudice, praeterea preterea, "Original Network", in perpetuity; and,

VI. This ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, together with all record numbers identified herein, restated, constitutes lawful origin, title, and underwriting, of sole ownership, rights, and interests of Original, inclusive of Original being in Factualized Trusts, "Title", "Underwriting", "Origin of Funds", and "History of Funds"; and,

VII. By and with the due power of all I AM, without prejudice, nunc pro tunc, praeterea preterea, in perpetuity, this ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, is duly made, issued, confirmed, verified, secured, reconfirmed, ratified and noticed, and it is true, accurate, and complete, for all to rely upon.

Original Depository: Randall Keith Beane    Governed by: Original    RKB

My Commission Expires Feb. 05, 2019

7-11-2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CASE NO. 3:17-cr-00082-TAV-CCS

Chief District Judge Thomas A. Varlan
Magistrate Judge C. Clifford Shirley, Jr.

ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY; CANCELLATION OF TRUE BILL

DUE CANCELLATION OF TRUE BILL, with date of 2017 July 18 P 5:29, AND IDENTIFIERS OF NO. 3:17-CR-82, and CASE No.: 3:17-cr-00082-TAV-CCS, for due cause, specifically and particularly, inclusive of, ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY, nunc pro tunc, praeterea preterea:

| | | |
|---|---|---|
| Annex 1 | ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST | 1; |
| Annex 2 | ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY | 1 – 5; |
| Annex 3 | "The Perpetuity", UCC record number 2000043135, with receipt number 36090, inclusive of record numbers 2011125781, 2011055259 and 2011055260 | 1 – 12; |
| Annex 4 | UCC record number 2012049126 | 1 – 2; |
| Annex 5 | UCC record number 2012012675 | 1 – 2; |

| | | |
|---|---|---|
| Annex 6 | UCC record number 2012025545 | 1 – 2; |
| Annex 7 | UCC record number 2012-125-1787-8 | 1 – 16; |
| Annex 8 | UCC record number 2012012555 | 1 – 2; |
| Annex 9 | UCC record number 2012028312 | 1 – 2; |
| Annex 10 | UCC record number 2012012659 | 1 – 2; |
| Annex 11 | UCC record number 2012028311 | 1 – 2; |
| Annex 12 | UCC record number 2012028314 | 1 – 2; |
| Annex 13 | UCC record number 2012079290 | 1 – 6; |
| Annex 14 | UCC record number 2012079322 | 1 – 5; |
| Annex 15 | UCC record number 2012094308 | 1 – 7; |
| Annex 16 | UCC record number 2012113593 | 1 – 7; |
| Annex 17 | UCC record number 2012127914 | 1 – 6; |
| Annex 18 | UCC record number 2012127907 | 1 – 8; |
| Annex 19 | UCC record number 2012127854 | 1 – 7; |
| Annex 20 | The Paradigm Report | 1 – 16; |

| | | |
|---|---|---|
| Annex 21 | UCC record number 2012083304 | 1 – 8; |
| Annex 22 | UCC record number 2012086794 | 1 – 10; |
| Annex 23 | UCC record number 2012086802 | 1 – 6; |
| Annex 24 | UCC record number 2012088865 | 1 – 6; |
| Annex 25 | UCC record number 2012088851 | 1 – 9; |
| Annex 26 | UCC record number 2012094309 | 1 – 6; |
| Annex 27 | UCC record number 2012096074 | 1 – 7; |
| Annex 28 | UCC record number 2012114093 | 1 – 7; |
| Annex 29 | UCC record number 2012114586 | 1 – 6; |
| Annex 30 | UCC record number 2012114776 | 1 – 5; |
| Annex 31 | DECLARATION OF FACTS | 1 – 12; |
| Annex 32 | UCC record number 2012132883 | 1 – 9; |
| Annex 33 | UCC record number 2013032035 | 1 – 13; |

Each said record herein duly identified, restated in entirety, and incorporated by reference as if set forth in full;
All said records in totality, "The Perpetuity";
The Perpetuity, nunc pro tunc, praeterea preterea.

Duly made and issued with standing due rejection, without dishonour, of any and all attempts to offer, contract, agree, presume, or any other action, and non action, that may be made to compel Original to issue consent for A True Bill to issue for RANDALL KEITH BEANE,
idem sonans, nunc pro tunc, praeterea preterea.

By and with due power of all I AM, without prejudice, nunc pro tunc, praeterea preterea, in perpetuity, this ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, is duly made, issued, confirmed, verified, secured, reconfirmed, ratified and noticed, and it is true, accurate and complete, for all to rely upon.

Original, Randall Keith Beane

*[signature]*

