UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  3:17-CR-82-TAV-CCS |
| | ) | |
| RANDALL KEITH BEANE and | ) | |
| HEATHER ANN TUCCI-JARRAF, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that the following motions are **REFERRED** to the Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, for his consideration and determination or report and recommendation, as may be appropriate: (1) defendant Heather Ann Tucci-Jarraf's *pro se* "Praecipe to Enter Dismissal with Prejudice and Declaration of Due Cause, 'Praecipe and Declaration of Facts,'" which the Court has docketed as a motion to dismiss the indictment [Doc. 43]; and (2) defendant Randall Keith Beane's *pro se* Request to Join in Co-Defendant Filing [Doc. 44].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE