*ORIGINAL INSTRUMENT*
DULY REJECTED, FOR CAUSE, WITHOUT DISHONOR.
LACKS DUE VERIFICATION AND VALIDATION OF PRESENTER'S:
1. IDENTIFICATION;
2. AUTHORIZATION;
3. INDORSEMENT.    OCT. 13, 2017  [signature]

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:17-CR-82-TAV-CCS |
| | ) | |
| RANDALL KEITH BEANE and | ) | |
| HEATHER ANN TUCCI-JARRAF, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that the following motions are **REFERRED** to the Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, for his consideration and determination or report and recommendation, as may be appropriate: (1) defendant Heather Ann Tucci-Jarraf's *pro se* "Praecipe to Enter Dismissal with Prejudice and Declaration of Due Cause, 'Praecipe and Declaration of Facts,'" which the Court has docketed as a motion to dismiss the indictment [Doc. 43]; and (2) defendant Randall Keith Beane's *pro se* Request to Join in Co-Defendant Filing [Doc. 44].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

*Original Instrument*
*Duly Rejected Without Dishonor, For Due Cause,
October 13, 2017 [signature]

ATTEST: A true copy
Certified this Oct 13, 2017
Debra C. Poplin, Clerk
by [signature] Dep. Clerk

## Certificate of Service

I certify that on October 17, 2017, a copy of the foregoing was cause to be filed electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system.

*[Signature: without prejudice, Heather Ann Tuininga]*
Original

*[Signature: without prejudice, Heather Ann Tuininga]*