*ORIGINAL INSTRUMENT*

FILED
2017 OCT 17 P 3:00
U.S. DISTRICT COURT
EASTERN DIST. TENN.

*FINAL DUE NOTICE*
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
alleged
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Reference Number: |
| alleged Plaintiff | ) | No. 3:17-CR-82 |
| v. | ) | VARLAN/SHIRLEY, |
| | ) | alleged USDJ/USMJ |
| RANDALL KEITH BEANE, and | ) | Further reference numbers for action: |
| HEATHER ANN TUCCI-JARRAF | ) | 3:17-cr-00082-TAV-CCS |
| alleged Defendants | ) | 3:17-cr-00082-TAV-CCS-1/2 |

## PRAECIPE

**TO:** **Debrah C. Poplin**, and **DEBRAH C. POPLIN,** alleged UNITED STATES, specifically and particularly, CLERK OF COURT for the EASTERN DISTRICT of TENNESSEE, DEBRAH C. POPLIN, **and to all alleged Principals thereof, and alleged Agents thereto**, with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 130, Knoxville, TN 37902, and phone (865) 545-4228.

**TO:** **Thomas A. Varlan**, and **THOMAS A. VARLAN,** alleged UNITED STATES, specifically and particularly, DISTRICT JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "DISTRICT JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Knoxville, Suite 143, TN 37902, and phone (865) 545-4762.

**TO:** **C. Clifford Shirley, Jr.**, and **C. CLIFFORD SHIRLEY, JR.,** alleged UNITED STATES, specifically and particularly, MAGISTRATE JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, C. CLIFFORD SHIRLEY, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "MAGISTRATE JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Suite 144, Knoxville, TN 37902, and phone (865) 545-4260.

**TO:** **Nancy Stallard Harr**, and **NANCY STALLARD HARR,** with reported address 800 Market Street, Suite 211, Knoxville, TN 37902, and phone (865) 545-4167, alleged UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox USAO), and particularly, alleged UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, inclusive of:
    a. **Cynthia F. Davidson**, and **CYNTHIA F. DAVIDSON,** alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE; and,
    b. **Anne-Marie Svolto**, and **ANNE-MARIE SVOLTO,** alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE.

    PRAECIPE    pg 1 of 7    hatj    

**TO:** Randall Keith Beane, and **RANDALL KEITH BEANE**, alleged Defendant.

**PRAECIPE #1:** FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALLEGED CLERK OF COURT SHALL FORTHWITH ENTER THIS PRAECIPE, DECLARATION OF DUE CAUSE, and ORDER, IN THE RECORD OF THE ABOVE TITLED REFERENCE NUMBERS, RESTATED.

**PRAECIPE #2:** FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALL REFERENCES OF "PRAECIPE" BEING A "MOTION", ARE DULY CORRECTED TO "PRAECIPE", FOR DUE CAUSE, AND NOW NOTED AS A MATTER OF CORRECTED RECORD IN THE ABOVE TITLED REFERENCE NUMBERS, RESTATED.

**PRAECIPE #3:** PRAECIPE 1-2, RESTATED, FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALLEGED **UNITED STATES DISTRICT JUDGE, AND MAGISTRATE JUDGE**, SHALL FORTHWITH DULY EXECUTE THE FOLLOWING ORDER OF DISMISSAL WITH PREJUDICE, HEREIN PROVIDED, IN THE ABOVE TITLED REFERENCE NUMBERS, RESTATED.

**PRAECIPE #4:** PRAECIPE #1-3, RESTATED, AND, FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALLEGED **UNITED STATES DISTICT COURT JUDGE OR MAGISTRATE JUDGE**, TITLED ABOVE, RESTATED, SHALL FORTHWITH ENTER INTO THE MINUTES OF RECORD, THE SAID DULY EXECUTED ORDER OF DISMISSAL WITH PREJUDICE.

**PRAECIPE #5:** PRAECIPE #1-4, RESTATED, AND FOR DUE CAUSE, DECLARED BELOW, RESTATED, ALLEGED **CLERK OF COURT** SHALL FORTHWITH ENTER SAID DULY EXECUTED ORDER OF DISMISSAL WITH PREJUDICE, AND DULY CLOSE THE ABOVE TITLED REFERENCE NUMBERS, RESTATED.

**FINAL NOTICE:** FAILURE TO FORTHWITH DULY COMPLY WITH PRAECIPE #1-4 ON OCTOBER 18, 2017, AT 9:00 A.M. E.S.T., SHALL FORTHWITH RESULT IN ALL ASSESSMENTS, RECONCILIATIONS, AND SETTLEMENTS DONE, TO BE DOUBLED, AND COMPOUNDED, FOR EVERY MINUTE UNTIL COMPLIANCE IS DULY MADE. See. NOTICE AND DECLARATION OF STATEMENT OF ASSESSMENTS, RECONCILIATIONS, AND SETTLEMENTS CREDITED TO ACCOUNT: Original, Ref. HEATHER ANN TUCCI-JARRAF, for July 18, 2017, to October 18, 2017, restated and incorporated by reference as if set forth in full.

**DECLARATION OF DUE CAUSE, now a due matter of record, and law:**
I. DUE CANCELLATION OF TRUE BILL, ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY, for Randall Keith Beane, and RANDALL KEITH BEANE, duly accepted, unrebutted, and a matter of record, Documents 42 and 50, restated and incorporated by reference as if set forth in full, duly establishing legal existence, status, identity, sole ownership, and sole authority of Randall Keith Beane, and RANDALL KEITH BEANE;

II. DUE CANCELLATION OF TRUE BILL, ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY, for Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF, duly accepted, unrebutted, and a matter of record, Documents 42 and 50, restated, and incorporated by reference as if set forth in full, duly establishing legal existence, status, identity, sole ownership, and sole authority of Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-


PRAECIPE     pg 2 of 7   hatj

JARRAF;

*and audio recording, AAR, from August 24, 2017, hearing* 10-17-17

III. DECLARATION OF LACK OF JURISDICITION, etc., of persons and entities, listed in Article IV, below, restated here, duly made, Documents 18, 25, 42, 43, 45, 48, and 50, restated and incorporated by reference as if set forth in full, duly unrebutted, and a due matter of record;

IV. Due failure, to provide duly sworn documentation, with due signature and seal, of proof of legal existence, status, identity, authority, authorization, and jurisdiction over Heather Ann Tucci-Jarraf and HEATHER ANN TUCCI-JARRAF, by the following alleged persons and entities, duly accepted, and duly a matter of record:
A. UNITED STATES, Plaintiff;
B. **Nancy Stallard Harr, and NANCY STALLARD HARR**, UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox USAO), and particularly, UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE;
C. **Cynthia F. Davidson, and CYNTHIA F. DAVIDSON**, ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE;
D. **Anne-Marie Svolto, and ANNE-MARIE SVOLTO**, ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE;
E. **Thomas A. Varlan, and THOMAS A. VARLAN**, UNITED STATES, specifically and particularly, DISTRICT JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE;
F. **C. Clifford Shirley, Jr., and C. CLIFFORD SHIRLEY, JR.**, alleged UNITED STATES, specifically and particularly, MAGISTRATE JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE;
G. **Debrah C. Poplin, and DEBRAH C. POPLIN**, UNITED STATES, specifically and particularly, CLERK OF COURT for the EASTERN DISTRICT of TENNESSEE;
H. **Parker H. Still, and PARKER H. STILL**, idem sonans, UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox-Federal Bureau of Investigations), and particularly, SPECIAL AGENT of the FEDERAL BUREAU OF INVESTIGATIONS;
I. **Jane/John Doe**, unknown person, FOREPERSON and indorser of alleged True Bill/Indictment;
J. **FEDERAL RESERVE BANK (NY)**, person;
K. **USAA FEDERAL SAVINGS BANK**, person;
L. **WHITNEY BANK**, person; and,
M. **FEDERAL DEPOSIT INSURANCE CORPORATION**, person;

V. Article IV, and its sub-parts, restated, and the due failure of each identified therein, restated, to duly rebut the following, is duly accepted, and duly a matter of record:
A. DECLARATION OF FACTS, duly registered, secured, and noticed UCC record numbers 2012127810, 2012127854, 2012127907, 2012127914;
B. COMMERCIAL BILL, duly registered, secured, and noticed UCC record number 2012114586, restated and incorporated by reference as if set forth in full;
C. TRUE BILL, duly registered, secured, and noticed UCC record number 2012114776, restated and incorporated by reference as if set forth in full;
D. AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF CERTIFICATE OF SATISFACTION, AND DECLARATION OF ORDER, duly registered, secured, and noticed UCC record 2012132883, restated and incorporated by reference as if set forth in full; and,
E. DECLARATION OF ABSOLUTE TRUTH, DECLARATION OF VERIFIED AUDIT AND RECONCILIATION, and DECLARATION OF ORDER, duly registered, secured, and noticed UCC

   PRAECIPE   pg 3 of 7   hatj

record number 2013032035, restated and incorporated by reference as if set forth in full;
F. Article I, above, restated;
G. Article II, above, restated;
H. Article III, above, restated;

VI. Articles III-V, and all their sub-parts, restated, and said due failure by each of the persons and entities, identified in Article IV, above, restated, are duly accepted as irrevocable proof of said persons and entities' lack of legal existence, status, identity, authority, authorization, and jurisdiction over Heather Ann Tucci-Jarraf, HEATHER ANN TUCCI-JARRAF, Randall Keith Beane, and RANDALL KEITH BEANE, now duly a matter of record, and all manufactured consents, presumptions, warrants, findings, judgments, and orders previously made and issued in the above titled reference numbers, are void ab initio, as a matter of law;

VII. A Praecipe is not a motion, and not subject to third party discretion; and,

VIII. Leave is duly granted to Thomas A. Varlan, C. Clifford Shirley, Jr., Debrah C. Poplin, by Original, Heather Ann Tucci-Jarraf, to execute and enter the ORDER OF DISMISSAL WITH PREJUDICE, vacation of all orders of detention, and to close this case, pursuant to this PRAECIPE, in the above titled reference numbers, restated, and to avoid further assessments, reconciliations, and settlements, as duly noticed above, restated.

I duly verify, validate, and certify that this PRAECIPE, with Declaration of Due Cause, as herein stated, restated, are true, accurate, and complete, and effective immediately. Without prejudice, ab initio, nunc pro tunc, praeterea preterea:

_Without Prejudice Heather Ann Tucci-Jarraf_
Original

### Certificate of Service

I certify that on October 17, 2017, a copy of the foregoing was cause to be filed electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system.

_Without Prejudice Heather Ann Tucci-Jarraf_
Original

PRAECIPE  pg 4 of 7  hatj 

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Reference Number: |
|     alleged Plaintiff | ) | No. 3:17-CR-82 |
| v. | ) | alleged VARLAN/SHIRLEY, |
| | ) | alleged USDJ/USMJ |
| RANDALL KEITH BEANE, and | ) | Further reference numbers for action |
| HEATHER ANN TUCCI-JARRAF | ) | pursuant to PRAECIPE: |
|     alleged Defendants | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-CCS-1/2 |

## ORDER FOR DISMISSAL WITH PREJUDICE, AND VACATION OF ORDERS OF DETENTION.

Pursuant to duly verified, validated, certified, and noticed PRAECIPE, with DECLARATION OF DUE CAUSE, dated October 17, 2017, restated and incorporated here by reference as if set forth in full, duly indorsed herein, the above titled case, and all related case numbers thereof, are duly dismissed with prejudice against Randall Keith Beane, RANDALL KEITH BEANE, Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF, and with due leave to forthwith vacate all orders of detention, and to close this case, duly granted by due declaration and PRAECIPE, restated.

 

_____
Original, Heather Ann Tucci-Jarraf
Original, Randall Keith Beane

Leave of court is granted for the immediate filing of the foregoing Dismissal With Prejudice, immediate vacation of orders of detention, and to forthwith close this case.

Date: _____
    alleged THOMAS A. VARLAN
    alleged U.S. DISTRICT JUDGE
    alleged C. CLIFFORD SHIRLEY, Jr.
    alleged U.S. MAGISTRATE JUDGE

cc: Nancy Stallard Harr, Cynthia F. Davidson, and Anne-Marie Svolto
    U.S. Marshal Service, alleged
    U.S. Probation Office, alleged

alleged UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Reference Number: |
| alleged Plaintiff | ) | No. 3:17-CR-82 |
| v. | ) | alleged VARLAN/SHIRLEY, |
| | ) | alleged USDJ/USMJ |
| RANDALL KEITH BEANE, and | ) | Further reference numbers for action |
| HEATHER ANN TUCCI-JARRAF | ) | pursuant to PRAECIPE: |
| alleged Defendants | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-CCS-1/2 |

### ORDER FOR DISMISSAL WITH PREJUDICE, AND VACATION OF ORDERS OF DETENTION.

Pursuant to duly verified, validated, certified, and noticed PRAECIPE, with DECLARATION OF DUE CAUSE, dated October 17, 2017, restated and incorporated here by reference as if set forth in full, duly indorsed herein, the above titled case, and all related case numbers thereof, are duly dismissed with prejudice against ~~Randall Keith Beane, RANDALL KEITH BEANE,~~ Heather Ann Tucci-Jarraf, and HEATHER ANN TUCCI-JARRAF, and with due leave to forthwith vacate all orders of detention, and to close this case, duly granted by due declaration and PRAECIPE, restated.

10-17-17

_____
Original, Heather Ann Tucci-Jarraf
~~Original, Randall Keith Beane~~

Leave of court is granted for the immediate filing of the foregoing Dismissal With Prejudice, immediate vacation of orders of detention, and to forthwith close this case.

Date: _____
         _____
         alleged THOMAS A. VARLAN
         alleged U.S. DISTRICT JUDGE
         alleged C. CLIFFORD SHIRLEY, Jr.
         alleged U.S. MAGISTRATE JUDGE

cc: Nancy Stallard Harr, Cynthia F. Davidson, and Anne-Marie Svolto
    U.S. Marshal Service, alleged
    U.S. Probation Office, alleged

## Certificate of Service

I certify that on October 17, 2017, a copy of the foregoing was cause to be filed electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system.

*[signature]*
Original