*DUE NOTICE*

2017 OCT 17 P 2: 59

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL DISTRICT COURT
ASTERN DIST. TENN

**DECLARATION OF STATEMENT OF ASSESSMENTS, RECONCILIATIONS, AND SETTLEMENTS CREDITED TO:** Original, Account Ref. HEATHER ANN TUCCI-JARRAF for July 18, 2017, to October 18, 2017.
Assessed, reconciled, and settled Ledgers: Bank for International Settlements, Federal Reserve Systems, U.S. Treasury, all international and universal equivalents, and sub-ledgers and journals of agents and principals, thereto and thereof; ab initio, nunc pro tunc, praeterea preterea.

| Counts | Date | Hours | Description | Amount - QUINTILLIONS in duly registered, secured, and noticed lawful money of the UNITED STATES; pre-1933 gold and silver. See Commercial Bill, UCC 2012114586, and True Bill, UCC 2012114776. |
|---|---|---|---|---|
| 1 | 07-25-17, 10:00 a.m., e.s.t. to 08-29-17, 11:00 p.m. e.s.t; and, September 29, 5:00 p.m. e.s.t. to October 18, 9:00 a.m., e.s.t. | 1,301 | Unauthorized and unlawful seizure, detainment, restriction, and trafficking of duly registered, secured, and noticed state of body. (Discounted Rate: TEN BILLION per second) | $46,836,000,000,000,000,000.00 |
| 2 to 7 | 07/26/17 | | Unauthorized and unlawful seizure of duly registered, secured, and noticed identifiers. See records, ledgers, and journals of: U.S. Marshal, contractors thereto, and CCB (D.C.). (Discounted Rate: TEN BILLION per incident) | $60,000,000,000.00 |
| 8 to 33 | 07/26/17 to 08/09/17 | | Unauthorized and unlawful charges of account HEATHER ANN TUCCI- | $330,000,000,000.00 |

| | | | | |
|---|---|---|---|---|
| | reference #: 1:17-mj-00531-DAR-1 | | JARRAF, by U.S. Treasury, and the agents thereto. See records, ledgers, and journals of: Clerk of Court, District of Columbia (Washington, DC), CCB (D.C.), D.O.J., inclusive of F.B.I., U.S. Attorneys, U.S. Marshal, and the contractors thereto, U.S. Treasury. (Discounted Rate: TEN BILLION per incident) | |
| 34 to 95 | 07/18/17 to 10/18/17<br><br>reference #'s: 3:17-cr-00082-TAV-CCS; 3:17-cr-00082-TAV-CCS-2; 3:17-CR-82 | | Unauthorized and unlawful charges of account HEATHER ANN TUCCI-JARRAF, by U.S. Treasury, and the agents thereto. See records, ledgers, and journals of: Clerk of Court, Eastern District of Tennessee (Knoxville), D.O.J., inclusive of F.B.I., U.S. Attorneys, U.S. Marshal, and the contractors thereto, U.S. Treasury. (Discounted Rate: TEN BILLION per incident) | $620,000,000,000,000.00 |
| | | | **TOTAL:** | $46,836,001,010,000,000,000.00 |

I duly verify, validate, and certify that this DECLARATION OF STATMENT OF ASSESSMENTS, RECONCILIATIONS, AND SETTLEMENTS, for July 18, 2017 to October 18, 2017, and the amounts duly declared assessed, reconciled, and settled therein, is true, accurate, and complete. A facsimile and digital scan of Original Instrument is duly held legally binding as Original. Without prejudice, ab initio, nunc pro tunc, praeterea preterea:

Original _(signature)_ (formerly undisclosed majority principal of The Universal Trust and Bank for International Settlements)

## Certificate of Service

I certify that on October 17, 2017, a copy of the foregoing was cause to be filed electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system.

*Without prejudice*
*Heather [signature]*
Original