# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:17-CR-82  **At:** Knoxville, TN – Courtroom 3B  **Date:** October 18, 2017

**Style:** United States of America v. Randall Keith Beane and Heather Tucci-Jarraf

PRESENT BEFORE: HONORABLE C. CLIFFORD SHIRLEY, JR., UNITED STATES MAGISTRATE JUDGE

| Rachel Stone | Rebekah Lockwood | Michelle Gensheimer |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

Anne-Marie Svolto
Cynthia Davidson                                   Stephen McGrath (elbow cnsl)
**United States Attorney(s)**                      **Attorney for Deft Beane**

                                                   Francis Lloyd, Jr. (elbow cnsl)
                                                   **Attorney for Deft Tucci-Jarraf**

**Proceedings:** The parties presented before the Court for a scheduled motion hearing. The Court discussed the filings made by the pro se defendants with both defendants. The Court also allowed the government to respond to the defendants' filings. The Court will take these matters under advisement.

**Time:** 9:30 a.m.  **to**  11:15 a.m.