*Original Instrument*
Notice to Principal is notice to Agent
Notice to Agent is notice to Principal
reference:

# "UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE



FILED

2017 DEC - 1 P 3: 30

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Reference Number: |
| Plaintiff | ) | No. 3:17-CR-82, and all associated numbers |
| v. | ) | VARLAN/SHIRLEY, |
| | ) | USDJ/USMJ |
| RANDALL KEITH BEANE, and | ) | |
| HEATHER ANN TUCCI-JARRAF | ) | |
| Defendants | ) | " |

## DECLARATION OF RECEIPT, NO RECEIPT, AND SERVICE

With full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preterea, I duly declare, validate, and verify, with sworn signature and seal, that I am conscious and competent to make and issue this Declaration, for all to rely upon. I duly declare, certify, verify, and validate as follows:

I. On November 17, 2017, at approximately 3:00 pm, est, I did receive from the U.S. postal master a manila envelope, specifically and particularly:

    A. Said manila envelope, had stamped markings, purportedly from sender "EASTERN DISTRICT OF TENNESSEE OFFICE OF CLERK UNITED STATES DISTRICT COURT, 800 MARKET ST, SUITE 130, KNOXVILLE, TENNESSEE 37902", a true, accurate and complete copy of said markings is attached as exhibit A, restated and incorporated by reference as if set forth in full;

    B. Inside said manila envelope, was a document, consisting of 16 pages, with markings of the first page, purporting to be a "REPORT AND RECOMMENDATION", a true, accurate, and complete copy of the markings is attached as exhibit B, restated and incorporated by reference as if set forth in full;

    C. Article I.A-B, restated, and the last page of said document had typed markings, purporting to have been submitted by a "C. Clifford Shirley, Jr., United States Magistrate Judge", a true, accurate, and complete copy of said markings is attached as exhibit C, restated and incorporated by reference as if set forth in full;

    D. Article I.C, restated, and no due markings, inclusive of due identification, date, indorsement, certification, validation, or verification were made or present on said document;

II. Article I, in its entirety, restated, and as of December 1, 2017, 12:00 pm, est, I have not duly received, and have no knowledge or documentation of having duly received any due service of a duly made, issued, indorsed, validated, verified, and noticed document from C. Clifford Shirley, Jr..

III. Article I-II, restated, and for due cause and prudence, on November 27, 2017, I did cause to be duly purchased, a certified copy from the alleged Clerk of Court, Eastern District of Tennessee, of a

page 1 of 19           12-01-17           Original _____

purported original document filed and entered into said alleged Clerk of Court's record, that purports to be a "REPORT AND RECOMMENDATION", Document 62, restated and incorporated by reference as if set forth in full, specifically and particularly:

    A. Said purported original document appears to be an exact copy of the document that I received, as identified in Article I and its sub-parts above, restated; and,

    B. Said purported original document having been altered, specifically and particularly:

        1. altered with the additional marking on the first page as "Case 3:17-cr-00082-TAV-CCS  Document 62  Filed 11/16/17  Page 1 of 16  PageID#: 2895", Document 62, page 1, restated; and,

        2. Each subsequent page thereafter having the same alteration, with the following consecutive page number and corresponding following consecutive "PageID#", Document 62, page 2-16, restated; and,

        3. No due markings, inclusive of due identification, date, indorsement, certification, validation, or verification were made or present on, or attached to said document, specifically and particularly, Document 62, in its entirety, restated:

            a. By alleged Clerk of Court, Eastern District of Tennessee, *id.*; or,

            b. By alleged United States Magistrate Judge, *id.,* especially page 16;

V.  Articles I-IV, restated, and the entirety of the documents identified in Article I, restated, and Article III, restated, were duly rejected, without dishonor, for due cause, "Rejections", with due filing and due service of said being duly made on all alleged parties, and persons, November 30, 2017, specifically and particularly:

    A. The alleged Clerk of Court, through her alleged deputy, gave notice on November 30, 2017, that there was not one person on premise that could electronically enter and deliver the original due Rejections, and produce a certified copy out, until December 1, 2017; and,

    B. Alternative filing and service was caused to be duly made by personal service, and email, true, accurate, and complete copies of proof of filing and service are attached in exhibits D, E, F, and G, all restated and incorporated by reference as if set forth in full;

    C. The unreasonable extra costs caused to be incurred for having to duly make said alternative filing and service, true, accurate, and complete copies of the original receipts of said extra costs are attached as exhibit H, restated and incorporated by reference as if set forth in full.

I duly re-certify, validate, and verify, with my full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea pretetera, that the foregoing is true, accurate, and complete, for all to rely upon.

*12-1-17*

Original, Heather Ann Tucci-Jarraf

**Certificate of Service**

I certify that on December 1, 2017, this original instrument, "DECLARATION OF RECEIPT, NO RECEIPT, AND SERVICE", was duly delivered by personal service to the alleged Clerk of Court, and duly scanned, with certified copy out. Furthermore, a scan of this original instrument was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system.

With further due notice and certification made and given that I am not responsible, accountable, or liable for any actions, or no-actions, of the alleged Clerk of Court, her alleged deputies, and alleged office, and the electronic filing system they access, utilize, and manage.

Original

page _3_ of _19_          12-01-17          Original _____

**exhibit** _A_

12-01-17                    Original _____



EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
800 MARKET ST, SUITE 130
KNOXVILLE, TENNESSEE 37902

OFFICIAL BUSINESS

neopost
11/16/2017
US POSTAGE $01.61

FIRST-CLASS MAIL

ZIP 37902
041L11218262

Rec'd
11/17/2017

**exhibit** _B_

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 3:17-CR-82-TAV-CCS |
| RANDALL KEITH BEANE, and | ) | |
| HEATHER ANN TUCCI-JARRAF, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Tucci-Jarraf's pending pro se filing entitled Praecipe to Enter Dismissal with Prejudice and Declaration of Due Cause, "Praecipe and Declaration of Facts" [Doc. 43] ("Praecipe to Dismiss") and Defendant Beane's Request to Join in Co-defendant Filing [Doc. 44].[1] The Defendants' joint filing[2] appears to contend that the Court lacks personal and subject matter jurisdiction in this case. The Government responded [Doc. 46] in opposition on October 12, 2017. The parties appeared for a hearing on these filings on October 18, 2017. Assistant United States Attorneys Cynthia F. Davidson and Anne-Marie Svolto appeared on behalf of the Government. Defendant Randall Keith Beane represented himself, assisted by elbow counsel Attorney Stephen G. McGrath.

---

[1] Defendant Beane's motion [**Doc. 44**] to join in Defendant Tucci-Jarraf's filing is **GRANTED**.

[2] Defendant Tucci-Jarraf states that the Praecipe to Dismiss is not a motion [*see* Doc. 54]. At the October 18, 2017 hearing, she alleged that it is a judgment. For reasons explained more fully herein, the undersigned will treat the Praecipe to Dismiss as a joint *pro se* motion challenging the jurisdiction of this Court.

**exhibit** _C_

## IV.    CONCLUSION

After carefully considering the parties' filings and arguments and the relevant legal authorities, the Court finds no basis to dismiss the Indictment. For the reasons set forth herein, the undersigned **RECOMMENDS** that Defendants' filing requesting the dismissal of the case [**Doc. 43**] be **DENIED**.[17] The undersigned also **RECOMMENDS** that the Defendants' supplemental filings [**Docs. 42, 45, 48, 49, 50, 51, 52, 53, 54, 55, 56, & 57**], which purport to void the Indictment and other parts of the record, also be **DENIED**.

Respectfully submitted,

_____ s/ C. Clifford Shirley, Jr. _____
United States Magistrate Judge

---

[17]Any objections to this report and recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Fed. R. Crim. P. 59(b)(2) (as amended). Failure to file objections within the time specified waives the right to review by the District Court. Fed. R. Crim. P. 59(b)(2); *see United States v. Branch*, 537 F.3d 582, 587 (6th. Cir. 2008); *see also Thomas v. Arn*, 474 U.S. 140, 155 (1985) (providing that failure to file objections in compliance with the required time period waives the right to appeal the District Court's order). The District Court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive, or general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).

16


(pg. 6)

**exhibit** D

Entirely: *Original Instrument*
Duly rejected, without dishonor, for due cause. Lacks
due verification and validation, with due signature and seal,
of presenters due:
1. identification;
2. Authority;
3. Authorization; and
4. Indorsement.
Nov. 30, 2017
Heather Ann Tucci-Jarraf

See also heij'd of Doc #s:
18, 43, 48, 49, 52, 53,
54, 55; and Rcbord Doc #s
18, 19, 42, 45, 50, 51 and 52
(Bo. 73)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**FILED**

2017 NOV 30 P 1:42

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| RANDALL KEITH BEANE, and | ) |
| HEATHER ANN TUCCI-JARRAF, | ) |
| Defendants. | ) |

No. 3:17-CR-82-TAV-CCS

I hereby certify that this is a true and correct copy
of the electronically filed original document.
ATTEST: Debra C. Poplin, Clerk
By:_____
Deputy Clerk

**REPORT AND RECOMMENDATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Tucci-Jarraf's pending pro se filing entitled Praecipe to Enter Dismissal with Prejudice and Declaration of Due Cause, "Praecipe and Declaration of Facts" [Doc. 43] ("Praecipe to Dismiss") and Defendant Beane's Request to Join in Co-defendant Filing [Doc. 44].[1] The Defendants' joint filing[2] appears to contend that the Court lacks personal and subject matter jurisdiction in this case. The Government responded [Doc. 46] in opposition on October 12, 2017. The parties appeared for a hearing on these filings on October 18, 2017. Assistant United States Attorneys Cynthia F. Davidson and Anne-Marie Svolto appeared on behalf of the Government. Defendant Randall Keith Beane represented himself, assisted by elbow counsel Attorney Stephen G. McGrath.

---

[1] Defendant Beane's motion [**Doc. 44**] to join in Defendant Tucci-Jarraf's filing is **GRANTED**.

[2] Defendant Tucci-Jarraf states that the Praecipe to Dismiss is not a motion [*see* Doc. 54]. At the October 18, 2017 hearing, she alleged that it is a judgment. For reasons explained more fully herein, the undersigned will treat the Praecipe to Dismiss as a joint *pro se* motion challenging the jurisdiction of this Court.

* Original Instrument *
Duly rejected, without dishonor
11-30-17

Entirety,
Duly rejected, without dishonor, for due cause. Lacks due
verification and validation, with signature and seal, of presenter's due

1. Identification;
2. Authority;
3. Authorization; and,
4. Indorsement.

HATS yet
* See also Doc. # 52, 48,
55, 53, 43, 54, 18, and 48
* RK & yes
* See also Doc # 18, 19, 45, 56, 51, 42,
and 52.

November 30, 2017
Heather A. Tucci-Jarraf

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RANDALL KEITH BEANE, and
HEATHER ANN TUCCI-JARRAF,

Defendants.

)
)
)
)
)
)
)
)
)

No. 3:17-CR-82-TAV-CCS

2017 NOV 30 P 1:
U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT CLK
FILED

### REPORT AND RECOMMENDATION

All pretrial motions in this case have been referred to the undersigned pursuant to

28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the

District Court as may be appropriate. This case is before the Court on Defendant Tucci-Jarraf's

pending pro se filing entitled Praecipe to Enter Dismissal with Prejudice and Declaration of Due

Cause, "Praecipe and Declaration of Facts" [Doc. 43] ("Praecipe to Dismiss") and Defendant

Beane's Request to Join in Co-defendant Filing [Doc. 44].[1] The Defendants' joint filing[2] appears

to contend that the Court lacks personal and subject matter jurisdiction in this case. The

Government responded [Doc. 46] in opposition on October 12, 2017. The parties appeared for a

hearing on these filings on October 18, 2017. Assistant United States Attorneys Cynthia F.

Davidson and Anne-Marie Svolto appeared on behalf of the Government. Defendant Randall

Keith Beane represented himself, assisted by elbow counsel Attorney Stephen G. McGrath.

---

[1] Defendant Beane's motion [**Doc. 44**] to join in Defendant Tucci-Jarraf's filing is **GRANTED**.

[2] Defendant Tucci-Jarraf states that the Praecipe to Dismiss is not a motion [see Doc. 54]. At the October 18, 2017 hearing, she alleged that it is a judgment. For reasons explained more fully herein, the undersigned will treat the Praecipe to Dismiss as a joint pro se motion challenging the jurisdiction of this Court.

* Original Instrument *
Duly rejected, without dishonor, for due cause. November 30, 2017
Heather A. Tucci-Jarraf
pg. 8)

**exhibit** $E$

*ORIGINAL INSTRUMENT*

Entirety;
Duly rejected, without dishonor, for due cause. Lacks due
verification and validation, with signature and seal, of presenter's due
HAJJ yes
* See also Doc. # 52, 49,
55, 53, 43, 54, 18, and 48
* See also Doc. # 18, 19, 45, 50, 51, 42,
and 52.
BEANE no

1. Identification;
2. Authority;
3. Authorization; and,
4. Indorsement.

November 30, 2017

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA

      Plaintiff,

v.

RANDALL KEITH BEANE, and
HEATHER ANN TUCCI-JARRAF,

      Defendants.

No. 3:17-CR-82-TAV-CCS

U.S. Attorney's Office
Eastern District of Tennessee

Service Received by: _____
Date & Time Received: 11/30/2017 AT 3:41 PM
Regular Mail: _____ Personally Served: ✓ Other: _____
Registered or Certified Mail: _____

U.S. DISTRICT COURT
EASTERN DIST. TENN.
2017 NOV 30 P 1: 18
FILED
DEPT. CLK

## REPORT AND RECOMMENDATION

All pretrial motions in this case have been referred to the undersigned pursuant to
28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the
District Court as may be appropriate. This case is before the Court on Defendant Tucci-Jarraf's
pending pro se filing entitled Praecipe to Enter Dismissal with Prejudice and Declaration of Due
Cause, "Praecipe and Declaration of Facts" [Doc. 43] ("Praecipe to Dismiss") and Defendant
Beane's Request to Join in Co-defendant Filing [Doc. 44].[1] The Defendants' joint filing[2] appears
to contend that the Court lacks personal and subject matter jurisdiction in this case. The
Government responded [Doc. 46] in opposition on October 12, 2017. The parties appeared for a
hearing on these filings on October 18, 2017. Assistant United States Attorneys Cynthia F.
Davidson and Anne-Marie Svolto appeared on behalf of the Government. Defendant Randall
Keith Beane represented himself, assisted by elbow counsel Attorney Stephen G. McGrath.

---

[1] Defendant Beane's motion [**Doc. 44**] to join in Defendant Tucci-Jarraf's filing is **GRANTED**.

[2] Defendant Tucci-Jarraf states that the Praecipe to Dismiss is not a motion [*see* Doc. 54]. At the
October 18, 2017 hearing, she alleged that it is a judgment. For reasons explained more fully
herein, the undersigned will treat the Praecipe to Dismiss as a joint *pro se* motion challenging the
jurisdiction of this Court.

* Original Instrument *
Duly rejected, without dishonor, for due cause. November 30, 2017
(Pg. 2)

Entirety: *Original Instrument*
Duly rejected, without dishonor, for due cause. Lacks
due verification and validation, with due signature and seal,
of presentents due:
1. identification;
2. Authority;
3. Authorization; and
4. Indorsement.
Nov 30 2017
Heather Ann Tucci-Jarraf

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**FILED**

2017 NOV 30 P 1: 42

U.S. DISTRICT COURT
EASTERN DIST. TENN.

UNITED STATES OF AMERICA,

Plaintiff,

v.

RANDALL KEITH BEANE, and
HEATHER ANN TUCCI-JARRAF,

Defendants.

No. 3:17-CR-82-TAV-CCS

U. S. Attorney's Office
Eastern District of Tennessee
Service Received by: _____
Date & Time Received: 11/30/2017 AT 3:41PM
Regular Mail: ___ Personally Served: ✓ Other: ___
Registered or Certified Mail: ___

I hereby certify that this is a true and correct copy
of the electronically filed original document.
ATTEST: Debra C. Poplin, Clerk
By _____
Deputy Clerk

See also hdtj ref Doc #s:
18, 43, 43, 49, 52, 53,
54, 55; and RKB ref Doc #:
18, 19, 42, 45, 50, 51 and 52

## REPORT AND RECOMMENDATION

All pretrial motions in this case have been referred to the undersigned pursuant to

28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the

District Court as may be appropriate. This case is before the Court on Defendant Tucci-Jarraf's

pending pro se filing entitled Praecipe to Enter Dismissal with Prejudice and Declaration of Due

Cause, "Praecipe and Declaration of Facts" [Doc. 43] ("Praecipe to Dismiss") and Defendant

Beane's Request to Join in Co-defendant Filing [Doc. 44].[1] The Defendants' joint filing[2] appears

to contend that the Court lacks personal and subject matter jurisdiction in this case. The

Government responded [Doc. 46] in opposition on October 12, 2017. The parties appeared for a

hearing on these filings on October 18, 2017. Assistant United States Attorneys Cynthia F.

Davidson and Anne-Marie Svolto appeared on behalf of the Government. Defendant Randall

Keith Beane represented himself, assisted by elbow counsel Attorney Stephen G. McGrath.

---

[1] Defendant Beane's motion [**Doc. 44**] to join in Defendant Tucci-Jarraf's filing is **GRANTED**.

[2] Defendant Tucci-Jarraf states that the Praecipe to Dismiss is not a motion [see Doc. 54]. At the October 18, 2017 hearing, she alleged that it is a judgment. For reasons explained more fully herein, the undersigned will treat the Praecipe to Dismiss as a joint pro se motion challenging the jurisdiction of this Court.

* Original Instrument *
Duly rejected, without dishonor, for due cause

(Pg. 15)
Case 3:17-cr-00082-TAV-CCS  Document 66  Filed 12/01/17  Page 15 of 27  PageID #: 2981
Case 3:17-cr-00082-TAV-CCS  Document 62  Filed 11/16/17  Page 1 of 16  PageID #: 2895

**exhibit** _E_

DOCCUMENTS RECEIVED  FOR ATTORNEY STEVE MCGRATH, DELIVERERED BY

WILLIAM FERGUSON FOR HEATHER AND TUCCI-JARRAF, ON NOVEMBER 30,2017.

RECEIVED BY

CAROL A.GROOM

RECEPTIONIST AT KNOXVILLE EXECUTIVE SUITES

Entirety;

Duly rejected, without dishonor, for due cause. Lacks due verification and validation, with signature and seal, of presenter's due

* See also Doc. # 52, 49, 55, 53, 43, 54, 18, and 48.
* See also Doc # 18, 19, 45, 50, 51, 42, and 52.

* ORIGINAL INSTRUMENT *

HATJ yes

1. Identification;
2. Authority;
3. Authorization; and,
4. Indorsement.

November 30, 2017
Heather Ann Tucci-Jarraf

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
v.                         )
                           )        No. 3:17-CR-82-TAV-CCS
RANDALL KEITH BEANE, and   )
HEATHER ANN TUCCI-JARRAF,  )
                           )
        Defendants.        )

FILED
2011 NOV 30 P 1:
U.S. DISTRICT COURT
EASTERN DIST. TENN.

## REPORT AND RECOMMENDATION

All pretrial motions in this case have been referred to the undersigned pursuant to

28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the

District Court as may be appropriate. This case is before the Court on Defendant Tucci-Jarraf's

pending pro se filing entitled Praecipe to Enter Dismissal with Prejudice and Declaration of Due

Cause, "Praecipe and Declaration of Facts" [Doc. 43] ("Praecipe to Dismiss") and Defendant

Beane's Request to Join in Co-defendant Filing [Doc. 44].[1] The Defendants' joint filing[2] appears

to contend that the Court lacks personal and subject matter jurisdiction in this case. The

Government responded [Doc. 46] in opposition on October 12, 2017. The parties appeared for a

hearing on these filings on October 18, 2017. Assistant United States Attorneys Cynthia F.

Davidson and Anne-Marie Svolto appeared on behalf of the Government. Defendant Randall

Keith Beane represented himself, assisted by elbow counsel Attorney Stephen G. McGrath.

---

[1] Defendant Beane's motion [**Doc. 44**] to join in Defendant Tucci-Jarraf's filing is **GRANTED**.

[2] Defendant Tucci-Jarraf states that the Praecipe to Dismiss is not a motion [see Doc. 54]. At the October 18, 2017 hearing, she alleged that it is a judgment. For reasons explained more fully herein, the undersigned will treat the Praecipe to Dismiss as a joint pro se motion challenging the jurisdiction of this Court.

* Original Instrument *
Duly rejected, without dishonor, for due cause. November 30, 2017

Entireth: *Original Instrument*
Duly rejected, without dishonor, for due cause. Lacks,
due verification and validation, with due signature and seal,
of presentment due:
1. identification;
2. Authority;
3. Authorization; and
4. Indorsement.
Nov 30 2017
Heather A. Tucci-Jarraf

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**FILED**

2017 NOV 30 P 1:42

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT. CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDALL KEITH BEANE, and
HEATHER ANN TUCCI-JARRAF,

    Defendants.

)
)
)
)
)
)
)
)
)
)

No. 3:17-CR-82-TAV-CCS

I hereby certify that this is a true and correct copy
of the electronically filed original document.
ATTEST: Debra C. Poplin, Clerk
By _____
Deputy Clerk

See also Notice of Doc #s:
18, 43, 48, 49, 52, 53,
54, 55; and Rebut of Doc #s:
18, 19, 42, 45, 50, 51 and 52

**REPORT AND RECOMMENDATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Tucci-Jarraf's pending pro se filing entitled Praecipe to Enter Dismissal with Prejudice and Declaration of Due Cause, "Praecipe and Declaration of Facts" [Doc. 43] ("Praecipe to Dismiss") and Defendant Beane's Request to Join in Co-defendant Filing [Doc. 44].[1] The Defendants' joint filing[2] appears to contend that the Court lacks personal and subject matter jurisdiction in this case. The Government responded [Doc. 46] in opposition on October 12, 2017. The parties appeared for a hearing on these filings on October 18, 2017. Assistant United States Attorneys Cynthia F. Davidson and Anne-Marie Svolto appeared on behalf of the Government. Defendant Randall Keith Beane represented himself, assisted by elbow counsel Attorney Stephen G. McGrath.

---

[1] Defendant Beane's motion [**Doc. 44**] to join in Defendant Tucci-Jarraf's filing is **GRANTED**.

[2] Defendant Tucci-Jarraf states that the Praecipe to Dismiss is not a motion [see Doc. 54]. At the October 18, 2017 hearing, she alleged that it is a judgment. For reasons explained more fully herein, the undersigned will treat the Praecipe to Dismiss as a joint pro se motion challenging the jurisdiction of this Court.

* Original Instrument *
Duly rejected, without dishonor,

**exhibit** G

# DUE NOTICE: 7-30-17 FILING (3:17-CR-82-TAV-CCS and all associated case numbers thereof)

### Heather Ann Tucci-Jarraf

Thu 11/30/2017 3:41 PM

To: fllloydjr@gmail.com <fllloydjr@gmail.com>; lawyer.mcgrath@yahoo.com <lawyer.mcgrath@yahoo.com>; cynthia.davidson@usdoj.gov <cynthia.davidson@usdoj.gov>; anne-marrie.svolto@usdoj.gov <anne-marrie.svolto@usdoj.gov>;

Cc: Heather Ann Tucci-Jarraf <hatj@unidynomics.info>;

📎  2 attachments (9 MB)

Nov 30th A.pdf; Nov 30th B.pdf;

**NOTICE TO PRINCIPAL IS  NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

TO:  Cynthia F Davidson, Anne-Marie Svolto, Frances Lloyd, and Stephen G McGrath, elbow counsel for Randall Keith Beane.

*CERTIFICATE OF SERVICE* - Additional email service to addressees now duly done.

Annexed: True, accurate, and complete copies of:
1. *Original Instrument*- Due Rejection, Without Dishonor, For Due Cause, with proof of filing date stamp of 11-30-17  - of document, with date of 11-16-17, delivered by U.S. Post on 11-17-17, purporting to be a "Report and Recommendation" (CCS). See attached file "Nov 30th B".
2. *Original Instrument*- Due Rejection, Without Dishonor, For Due Cause, with proof of filing date stamp of 11-30-17  - of certified copy purchased from alleged Clerk of Court (Eastern District TN) on 11-27-17, of document, with date of 11-16-17, and marked as "Document 62", purporting to be a "Report and Recommendation" (CCS).  See attached file "Nov 30th A".

Annexed documents identified in #1-2, above, are restated and incorporated by reference here, as if set forth in full.

This additional email notice and certificate of service are made only due to the fact that on 11-30-17, at approximately 2:00 pm, est, the alleged Clerk of Court's office (Eastern District of TN) gave notice to my personal service agent, that they could not scan the above annexed documents, and provide a certified copy out same day, as per normal course of action and performance history.  The reason given was that the case manager was not there today and would not return until tomorrow.  Furthermore, they gave notice that they could not accomplish said task until tomorrow.  The personal server did obtain a date/time "FILED" stamped copy from said Clerk of Court's office that are duly annexed herein.

With prudence, all the addressees, identified above, are receiving the filed documents, with proof of filing, via email, in the event that said Clerk of Court does not timely scan and electronically deliver to all parties involved. Additionally, courtesy of personal service is currently being made on Cynthia Davidson/Anne-Marie Svolto, and Stephen McGrath, of copies of the above annexed documents.

Case 3:17-cr-00082-TAV-CCS   Document 66   Filed 12/01/17   Page 21 of 27   PageID #: 2987

I direct any questions, or requests for clarifications, to be made timely to Frances Lloyd.

Warmest regards,
Heather Ann Tucci-Jarraf

# Fw: DUE NOTICE: 7-30-17 FILING (3:17-CR-82-TAV-CCS and all associated case numbers thereof)

## Heather Ann Tucci-Jarraf

Thu 11/30/2017 3:43 PM

To: anne-marie.svolto@usdoj.gov <anne-marie.svolto@usdoj.gov>;

📎 2 attachments (9 MB)

Nov 30th A.pdf; Nov 30th B.pdf;

---

**From:** Heather Ann Tucci-Jarraf
**Sent:** Thursday, November 30, 2017 3:41 PM
**To:** fllloydjr@gmail.com; lawyer.mcgrath@yahoo.com; cynthia.davidson@usdoj.gov; anne-marrie.svolto@usdoj.gov
**Cc:** Heather Ann Tucci-Jarraf
**Subject:** DUE NOTICE: 7-30-17 FILING (3:17-CR-82-TAV-CCS and all associated case numbers thereof)

**NOTICE TO PRINCIPAL IS  NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

TO:  Cynthia F Davidson, Anne-Marie Svolto, Frances Lloyd, and Stephen G McGrath, elbow counsel for Randall Keith Beane.

*CERTIFICATE OF SERVICE* - Additional email service to addressees now duly done.


Annexed: True, accurate, and complete copies of:
1. *Original Instrument*- Due Rejection, Without Dishonor, For Due Cause, with proof of filing date stamp of 11-30-17  - of document, with date of 11-16-17, delivered by U.S. Post on 11-17-17, purporting to be a "Report and Recommendation" (CCS). See attached file "Nov 30th B".
2. *Original Instrument*- Due Rejection, Without Dishonor, For Due Cause, with proof of filing date stamp of 11-30-17  - of certified copy purchased from alleged Clerk of Court (Eastern District TN) on 11-27-17, of document, with date of 11-16-17, and marked as "Document 62", purporting to be a "Report and Recommendation" (CCS).  See attached file "Nov 30th A".

Annexed documents identified in #1-2, above, are restated and incorporated by reference here, as if set forth in full.

This additional email notice and certificate of service are made only due to the fact that on 11-30-17, at approximately 2:00 pm, est, the alleged Clerk of Court's office (Eastern District of TN) gave notice to my personal service agent, that they could not scan the above annexed documents, and provide a certified copy out same day, as per normal course of action and performance history.  The reason given was that the case manager was not

there today and would not return until tomorrow.  Furthermore, they gave notice that they could not accomplish said task until tomorrow.  The personal server did obtain a date/time "FILED" stamped copy from said Clerk of Court's office that are duly annexed herein.

With prudence, all the addressees, identified above, are receiving the filed documents, with proof of filing, via email, in the event that said Clerk of Court does not timely scan and electronically deliver to all parties involved. Additionally, courtesy of personal service is currently being made on Cynthia Davidson/Anne-Marie Svolto, and Stephen McGrath, of copies of the above annexed documents.

I direct any questions, or requests for clarifications, to be made timely to Frances Lloyd.


Warmest regards,
Heather Ann Tucci-Jarraf

**exhibit** _H_

Note: signature of card holder not included for his security, however, can be provided for inspection upon duly made request. 12/1/17 [signature]

**FedEx Office** ✳

FedEx Office is your destination
for printing and shipping.

2010 Cumberland Ave
Knoxville, TN 37916-2912
Tel: (865) 523-8213

11/30/2017          2:33:13 PM EST
Team Member: BRIAN W.

SALE

| | | |
|---|---|---|
| Auto Scan-To-PDF | 36 @ | 0.4900 T |
| 002862 Reg. Price | 0.89 | |
| FXO Flash Drive 16GB | 1 @ | 12.9900 T |
| 201448 Reg. Price | 12.99 | |
| | | |
| Regular Total | 45.03 | |
| Discounts | 14.40 | |
| | | |
| Total | 30.63 | |

| | |
|---|---|
| Sub-Total | 30.63 |
| Tax | 2.83 |
| Deposit | 0.00 |
| Total | 33.46 |
| Visa (S) | 33.46 |
| Account: 6746 | |
| Auth: 025245 (A) | |
| Total Tender | 33.46 |
| Change Due | 0.00 |

**FedEx Office** ✳

FedEx Office is your destination
for printing and shipping.

2010 Cumberland Ave
Knoxville, TN 37916-2912
Tel: (865) 523-8213

11/30/2017          2:46:05 PM EST
Team Member: BRIAN W.

SALE

| | | |
|---|---|---|
| BW 1S Copy/Print | 148 @ | 0.1200 T |
| 000001 Reg. Price | 0.14 | |
| | | |
| Regular Total | 20.72 | |
| Discounts | 2.96 | |
| | | |
| Total | 17.76 | |

| | |
|---|---|
| Sub-Total | 17.76 |
| Tax | 1.64 |
| Deposit | 0.00 |
| Total | 19.40 |
| Visa (S) | 19.40 |
| Account: 6746 | |
| Auth: 015170 (A) | |
| Total Tender | 19.40 |
| Change Due | 0.00 |
| Total Discounts | 2.96 |

Total Discounts   14.40



**FedEx Office.**

November 30, 2017 14:57       Page: 1
Receipt #: 0501312525
VISA #: XXXXXXXXXXXX6746
2017/11/30 14:47

| Qty | Description | Amount |
|-----|-------------|--------|
| 10 | PC Basic Station Time/Minute | 3.50 |

|  | SubTotal | 3.50 |
|--|----------|------|
|  | Taxes | 0.33 |
|  | Total | 3.83 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

**FedEx Office Print & Ship Centers**

1715 W. Cumberland
Knoxville,TN 37916
(865) 523-8213
www.FedExOffice.com

**Tell us how we're doing and receive
$5 off your next $30 print order**
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2017

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

Court Name: District Court
Division: 3
Receipt Number: K3034500
Cashier ID: brusha
Transaction Date: 11/30/2017
Payer Name: William Ferguson
-----------------------------------
PAPER COPIES
  For: William Ferguson
  Amount:        $20.00
-----------------------------------
CASH
  Amt Tendered:  $20.00
-----------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:       $0.00

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check.

(Pg. 13.)